# Exhibit 1

1. My name is Carly Graff. I am 40 years old.
2. I live in Caremore, Oklahoma, which is in Rogers County.
3. I received traffic tickets in Rogers County last spring. I could not afford to pay the full amount of the tickets.
4. I have received several letters from Aberdeen telling me that there's a warrant out for my arrest, and that I have to pay $435.83 to have the warrant recalled.
5. I cannot afford to pay that much money to avoid being arrested.
6. I have two daughters who are ages 10 and 6. I survive on food stamps, and my partner brings in some income as a car painter. My partner and I are not legally married, but I refer to him as my "husband."
7. We struggle to meet the basic necessities of life.
8. It is especially difficult to pay for food, clothing, medicine, and electricity in the winter, when my husband struggles to find work.
9. Currently, I cannot afford to buy groceries. There is almost no food in my house. I'm in danger of falling behind on my rent and being evicted, and I do not know how we are going to pay the light bill this month. I am desperate for my tax refund so that I can pay for these basic necessities for me and my family.
10. I am terrified that I will be arrested.
11. I am constantly stressed and anxious about the warrant.
12. I hardly leave the house, except to take my daughters down the street to the bus stop.
13. I'm scared to drive because I think my license may be suspended.
14. I do not want to be arrested in front of my daughters because of the trauma it would cause them.
15. I cannot afford to pay Aberdeen. If I am arrested I will not be able to make a payment to get out of jail.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability

_Carly Graff_ (signature)
Carly Graff

1/30/2018
Date