UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 4:17-CV-606-TCK-JFJ |
| | ) |
| ABERDEEN ENTERPRIZES II, INC., et al. | ) |
| | ) |
|     Defendants. | ) |

## SHOW CAUSE ORDER

On February 1, 2018, Plaintiffs Carly Graff and Randy Frazier ("Plaintiffs") filed a Motion for a Temporary Restraining Order and Preliminary Injunction, which the Court has construed as a Motion for Preliminary Injunction. (Doc. 77, Doc. 149.) Defendants Aberdeen Enterprizes II, Inc. filed their Response to Plaintiffs' Motion for Preliminary Injunction on February 19, 2018. (Doc. 141.) Defendants Rogers County Board of County Commissioners, Rogers County Court Clerk Kim Henry, and Rogers County Sheriff Scott Walton ("Rogers County Defendants") filed their Response on February 21, 2018.[1] (Doc. 142.) Defendants Tulsa County Sheriff Vic Regalado, Tulsa County Court Clerk Don Newberry, Tulsa County Court Cost Administrator Darlene Bailey, and the Tulsa County Board of County Commissioners ("Tulsa County Defendants")[2] filed their Response on February 22, 2018. (Doc. 145). Plaintiffs filed a

---

[1] The Rogers County Defendants do not object to the Court entering a temporary restraining order strictly limited to: prohibiting the Defendants from issuing or executing an arrest warrant against Plaintiffs for nonpayment without first determining whether such nonpayment was willful.

[2] The Tulsa County Board of County Commissioners ("Tulsa County BOCC") was not named in the Tulsa County Defendants' Response. However, because the Tulsa County BOCC was included with the other three Tulsa County Defendants in Defendants' Motion for Leave to File a Surreply ("Motion for Leave") (Doc. 164), this Court will consider the omission

Consolidated Reply to these Responses on March 8, 2018.  (Doc. 153).  Additionally, the Court has granted leave for the Tulsa County Defendants to file a surreply to Plaintiff's Reply on or before March 27, 2018, and for Plaintiffs to respond to this surreply on or before April 2, 2018.  (Doc. 171.)

In light of this extensive briefing, the Court hereby directs Plaintiff, within ten (10) days of this Order, to show cause as to why the pending Motion for Preliminary Injunction should not be decided on the papers already filed, and those that will be filed by April 2, 2018.  In their response, Plaintiffs shall identify the specific conduct and the specific Defendants they seek to enjoin.  Plaintiffs shall also identify the specific witnesses they plan to call at a hearing, if one is held, on their Motion for Preliminary Injunction.

**SO ORDERED this 21st day of March, 2018.**

_____
**TERENCE C. KERN**
**United States District Judge**

---

inadvertent and will construe both the Response (Doc. 145) and the Motion for Leave to be filed on behalf of all four Tulsa County Defendants.