**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **CARLY GRAFF, et. al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | |
| | ) | **Case No. 4:17-CV-606-TCK-JFJ** |
| **ABERDEEN ENTERPRIZES II, INC., et al.,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**PLAINTIFFS' MOTION TO FILE A CONSOLIDATED BRIEF OPPOSING DEFENDANTS' MOTIONS TO DISMISS AND TO EXTEND THE PAGE LIMIT**

Plaintiffs respectfully request leave to file a single consolidated brief in opposition to Defendants' motions to dismiss and to extend the page limit for that brief to 150 pages. Defendants have filed 14 different briefs that total 358 pages. Granting Plaintiffs' request will save the Court substantial resources and is far preferable to Plaintiffs inundating this Court with an additional 14 briefs of up to 25 pages each, or 350 pages total.

Nonetheless, Defendants oppose Plaintiffs' request. Their objection is inconsistent with the preservation of scarce judicial resources and the interests of efficient administration of justice. Defendants' numerous and lengthy motions contain significant repetition. *See, e.g.*, Doc. 235 at 18 (arguing that injunctive relief is improper); Doc. 236 at 20 (making the same argument verbatim); Doc. 237 at 20 (same). Many also raise the same arguments in slightly different terms. *See, e.g.*, Doc. 228 at 19 (arguing that Plaintiffs have not pled an effect on interstate commerce for their RICO claim); Doc. 231 at 5–6 (same); Doc. 235 at 23 (same); *see also, e.g.*, Doc. 215 at 12 (arguing that *Younger* abstention bars Plaintiffs' suit); Doc. 233 at 10 (same). If allowed to file a single brief, Plaintiffs will state the relevant legal standards once and address all of Defendants' arguments related to a single subject matter in a single section of the

brief, rather than across multiple briefs. This will save the Court from having to wade through the same statements of the law and arguments in numerous briefs and from having to navigate a maze of cross-references that incorporate arguments from other briefs.

Defendants will suffer no prejudice from Plaintiffs' proposal. Plaintiffs will clearly identify which arguments they are answering and include proper citations to the relevant briefs. In fact, Defendants will benefit from Plaintiffs' proposal because they, like the Court, will be saved the trouble of having to read and reread the same statements of the law in multiple briefs.

Finally, an extension of the page limit to 150 pages is justified. Defendants' briefs, though overlapping, raise a host of different arguments on both jurisdictional issues and the merits. This Motion seeks an average of fewer than 11 pages to respond to each motion, for a total of 200 fewer pages than Plaintiffs would be entitled to under the local rules were Defendants' preference for 14 briefs to be followed. And Plaintiffs will, of course, endeavor to keep their brief as concise as possible.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant Plaintiffs' Motion.

Dated: October 29, 2018

Respectfully submitted,

*/s/Jill E. Webb*
Jill Webb, OBA #21402
J Webb Law Firm PLLC
P.O. Box 1234
Tulsa, OK 74101
Tel: 918-346-5664
jill.webb@gmail.com

*/s/ Daniel E. Smolen*
Daniel Smolen, OBA #19943
Donald E. Smolen, II, OBA #19944
Robert M. Blakemore, OBA #18656
Smolen, Smolen & Roytman

701 South Cincinnati Avenue
Tulsa, OK 74119
Tel: 918-585-2667
Fax: 918-585-2669

/s/ *Katherine Hubbard*
Katherine Hubbard (admitted *Pro Hac Vice*)
California Bar No. 302729
Ryan Downer (motion to appear *Pro Hac Vice* forthcoming)
D.C. Bar No. 1013470
Marco Lopez* (motion to appear *Pro Hac Vice* forthcoming)
California Bar No. 316245
Tara Mikkilineni (motion to appear *Pro Hac Vice* forthcoming)
D.C. Bar No. 997284
Civil Rights Corps
910 17th Street NW, Suite 200
Washington, DC 20006
Tel: 202-599-0953
Fax: 202-609-8030
katherine@civilrightscorps.org
ryan@civilrightscorps.org
marco@civilrightscorps.org
tara@civilrightscorps.org

*Admitted solely to practice law in California; not admitted in the District of Columbia. Practice is limited pursuant to D.C. App. R. 49(c)(3).

/s/ *Seth Wayne*
Mary B. McCord (admitted *Pro Hac Vice*)
D.C. Bar No. 427563
Robert Friedman (admitted *Pro Hac Vice*)
D.C. Bar No. 1046738
Seth Wayne (admitted *Pro Hac Vice*)
D.C. Bar No. pending
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
mbm7@georgetown.edu
rdf34@georgetown.edu
sw1098@georgetown.edu

*Attorneys for the Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of October, 2018, I electronically transmitted the foregoing Motion to File a Consolidated Brief Opposing Defendants' Motions to Dismiss and to Extend the Page Limit to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*/s/ Seth Wayne*