# **EXHIBIT A**

# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. JUSTIN LEE JONES,<br><br>    Plaintiff,<br><br>v.<br><br>1. AARON HACKER, in his individual and official capacity;<br>2. JAMES ZEIGLER, in his individual and official capacity;<br>3. JENNIFER ARNOLD, in her individual and official capacity;<br>4. CITY OF BEGGS, a municipal corporation,<br>5. EDDY RICE, in his individual and official capacity,<br>6. LINDA BEAVER, in her individual and official capacity<br><br>    Defendants. | Case No. 13-cv-444-JHP |

## **AFFIDAVIT OF CYNTHIA D. PICKERING**

I, Cynthia D. Pickering, upon my oath and being of lawful age state as follows:

1. I am the Special District Judge for Okmulgee County, Oklahoma.

2. When a criminal defendant is convicted of a crime and fines are imposed as part of the punishment, said fines are orders of the court.

3. I am familiar with the procedure for issuing arrest warrants for criminal defendants who fail to pay court-ordered fines.

4. The Okmulgee County Court Clerk is the custodian of judicial records. As such, the Court Clerk and her deputies are charged with keeping track of which criminal defendants have paid the court-ordered fines and which criminal defendants are behind on payments or have made no payments at all.

5. As Special District Court Judge of Okmulgee County, it is my expectation individuals


EXHIBIT 1

within the Court Clerk's office keep track of delinquent payers and to notify the appropriate district judge for the criminal defendant's failure to pay court-ordered fines.

6. It is further my expectation that the deputy court clerk who is in charge of keeping track of delinquent payers present the appropriate judge with a bench warrant for the delinquent payer's arrest. Upon review of the warrant presented by the deputy court clerk, the judge will sign the warrant for the delinquent payer's arrest.

7. This is a regular occurrence in Okmulgee County which results in hundreds of warrants being prepared and signed per month.

Pursuant to 28 U.S.C. §1747, I declare under penalty of perjury that the foregoing is true and correct.

*Cynthia D. Pickering*
Cynthia D. Pickering
10/24/14
Date

2