**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| CARLY GRAFF, *et al.*, ) <br> *on behalf of themselves and all others* ) <br> *similarly situated*, ) <br> ) <br>       **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **ABERDEEN ENTERPRIZES II,** ) <br> **INC.,** *et al.*, ) <br> ) <br>       **Defendants.** ) | No. 4:17-CV-606-TCK-JFJ |

## THE COUNTY SHERIFF DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR THEIR REPLY BRIEFS IN SUPPORT OF THEIR MOTIONS TO DISMISS

The County Sheriff Defendants, under LCvR7.2(h) move for an Order from this Court granting them leave to exceed the 10-page limitation for their reply brief to the Plaintiffs' Response to the County Sheriffs' Individual-Capacity Motion to Dismiss, *see* Doc. 267, and for their reply brief to the Plaintiffs' Response to the County Sheriffs' Official-Capacity Motion to dismiss, *see* Doc. 275. The County Sheriff Defendants request 10 additional pages for each reply brief, thus extending the page limitation for each brief to 20 pages.

The Court has previously granted page extensions to the County Sheriff Defendants for their two Motions to Dismiss, *see* Doc. 165, and the Plaintiffs for their two Responses to the County Sheriff Defendants' Motions to Dismiss, *see* Doc. 263. As indicated by the size of the briefing between the parties in this case, the motions and responses address significant, complex legal issues raised by the Plaintiffs' Second Amended Complaint which necessitate some additional briefing beyond the 10-page limitation for reply briefs in LCvR7.2(h). The County Sheriff Defendants therefore request additional pages to address new matters raised in the response

- 2 -

briefs, including but not limited to items in the Plaintiffs' responses concerning the RICO claim, the Fourteenth Amendment Due Process Clause and Equal Protection Clause claims, and the existence of quasi-judicial and qualified immunity.

Per LCvR7.2(c), this Motion is made more than one day before the reply briefs are due (which is December 21, 2018), and the undersigned is authorized to state that the Plaintiffs' counsel has been contacted regarding this request and does not object.

Respectfully submitted,

**Pierce Couch Hendrickson Baysinger & Green, L.L.P.**

s/ Jeffrey C. Hendrickson
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jeffrey C. Hendrickson, OBA #32798
April D. Kelso, OBA #30079
Robert Betts, OBA #21601
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
rwood@piercecouch.com
jhendrickson@piercecouch.com
akelso@piercecouch.com
rbetts@piercecouch.com

*Attorneys for the County Sheriff Defendants*

## CERTIFICATE OF SERVICE

      I certify that on **December 13, 2018**, I electronically transmitted the foregoing Unopposed Motion for Leave to Exceed the Page Limit to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing all ECF registrants who have appeared in this case.

      s/ Jeffrey C. Hendrickson
      Jeffrey C. Hendrickson