UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

IRA LEE WILKINS )
    Plaintiff, ) 17-CV-606-CVE-JFJ
)
Vs. ) 18-CV-?
)
City of Tulsa (TPD); )
Aberdeen Enterprizes II; )
and all other parties )

FILED
OCT 11 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

MOTION TO COMPEL
FOR SPECIAL REPORTS AND MOTIONS

  Mr. Wilkins' request for the above mentioned motion and case are on the grounds of the Defendant(s) Not providing the Plaintiff with the Motion(s)/Special Report(s). Furthermore, Mr. Wilkins does Not have any Access to "PACER" for review of the Courts docket minutes sheet in order to stay informed with the proceeding of these case(s) at hand. Plaintiff is requesting for ALL Court docket minutes and motion(s) filed previously and in future in regard to these case(s) to be provided, due to the Plaintiff NOT having any access to "PACER" in order to stay consistent with the Court proceedings filed by the Defendants and Court Clerk, pursuant to the Federal Rules of Civil Procedure. And being that the Plaintiff

has No Access to "Pacer," and not updated, he/Plaintiff also doesn't know the correct Case Number(s)/Filing to insert at the beginning of this Motion to Compel, concerning Civil Case of "Excessive Force" involving Tulsa Police Department (City of Tulsa, Oklahoma.)

WHEREFORE the Plaintiff, Ira Lee Wilkins, Respectfully moves this Honorable Court grant his request to Compel.
 IT IS SO PRAYED.
Date: October 9, 2019

Respectfully Submitted,
Ira Lee Wilkins.
x/s/ Ira Lee Wilkins

Ira Wilkins #99050524
Dave L Moss Detention Facility
300 N. Denver Ave.
Tulsa, Ok. 74103

RECEIVED
OCT 11 2019
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

US Courthouse
US Court Clerk
333 West Fourth St
Tulsa, Ok. 74103

neopost
10/10/2019
US POSTAGE
$000.50⁰
ZIP 74127
041M12251097

postmarked 10/10/19
17-CV-606-TCK-JFJ