# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IRA LEE WILKINS, et al, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 17-CV-00606-TCK-JFJ |
| v. | ) |
| | ) |
| ABERDEEN ENTERPRIZES II, INC., et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF WILKINS' NOTICE OF WITHDRAWAL OF
## MOTION TO COMPEL FOR SPECIAL REPORTS AND MOTIONS [DKT. 306]

PLEASE TAKE NOTICE plaintiff Ira Lee Wilkins hereby withdraws the Motion to Compel For Special Reports and Motions [Dkt. 306] filed on October 15, 2019.

Respectfully submitted,

/s/Daniel E. Smolen_____
Daniel E. Smolen, OBA# 19943
Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2019, I electronically transmitted the foregoing document to the Clerk of Court using ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registered counsel of record.

/s/Daniel E. Smolen