UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) Case No. 4:17-CV-606-TCK-JFJ |
| ABERDEEN ENTERPRIZES II, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE REGARDING PARTIAL WITHDRAWAL OF PRELIMINARY INJUNCTION AS TO THE ROGERS COUNTY DEFENDANTS AND ABERDEEN ENTERPRIZES II, INC.,

Please take notice that Plaintiffs, by undersigned counsel, hereby respectfully withdraw their Motion for Preliminary Injunction (ECF No. 77) insofar as it seeks relief against the Sheriff of Rogers County, the Rogers Clerk, and Aberdeen, Inc., and insofar as it seeks relief on behalf of Carly Graff. Per the representations of counsel for Tulsa and Rogers Counties, neither county is currently working with Aberdeen, Inc. Moreover, counsel for Rogers County has represented that Carly Graff no longer has an active arrest warrant nor outstanding court debts in Rogers County. Accordingly, with regard to the Court's order scheduling argument for September 30, 2020 requiring only the presence of parties involved in the Motion (ECF No. 334), counsel for the Rogers County Defendants and Aberdeen, Inc. need not appear. Plaintiffs do not withdraw their Motion for Preliminary Injunction insofar as it seeks relief on behalf of Randy Frazier against the Sheriff of Tulsa County, the Tulsa Clerk, and the Tulsa Cost Administrator.

Dated: September 25, 2020

Respectfully submitted,

1

*/s/Jill E. Webb*
Jill Webb, OBA #21402
J Webb Law Firm PLLC
P.O. Box 1234
Tulsa, OK 74101
Tel: 918-346-5664
jill.webb@gmail.com

*/s/ Daniel E. Smolen*
Daniel Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
Tel: 918-585-2667
Fax: 918-585-2669

/s/ *Tara Mikkilineni*
Ryan Downer (admitted *Pro Hac Vice*)
D.C. Bar No. 1013470
Tara Mikkilineni (admitted *Pro Hac Vice*)
D.C. Bar No. 997284
Civil Rights Corps
1601 Connecticut Ave. NW Ste 800
Washington, DC 20009
Tel: 202-844-4975                    Fax: 202-609-8030
ryan@civilrightscorps.org
tara@civilrightscorps.org

/s/ *Seth Wayne*
Robert Friedman (admitted *Pro Hac Vice*)
D.C. Bar No. 1046738
Seth Wayne (admitted *Pro Hac Vice*)
D.C. Bar No. 888273445
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
rdf34@georgetown.edu
sw1098@georgetown.edu

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of September, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*/s/ Seth Wayne*