# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Ira Lee Wilkins, et al. ,

                Plaintiff(s),

vs.

Aberdeen Enterprizes II, Inc., et al,
                Defendant(s).

Case Number: 17-cv-00606-TCK-JFJ
Proceeding: Motion Hearing
Date: 9-30-2020
Court Time: 10:30 a.m.

### MINUTE SHEET

Jodi F. Jayne, U.S. Magistrate Judge     S. Cope, Deputy Clerk     C1, Reporter

Counsel for Plaintiff: Daniel Smolen, Robert Blakemore, Robert Friedman, Seth Wayne, Tara Mikkilineni
Counsel for Defendant Oklahoma Sheriffs' Association: Kelsey Ann Chilcoat
Counsel for Defendant County Sheriffs: Jeffrey Hendrickson, Robert Lafferrandre
Counsel for Defendant Tulsa County: Douglas Wilson, Jo Lynn Jeter, Michael Shouse
Counsel for Defendant State Court Judges: Stefanie Lawson

Minutes: Telephone Conference held regarding Named Plaintiffs Carly Graff and Randy Frazier's Motion for a Preliminary Injunction (ECF Nos. 77, 79). Arguments heard. Defendant's Request for the Court to Take Judicial Notice of its Records in Other Proceeding and Other Law Enforcement Agencies Active in Tulsa County Besides the Tulsa County Sheriff's Office (ECF No. 341) is granted.  Motion for preliminary injunction is taken under advisement.

Court Time: 10:41 a.m. - 12:51 p.m.