# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CARLY GRAFF, et al.**          ) | |
|                                  ) | |
|     **Plaintiffs,**              ) | |
|                                  ) | |
| v.                               ) | Case No. 17-CV-606-TCK-JFJ |
|                                  ) | |
| **ABERDEEN ENTERPRIZES II, INC., et al.;** ) | |
|                                  ) | |
|     **Defendants.**              ) | |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW**, Maurice G. Woods, II and Kelsey A. Chilcoat, of the law firm McAtee and Woods, P.C. on behalf of Defendant the Oklahoma Sheriffs' Association ("OSA"), and requests that this Court to allow them to withdraw as counsel of record for the Defendant OSA. In support, the above-named state as follows:

1. Above-named counsel was hired by State Farm Insurance Company to enter an appearance on behalf of and Defendant the OSA in the instant lawsuit.

2. A separate action was filed by State Farm Insurance to determine whether there was coverage and a continued duty to defend the OSA. That action yielded a declaratory judgment finding no coverage under the State Farm Insurance policy at issue. Therefore, State Farm's duty to defend the OSA was terminated.

3. In addition to representation by and through above-named counsel, the OSA is concurrently represented by the law firm Conner and Winters, LLP.

4. Above-named counsel has communicated with its client and with Conner and Winters and they are aware of this Motion and do not object.

1

5.  The Defendant OSA will continue to be represented by the law firm of Conner and Winters.

**WHEREFORE**, premises considered, above-named counsel respectfully requests this Court GRANT this Motion to Withdraw as counsel of record and that the undersigned be removed as counsel of record for Defendant, Oklahoma Sheriffs' Association ("OSA") in this case.

Respectfully submitted,

s/Maurice G. Woods, II
MAURICE G. WOODS, II, OBA #16582
KELSEY A. CHILCOAT, OBA #32750
McATEE & WOODS, P.C.
410 N.W. 13th Street
Oklahoma City, OK  73103
Telephone: (405) 232-5067
Facsimile: (405) 232-0009
mauricew@mcateeandwoods.com
kelseyc@mcateeandwoods.com
***Attorneys for Defendants Oklahoma Sheriffs' Association***

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on the 20th day of November, 2020, I electronically transmitted a true and correct copy of the foregoing document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

All Known Counsel of Record

s/Maurice G. Woods, II
MAURICE G. WOODS, II