# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., *et al.*,<br><br>Defendants. | 4:17-CV-606-TCK-JFJ |

## ORDER

On this 11th day of February, 2021, the Unopposed Motion to Substitute Parties [Doc. 350] of the Defendants, the Fifty-One County Sheriffs, in their official capacity, came before the Court. Having reviewed the Motion, and for good cause shown, Defendants' Unopposed Motion to Substitute Parties is GRANTED.

**IT IS SO ORDERED** this 11th day of February, 2021.

**TERENCE C. KERN**
**UNITED STATES DISTRICT JUDGE**