## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., | ) |
|        Plaintiffs, | ) |
| v. | ) Case No. 17-CV-606-TCK-JFJ |
| ABERDEEN ENTERPRIZES, II, Inc., et al., | ) |
|        Defendants. | ) |

## JUDGMENT

Pursuant to the Order granting the Defendants' Motion to Dismiss the Second Amended Complaint (Doc. 226) entered the 12th day of March, 2021, the Court enters judgment for the Defendants and against the Plaintiffs.

**IT IS SO ORDERED** this 12th day of March, 2021.

*/s/ Terence C. Kern*
TERENCE C. KERN
United States District Judge