UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et. al., )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>ABERDEEN ENTERPRIZES II, INC., et al., )<br>)<br>Defendants. ) | Case No. 4:17-CV-606-TCK-JFJ |

## NOTICE OF APPEAL

Notice is hereby given that Carly Graff, Randy Frazier, David Smith, Kendallia Killman, Linda Meachum, Christopher Choate, Ira Lee Wilkins, and Melanie Holmes, Plaintiffs in the above named case, hereby appeal in the United States Court of Appeals for the Tenth Circuit from an order granting the Motion to Dismiss the Second Amended Complaint by Defendants the Board of County Commissioners of the County of Rogers, Scott Walton (Sheriff of Rogers County), and Kim Henry (former Court Clerk of Rogers County) in their official capacities, entered in this action on the 12th day of March, 2021, and dismissing the case in its entirety as to all Defendants.

Dated: April 8, 2021

                        Respectfully submitted,

                        */s/Jill E. Webb*
                        Jill Webb, OBA #21402
                        J Webb Law Firm PLLC
                        P.O. Box 1234
                        Tulsa, OK 74101
                        Tel: 918-346-5664
                        jill.webb@gmail.com

                        */s/ Daniel E. Smolen*
                        Daniel Smolen, OBA #19943
                        Robert M. Blakemore, OBA #18656

Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
Tel: 918-585-2667
Fax: 918-585-2669

/s/ *Tara Mikkilineni*
Ryan Downer (admitted *Pro Hac Vice*)
D.C. Bar No. 1013470
Tara Mikkilineni (admitted *Pro Hac Vice*)
D.C. Bar No. 997284
Civil Rights Corps
1601 Connecticut Ave. NW Ste 800
Washington, DC 20009
Tel: 202-844-4975                              Fax: 202-609-8030
ryan@civilrightscorps.org
tara@civilrightscorps.org

/s/ *Seth Wayne*
Seth Wayne (admitted *Pro Hac Vice*)
D.C. Bar No. 888273445
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of April, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

*/s/ Seth Wayne*