IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

Ira Lee Wilkins, et al.

Plaintiff(s),

vs.                                                               Case No.: 17-cv-00606-TCK-JFJ

Aberdeen Enterprizes II, Inc., et al.

Defendant(s).

## AMENDED SCHEDULING ORDER

Pursuant to the Court's Minute Order at Dkt. 388, granting in part Plaintiffs' Consent Motion to Modify Briefing Schedule, see Dkt. 387, the Court modifies the briefing schedule as follows:

1. Defendants' Motions to Dismiss shall be filed by **July 7, 2023**.

2. Plaintiffs' Responses shall be filed by **August 10, 2023**.

3. Defendants' Reply Briefs shall be due by **August 31, 2023.**

This Order is entered this 12th day of June, 2023.

_____
Terence Kern, U.S. District Judge