# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., *et al.*,<br><br>Defendants. | 4:17-CV-606-TCK-JFJ<br>*Hon. Terence C. Kern* |

## **ORDER**

Before the Court is Defendants' *Joint Motion For Order Confirming Ecf 165 Governs Defendants' Number Of Briefs And Page Limitations For Those Briefs*, Doc. No. 393. Movants request the Court enter an order affirming that its previous order, Doc. 165, is the law of the case and/or governs Defendants' forthcoming motions to dismiss, due July 7, 2023. The Court notes the Plaintiffs' opposition.

For good cause shown, Defendants' *Joint Motion* is **GRANTED.** Defendants are given leave of court to file, no later than July 7, 2023, the number of briefs with the page limitations as set forth in Doc. 165.

It is so ordered.

*[signature: Terence C. Kern]*

TERENCE C. KERN
UNITED STATES DISTRICT JUDGE