# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, *et al.*, *on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., *et al.*,<br><br>Defendants. | 4:17-CV-606-TCK-JFJ |

# ORDER

On this 11th day of July, 2023, the County Sheriff Defendants' *Second Unopposed Motion to Substitute Parties*, [Doc. 392], came before the Court. Having reviewed the *Motion*, and for good cause shown, Defendants' Unopposed Motion to Substitute Parties is GRANTED, and the parties are substituted as indicated in the table below:

| County | Former Sheriff / Party | New Sheriff / Party |
|---|---|---|
| Delaware | Mark Berry | James Beck |
| Grady | Jim Weir | Gary Boggess |
| Harper | Thomas McClendon | Clif Brinson |
| Love | Marty Grisham | Adam Cumberledge |
| Okfuskee | Steven Worley | Jim Rasmussen |
| Washington | Rick Silver | Scott Owen |

The newly named Defendants are named in their official capacity only.

**IT IS SO ORDERED** this 11th day of July, 2023.

*Terence C. Kern*
**TERENCE C. KERN**
UNITED STATES DISTRICT JUDGE