UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al.<br><br>*Plaintiffs*,<br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., et al.<br><br>*Defendants*. | Case No. 4:17-CV-606 |

**PLAINTIFFS' REQUEST FOR ORAL ARGUMENT
ON DEFENDANTS' PENDING MOTIONS TO DISMISS**

Plaintiffs respectfully request oral argument on Defendants' thirteen (13) renewed motions to dismiss, Docs. 398–99, 402–12, the responses to those motions, Docs. 415–27, and the replies thereto, Docs. 428–39. The Court has discretion to hear oral argument under Rule 78(b) of the Federal Rules of Civil Procedure and Local Rule LCvR78-1. *See, e.g.*, *Santana v. City of Tulsa*, 359 F.3d 1241, 1246 (10th Cir. 2004). Plaintiffs believe that oral argument may benefit the Court given the complex procedural history of the case, the scope of the allegations in the operative complaint (Doc. 212), and the array of defenses and immunities asserted by Defendants, which the Tenth Circuit identified as "neither straight-forward nor easily resolved." *Graff v. Aberdeen Enterprizes II, Inc.*, 65 F.4th 500, 525–26 (10th Cir. 2023). Moreover, this case presents important constitutional issues that affect the lives of many thousands of indigent Oklahomans.

Should this Court determine that oral argument is not necessary, Plaintiffs alternatively propose a status conference so that the parties may confer with the Court about the history and ongoing issues in this litigation, including the status of Plaintiffs' unresolved Motion for Preliminary Injunction (Doc. 77).

Dated: February 9, 2024                    Respectfully Submitted,

                                                Katherine Hubbard (admitted *pro hac vice*)
D.C. Bar No. 1500503
Marco Lopez (admitted *pro hac vice*)
D.C. Bar No. 888324793
Leonard J. Laurenceau (admitted *pro hac vice*)
D.C. Bar No. 90007729
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
Tel: 202-844-4975
katherine@civilrightscorps.org
marco@civilrightscorps.org
leo@civilrightscorps.org

Daniel Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Tel: 918-585-2667

*/s/ Seth Wayne*
Seth Wayne (admitted *pro hac vice*)
D.C. Bar No. 888273445
Shelby Calambokidis (admitted *pro hac vice*)
D.C. Bar No. 1684804
Mary B. McCord (admitted *pro hac vice*)
D.C. Bar No. 427563
INSTITUTE FOR CONSTITUTIONAL ADVOCACY
AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
sc2053@georgetown.edu
mbm7@georgetown.edu

*Attorneys for the Plaintiff*