# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., *et al.*,<br><br>      Defendants. | 4:17-CV-606-JDR-JFJ<br>*Hon. John D. Russell* |

## DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' PENDING MOTIONS TO DISMISS

Defendants object to Plaintiffs' request for oral argument (ECF 452) on Defendants' pending motions to dismiss (ECF 398 – 399, 402 – 412). Though oral argument is available under Fed. R. Civ. P. 78(a), it is not necessary. For one, Defendants' motions raise questions of law, not fact. *See Butterman v. Walston & Co.*, 50 F.R.D. 189, 190 (E.D. Wisc. 1970) (denying request for oral argument when questions of law at issue). For another, the parties submitted "comprehensive briefs," *see Hazen v. Southern Hills Nat. Bank*, 414 F.2d 778, 780 (10th Cir. 1969), that "sufficiently set out the legal arguments[.]" *Parish v. Howard*, 459 F.2d 616, 620 (8th Cir. 1972). In such circumstances, oral argument is not necessary. *Id.*

This Court is more than capable of processing and ruling on Defendants' motions without argument from counsel. It needs no other data than the allegations from Plaintiffs' second amended complaint (ECF 212), and Defendants and Plaintiffs ably briefed the issues to which those allegations apply. Oral argument, per the wording of the Local Rules, is the exception—not the norm. *See* LCvR78-1 ("Oral arguments or hearings on motions or objections *will not be conducted unless ordered by the Court*") (emphasis added). Given this, the Court should deny Plaintiffs' request and rule on the materials submitted.

Date: March 1, 2024.

Respectfully submitted,

| | |
|---|---|
| s/ Jeffrey C. Hendrickson | s/ Isaac R. Ellis* |
| Robert S. Lafferrandre, OBA #11897 | Isaac R. Ellis, OBA #30072 |
| Randall J. Wood, OBA #10531 | Robert D. James, OBA #16667 |
| Jeffrey C. Hendrickson, OBA #32798 | **CONNER & WINTERS** |
| **PIERCE COUCH HENDRICKSON BAYSINGER & GREEN** | 15 East 5th Street, Suite 4100 |
| | Tulsa, Oklahoma 74103 |
| 1109 North Francis Avenue | Telephone: (918) 586-8996 |
| Oklahoma City, Oklahoma 73106 | Email: iellis@cwlaw.com |
| Telephone: (405) 235-1611 | Email: rjames@cwlaw.com |
| Facsimile: (405) 235-2904 | |
| Email: jhendrickson@piercecouch.com | *Attorneys for Oklahoma Sheriffs' Association* |
| *Attorneys for the 51 County Sheriffs* | |
| s/ Douglas A. Wilson* | s/ Stefanie E. Lawson* |
| Joel L. Wohlgemuth, OBA #9811 | Stefanie E. Lawson, OBA #22422 |
| Jo Lynn Jeter, OBA #20252 | **OFFICE OF THE ATTORNEY GENERAL** |
| W. Caleb Jones, OBA #33541 | |
| **NORMAN WOHLGEMUTH** | 313 Northeast 21st Street |
| 3200 Mid-Continent Tower | Oklahoma City, Oklahoma 73105 |
| 401 South Boston | Telephone: (405) 521-3921 |
| Tulsa, Oklahoma 74103 | stefanie.lawson@oag.ok.gov |
| Telephone: (918) 583-7571 | |
| Facsimile: (918) 584-7846 | *Attorneys for Judge Dawn Moody,* |

Email: JJeter@NWLawOK.com

- and -

Douglas A. Wilson, OBA #13128
Michael Shouse, OBA #33610
**TULSA COUNTY DISTRICT ATTORNEY'S OFFICE - CIVIL**
218 West Sixth Street, Suite 933
Tulsa, Oklahoma 74119
Telephone: (918) 596-8795
Email: douglas.wilson@tulsacounty.org

*Attorneys for Tulsa County Sheriff Vic Regalado, Tulsa County Court Clerk Don Newberry, Tulsa County Cost Administrator Darlene Bailey, and the Board of County Commissioners of the County of Tulsa*

s/ Jennifer L. Struble*
Jennifer L. Struble, OBA #199949
**COFFEY SENGER & WOODARD**
4725 East 91st Street, Suite 100
Tulsa, Oklahoma 74137
Telephone: (918) 292-8787
Facsimile: (918) 292-8788
Email: jstruble@cswlawgroup.com

*Attorneys for Defendant Aberdeen Enterprizes II, Inc., Jim D. Shofner and Rob Shofner*

*Judge Doug Drummond,*
*Judge William J. Musseman, Jr., and*
*Judge Terrell S. Crosson*

s/ Matthew B. Free*
Thomas A. LeBlanc, OBA #14768
Matthew B. Free, OBA #18055
**BEST & SHARP**
One West Third Street
Williams Center Tower I, Suite 900
Tulsa, Oklahoma 74103
Telephone: (918) 582-1234
Facsimile: (918) 585-7447
Email: mfree@bestsharp.com

*Attorneys for Defendants,*
*Scott Walton, Sheriff of Rogers County, in his official and individual capacity; Board of County Commissioners of Rogers County, Oklahoma, and Kim Henry, Rogers County Court Clerk, in her official capacity*

s/ Scott B. Wood*
Scott B. Wood, OBA #12536
**WOOD, PUHL & WOOD**
4037 East 49th Street South
Tulsa, Oklahoma 74135
Telephone: (918) 742-0808
Email: okcoplaw@aol.com

*Attorneys for Kim Henry, in her individual capacity*

*all signatures with permission

- 4 -

**CERTIFICATE OF SERVICE**

I certify that on **February 27, 2024,** I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing all ECF registrants who have appeared in this case.

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson
