IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **IRA LEE WILKINS et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**ABERDEEN ENTERPRIZES II, INC. et al.,**<br><br>**Defendants.** | Case No. 17-CV-606-SEH-JFJ |

## ORDER

The following motions are before the Court:

1. Motion for Preliminary Injunction [ECF No. 77];

2. Motion for Class Action Certification [ECF No. 78]; and

3. Motions to Dismiss [ECF Nos. 398, 399, 402, 403, 404, 405, 406, 407, 408, 409, 410, 411, & 412].

The Court hereby sets a status conference and hearing on the above-referenced motions on June 26, 2024 at 9:00 a.m. All counsel of record shall appear in person for the status conference and hearing in Courtroom 3, fourth floor, at the Page Belcher Federal Building, 333 West Fourth Street, Tulsa, OK 74103. Requests to be excused from appearing in person must be made by written application to the Court. Counsel must be prepared to discuss all matters relating to this case including, but not limited to, the above-referenced motions.

**IT IS SO ORDERED** this 5th day of April, 2024.

*Sara E. Hill*
Sara E. Hill
UNITED STATES DISTRICT JUDGE