# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., *et al*.,<br><br>Defendants. | 4:17-CV-606-SEH-JFJ<br>*Hon. Sara E. Hill* |

## THE COUNTY SHERIFF DEFENDANTS' MOTION FOR ORDER EXCUSING COUNSEL FROM ATTENDANCE AT HEARING

The County Sheriff Defendant Group (see ECF 398, 407) moves for an order from this Court excusing several counsel who have entered their appearance in this case from appearing in person at the June 26, 2024 hearing on Defendants' motions to dismiss. These Defendants show the following in support:

1. The County Sheriff Defendant group is represented by four attorneys from the law firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P., those being Robert S. Lafferrandre, Randall J. Wood, Jeffrey C. Hendrickson, and Robert L. Betts.

2. Attorney Jeffrey C. Hendrickson has handled previous appearances for the County Sheriff Defendant group and has handled a majority of the briefing on the rounds of motions to dismiss in this case's history. Attorney Hendrickson intends to appear in person and represent the County Sheriff Defendant group at the hearing on June 26, 2024.

3. Attorney Robert S. Lafferrandre is, on June 26, 2024, appearing as lead counsel for the defendant at a mediation in an insurance bad-faith suit pending in the District Court of

Oklahoma County, State of Oklahoma, styled as *Sonya T. Miller, Plaintiff, v. Tristan Williams; and Amica Mutual Insurance Company*, *Defendants,* Case No. CJ-2022-5420. Mr. Lafferrandre's attendance at this mediation, which was scheduled prior to the setting of the June 26, 2024 hearing, is mandatory and necessary given his knowledge of the case and representation of the insurance carrier defendant.

4. Attorney Randall J. Wood is, on June 26, 2024, attending the deposition of a key witness in a case pending in the Northern District of Oklahoma in which Mr. Wood and his firm represent a number of individual defendants, styled as *Douglas Rucker, as Special Administrator of the Estate of Jacob Rucker, Deceased, Plaintiff, v. City of Tulsa, Oklahoma, et al., Defendants*, Case No. 23-CV-237-CVE-MTS. Mr. Wood's attendance at the deposition is mandatory and necessary given his knowledge of the case and representation of the individual defendants.

5. Attorney Robert L. Betts is recovering from a recent medical operation and limited in his ability to travel.

6. Counsel for the County Sheriff Defendants has requested Plaintiffs' position on this motion, and is authorized to state that Plaintiffs do not oppose it. A proposed order is submitted to this Court via email.

For the reasons listed above, the County Sheriff Defendants request the Court enter an order excusing attorneys Robert S. Lafferrandre, Randall J. Wood, and Robert L. Betts from making personal appearances at the June 26, 2024, status conference and hearing.

- 3 -

Date: June 21, 2024    Respectfully submitted,

s/ Robert S. Lafferrandre
Robert S. Lafferrandre

s/ Randall J. Wood
Randall J. Wood

s/ Robert L. Betts
Robert L. Betts

s/ Jeffrey C. Hendrickson
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jeffrey C. Hendrickson, OBA #32798
Robert L. Betts, OBA #21601
**PIERCE COUCH HENDRICKSON BAYSINGER & GREEN, L.L.P.**
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jhendrickson@piercecouch.com

*Attorneys for County Sheriff Defendants*

## **CERTIFICATE OF SERVICE**

      I certify that on **June 21, 2024** I electronically transmitted the attached document to the Clerk of this Court using the ECF System for filing. Based on the records currently on file, the Clerk will transmit a Notice of Electronic Filing all ECF registrants who have appeared in this case.

                                                           s/ Jeffrey C. Hendrickson
                                                           Jeffrey C. Hendrickson