# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| Ira Lee Wilkins et al, | | |
| | Plaintiff, | Case No.:   17-cv-606-SEH-JFJ |
| vs. | | Proceeding:  Motion Hearing |
| | | Date:   6/26/2024 |
| | | Time:   9:05 a.m.- 10:34 a.m. |
| Aberdeen Enterprises II Inc. et al, | | 10:45 a.m.-11:57 a.m. |
| | Defendant. | **MINUTE SHEET – MOTION HEARING** |

Sara E. Hill, U.S. District Judge          A. Gifford, Deputy Clerk          Sean Gumm, Reporter

Counsel for Plaintiff: Seth Wayne, Leonard Laurrenceau, Daniel Smolen, Shelby Calambokidis, Alexander Karakatsansis

Counsel for Defendants Aberdeen Enterprises Inc., Jim Shofner, Rob Shofner: Jennifer Struble

Counsel for State Court Judges: Jesse Ogle

Counsel for Rogers County and Kim Henry, in her official capacity: Jordan Berkhouse

Counsel for Tulsa County: Douglas Wilson, Mike Shouse

Counsel for Oklahoma Sheriffs' Association: Isaac Ellis

Cousnel for Kim Henry, in her individual capacity: Scott Wood

Counsel for County Sheriffs: Jeffrey Hendrickson

Minutes:          Court addresses substitution of defendants in their official capacities. Parties request rulings on the pending motions to dismiss. Plaintiff requests ruling on the pending motion for temporary injunction (doc. 77 and 79). Court hears argument from counsel on the pending motions to dismiss.