# EXHIBIT 8

Case 4:17-cv-00606-SEH-JFJ   Document 473-9 Filed in USDC ND/OK on 07/29/24   Page 1 of 3

## SUPPLEMENTAL DECLARATION OF PLAINTIFF RANDY FRAZIER

I, Randy Frazier, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Randy Frazier.

2. I am a 66-year-old resident of Tulsa, Oklahoma.

3. When I was unable to pay court debt on old criminal and traffic cases in Tulsa County, I had warrants issued for my arrest several years ago.

4. During that time, Aberdeen (the debt-collection company) called me, my wife, and my daughter threatening my arrest because I could not pay Aberdeen.

5. As far as I know, those arrest warrants are still active. I looked at the public court docket and I still see the arrest warrants there, and nobody has told me the warrants have been repealed.

6. My sole form of income is social security disability payments that I receive as a result of suffering a mini stroke, and I cannot afford to pay to have my arrest warrants removed.

7. Because of those arrest warrants, me and my wife live in constant fear that anytime I leave my house, I will be arrested and my family will not be able to afford to pay to have me released from jail.

8. This fear seriously affects the quality of our life. I avoid leaving the house as much as possible, and cannot leave town to visit my family. As such, I have missed out on important family events and time with my grandchildren.

9. I became aware that Tulsa County was hosting an arrest warrant expungement event, but was too afraid to go in case I got arrested when I went.

I declare under penalty of perjury that this declaration is true and correct.

Executed on July 29, 2024.

                                                                 DocuSigned by:

                                                  _____
                                                  Randy Frazier