Docusign Envelope ID: C2FCC9E7-302A-4727-9B6C-CD8FEBFADC51

# EXHIBIT 9

## DECLARATION OF PLAINTIFF MELANIE HOLMES

I, Melanie Holmes, pursuant to 28 U.S.C. § 1746, declare as follows:

1. My name is Melanie Holmes (formerly Melanie Alene Lee). I am 47 years old.

2. I currently live in South Carolina. Before moving here, I lived in Oregon for several years after leaving Oklahoma, where I had lived my entire life.

3. I left Oklahoma to live with my sister-in-law in Oregon in August 2017. By then, I had struggled for years to pay the court debt I owed in multiple cases and was repeatedly threatened by Aberdeen.

4. At the time I joined this lawsuit, I had arrest warrants relating to my failure to pay court costs in several counties, including Tulsa County.

5. To my knowledge, my arrest warrant in Tulsa County is still active. I still see the warrant on the public court docket, and nobody has told me that it has been repealed.

6. I still cannot afford to pay my court debt, and I am afraid that I will be arrested and taken to jail for failure to pay.

7. I am scared to death of being arrested when I visit family in Oklahoma. I visit the state as little as possible, even though my three children and step-daughter live there. My husband and I have only been back three times in the past seven years.

8. These visits included some of the happiest moments of my life—the marriage of one of my daughters in the fall of 2017, and the birth of my second grandchild last year—and one of the worst moments of my life—a sleep-related incident in 2021 that resulted in the death of my first infant grandchild, who my husband and I primarily cared for and so deeply loved. Through these highs and tremendous lows, the one constant has been my fear of being arrested for failure to pay given my active warrants. Last year, what should have been a beautiful, joyous visit for the birth of my son's daughter was overshadowed

by fear. I kept my lawyer's number easily accessible in my phone, and we left the house as little as possible. And when tragedy struck our family in 2021, and I had to call 911 to help my youngest daughter's daughter who was unresponsive, I had the warrants in the back of my mind—fearing the police would take me to jail and force me to leave my family amid our grief and loss.

9. I hope to visit Tulsa again later this year for the birth of another grandchild, but am still fearful that I may be arrested.

10. I am particularly fearful of my active warrant because in December 2016, I was arrested on a warrant issued in another case in Tulsa County District Court for failing to pay Aberdeen, and I spent six nights in jail because I could not pay $500 to secure my release. At the time I was arrested, my husband and I had no income and were living out of our car.

I declare under penalty of perjury that this declaration is true and correct.

Executed on _____7/29/2024_____

Melanie Holmes
*DocuSigned by:* Melanie Holmes
2A2D593E7A5E47D...