# United States District Court
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 17-cv-00606-SHE-JFJ |
| ) | |
| ABERDEEN ENTERPRIZES II, INC., et al., ) | |
| ) | |
| Defendants. ) | |

STATEMENT OF NO OBJECTION BY TULSA COUNTY DEFENDANTS
CONDITIONED UPON BEING ALLOWED TO FILE A RESPONSE
TO PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING
<u>PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION</u>

In response to Plaintiffs' Motion to File Supplemental Brief in Support of Plaintiffs' Motion for Preliminary Injunction (Doc. #473), the Tulsa County Defendants state that they do not object[1] conditioned upon being allowed to file a response to Plaintiffs' Supplemental Brief.

        Respectfully submitted,

        /s/ Douglas A. Wilson
        Douglas A. Wilson, OBA #13128
        Assistant District Attorney
        Tulsa County District Attorney's Office
        218 West Sixth Street, Suite 933
        Tulsa, OK  74119
        (918) 596-8795
        douglas.wilson@tulsacounty.org

        Mike Shouse, OBA #33610
        Assistant District Attorney
        Tulsa County District Attorney's Office
        218 West Sixth Street, Suite 935
        Tulsa, OK  74119
        (918) 596-4825
        mshouse@tulsacounty.org

---

[1] It is, of course, difficult to object to the ringing of a bell once it has been rung.  Plaintiffs, without leave of court, have already filed their proposed brief as an attachment to their "Motion to File." *See* Doc. #473.

1

- and –

Joel L. Wohlgemuth, OBA #9811
Jo Lynn Jeter, OBA #20252
W. Caleb Jones, OBA #33541
Norman Wohlgemuth, LLP
3200 Mid-Continent Tower
401 South Boston
Tulsa, OK 74103
(918) 583-7571
JWohlgemuth@NWLawOK.com
JJeter@NWLawOK.com
Jones@NWLawOK.com

***Attorneys for Tulsa County Sheriff Vic Regalado, Tulsa County Court Clerk Don Newberry and Tulsa County Cost Administrator Darlene Bailey, in their official capacities, and the Board of County Commissioners of the County of Tulsa***

CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registered counsel of record.

/s/ Douglas A. Wilson