# EXHIBIT 1



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>    Plaintiff,<br>v.<br>RANDY EUGENE MAXVILLE,<br>    Defendant. | No. CF-2006-1754<br>(Criminal Felony)<br><br>Filed: 04/18/2006<br>Closed: 05/12/2006<br><br>Judge: Thornbrugh, P. Thomas |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

## PARTIES

MAXVILLE,  RANDY  EUGENE, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| TULSA COUNTY PUBLIC DEFENDER | MAXVILLE,  RANDY  EUGENE |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, May 12, 2006 at 9:00 AM<br>  PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MAXVILLE,  RANDY EUGENE | Preliminary Hearing Docket | |
| Tuesday, July 25, 2006 at 2:00 PM<br>  COURT COSTS DUE | MAXVILLE,  RANDY EUGENE | Cost Admin. Review Docket | |
| Monday, December 25, 2006 at 2:00 PM<br>  COST ADMINISTRATION REVIEW | MAXVILLE,  RANDY EUGENE | Cost Admin. Review Docket | |
| Friday, April 20, 2007 at 9:30 AM<br>  APPLICATION TO REVOKE | MAXVILLE,  RANDY EUGENE | Tom C. Gillert | |
| Monday, May 7, 2007 at 2:30 PM<br>  ISSUE HEARING/APPLICATION TO REVOKE | MAXVILLE,  RANDY EUGENE | Tom C. Gillert | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, June 25, 2007 at 1:30 PM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Monday, August 13, 2007 at 1:30 PM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Monday, October 1, 2007 at 1:30 PM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Monday, November 5, 2007 at 1:30 PM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Friday, January 4, 2008 at 9:30 AM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Wednesday, February 6, 2008 at 0:00 AM COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |
| Monday, July 14, 2008 at 9:30 AM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Thursday, July 31, 2008 at 0:00 AM ADMINISTRATIVE REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |
| Monday, November 17, 2008 at 1:30 PM SENTENCING/REVIEW | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |
| Saturday, January 24, 2009 at 0:00 AM COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |
| Friday, February 11, 2011 at 0:00 AM COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |

## COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: BRG2, BURGLARY - SECOND DEGREE, in violation of 21 O.S. 1435
Date of Offense: 04/12/2006

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 05/12/2006. Guilty Plea**<br>Count as Disposed: BURGLARY - SECOND DEGREE(BRG2)<br>Violation of 21 O.S. 1435 |

## DOCKET

| Date | Code | Description | Party | Count |
|---|---|---|---|---|
| 04-18-2006 | [ TEXT ] | CRIMINAL FELONY INITIAL FILING. | MAXVILLE, RANDY EUGENE | #1 |
| 04-18-2006 | [ INFORMATION ] | DEFENDANT RANDY EUGENE MAXVILLE WAS CHARGED WITH COUNT #1, BURGLARY - SECOND DEGREE IN VIOLATION OF 21 O.S. 1435 | MAXVILLE, RANDY EUGENE | #1 |
| 04-18-2006 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE THORNBRUGH, P. THOMAS TO THIS CASE. | | |

| | | |
|---|---|---|
| 04-20-2006  [ CTARRPL ] | MAXVILLE, RANDY EUGENE | |
| JUDGE MILLIE OTEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER (APPOINTED). ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. PRELIMINARY HEARING SET FOR 5-12-2006 9 AM IN ROOM 344. BOND SET IN THE AMOUNT OF 5000.00; DEFENDANT RECOGNIZED BACK. | | |
| 04-20-2006  [ DAINS ] | MAXVILLE, RANDY EUGENE | |
| DISTRICT ATTORNEY INSPECTION NOTIFICATION | | |
| 04-25-2006  [ AFPCA ] | MAXVILLE, RANDY EUGENE | |
| AFFIDAVIT & FINDING OF PROBABLE CAUSE T.R.A.C.I.S. (ARRESTED) | | |
| 05-12-2006  [ CONVICTED ] | MAXVILLE, RANDY EUGENE | #1 |
| SMITH, CLIFFORD: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY ASSISTANT PUBLIC DEFENDER ALLEN MALONE. STATE REPRESENTED BY ASSSISTANT DISTRICT ATTORNEY ZACK SMITH. CASE CALLED FOR PRELIMINARY HEARING. BOTH PARTIES WAIVE DISTRICT COURT JURISDICTION. DEFENDANT SWORN IN OPEN COURT, ENTERS PLEA OF GUILTY.  COUNT ONE (1): BURGLARY - SECOND DEGREE VIOLATION 21 O.S. 1435  DEFENDANT SENTENCED TO THREE (3) YEARS IN THE CUSTODY AND CONTROL OF OKLAHOMA STATE DEPARTMENT OF CORRECTIONS -SUSPENDED SENTENCE SUPERVISED BY THE STATE OFFICE OF PROBATION AND PAROLE, $500.00 FINE, $250.00 VICTIM'S COMPENSATION, PLUS ALL COSTS INCURRED IN THIS MATTER. 80 HOURS OF COMMUNITY SERVICE, TO BE COMPLETED WITHIN 180 DAYS.  DEFENDANT ADVISED OF APPEAL RIGHTS. FINDING OF FACT-ACCEPTANCE OF PLEA, REFERRAL ORDER OF THE COURT, RULES AND CONDITIONS OF PROBATION, TRUTH IN SENTENCING, RULE 8 COST FORM SIGNED/ENTERED. RELEASE ISSUED TO TULSA COUNTY JAIL. JUDGEMENT AND SENTENCE ISSUED. | | |
| 05-12-2006  [ COSTF ] | MAXVILLE, RANDY EUGENE    #1 | $ 98.00 |
| COURT COSTS ON FELONY | | |
| 05-12-2006  [ DACPAF ] | MAXVILLE, RANDY EUGENE    #1 | $ 25.00 |
| DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | | |
| 05-12-2006  [ MELRF ] | MAXVILLE, RANDY EUGENE    #1 | $ 10.00 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND | | |
| 05-12-2006  [ OCISR ] | MAXVILLE, RANDY EUGENE    #1 | $ 10.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 05-12-2006  [ CLEET ] | MAXVILLE, RANDY EUGENE    #1 | $ 9.00 |
| CLEET PENALTY ASSESSMENT | | |
| 05-12-2006  [ PFE7 ] | MAXVILLE, RANDY EUGENE    #1 | $ 6.00 |
| LAW LIBRARY FEE | | |
| 05-12-2006  [ FOREN ] | MAXVILLE, RANDY EUGENE    #1 | $ 5.00 |
| FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | | |
| 05-12-2006  [ AFIS ] | MAXVILLE, RANDY EUGENE    #1 | $ 5.00 |
| CLEET PENALTY ASSESSMENT FOR AFIS | | |
| 05-12-2006  [ SSF ] | MAXVILLE, RANDY EUGENE    #1 | $ 5.00 |
| SHERIFF'S SERVICE FEE ON ARRESTS | | |

| Date | Code | Party | # | Amount |
|---|---|---|---|---|
| 05-12-2006 | [ FINE ] | MAXVILLE, RANDY EUGENE | #1 | $ 500.00 |

FINES PAYABLE TO COUNTY

| 05-12-2006 | [ VCA ] | MAXVILLE, RANDY EUGENE | #1 | $ 250.00 |
|---|---|---|---|---|

VICTIMS COMPENSATION ASSESSMENT (AC12)

| 05-12-2006 | [ CCADMIN ] | MAXVILLE, RANDY EUGENE | #1 | $ 5.40 |
|---|---|---|---|---|

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS

| 05-17-2006 | [ ADISC ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

| 05-23-2006 | [ J&S ] | MAXVILLE, RANDY EUGENE | #1 | |
|---|---|---|---|---|

JUDGMENT AND SENTENCE

| 05-23-2006 | [ RULE8 ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

ORDER OF THE COURT - RULE 8 HEARING

| 05-23-2006 | [ WAIPH ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

WAIVER OF PRELIMINARY HEARING AND BIND- OVER ORDER

| 05-24-2006 | [ RETRL ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

RETURN RELEASE

| 05-25-2006 | [ APPA ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

AMENDED PAYMENT PLAN AGREEMENT (AUTH DATE 5/25/06) THE FIRST PAYMENT OF $75 IS DUE ON 7/25/06, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 25TH DAY OF EACH MONTH THE 25TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $1608.40 BEING DUE ON 12/25/06. RETURN TO COST ADMINISTRATION FOR REVIEW ON 12/25/06. SEE ALSO CF-06-1754, TR-99-4823.***MJD***

| 05-26-2006 | [ FFAP ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

FINDINGS OF FACT - ACCEPTANCE OF PLEA

| 08-04-2006 | [ ACCOUNT ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

RECEIPT # 2006-1124592 ON 08/04/2006.
PAYOR: MAXVILLE, RANDY EUGENE - JDG TOTAL AMOUNT PAID: $ 75.00.
LINE ITEMS:
CF-2006-1754: $61.00 ON AC01 CLERK FEES FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $9.00 ON AC11 CLEET PENALTY ASSESSMENT FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $5.00 ON AC21 CLEET ASSESSMENT FOR A.F.I.S. FOR MAXVILLE, RANDY EUGENE.

| 09-15-2006 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

COST ADMIN MINUTE: DEFT APPEARED. PAYMENT OF $150 DUE ON 9/29/06 FOR AUG. AND SEPT. ***PLC***

| 01-09-2007 | [ MWPN ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

T.C.M.W.P. NOTICE NON-COMPLETION - PART OF SENTENCE - REVOKED - 24/80

| 04-12-2007 | [ CTACRVBW ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|

GILLERT, THOMAS: ORDER REGARDING APPLICATION TO REVOKE SENTENCE ENTERED. BENCH WARRANT ISSUED; BOND SET IN THE AMOUNT OF $1,000.

| 04-12-2007 | [ 👁 BWIAR ] | MAXVILLE, RANDY EUGENE | | $ 50.00 |
|---|---|---|---|---|

BENCH WARRANT ISSUED ON APPLICATION TO REVOKE, JUDGE: TOM GILLERT - BOND AMOUNT: $1,000.00

| 04-12-2007 | [ OCISR ] | MAXVILLE, RANDY EUGENE | | $ 10.00 |
|---|---|---|---|---|

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| Date | Code | Party | Amount |
|---|---|---|---|
| 04-13-2007 | [ OARSS ] | MAXVILLE, RANDY EUGENE | |
| | ORDER RE APPLICATION TO REVOKE SUSPENDED SENTENCE | | |
| 04-13-2007 | [ AREV ] | MAXVILLE, RANDY EUGENE | |
| | APPLICATION/MOTION TO REVOKE SUSPENDED SENTENCE | | |
| 04-13-2007 | [ RPT ] | MAXVILLE, RANDY EUGENE | |
| | VIOLATION REPORT | | |
| 04-16-2007 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | |
| | GILLERT, THOMAS: DEFENDANT IN CUSTODY APPLICATION TO REVOKE; SET 4-20-07 9:30 AM. BOND REMAINS. | | |
| 04-17-2007 | [ ↶ RETBW ] | MAXVILLE, RANDY EUGENE | |
| | WARRANT RETURNED 4/17/2007, WARRANT ISSUED ON 4/12/2007 | | |
| 04-20-2007 | [ CTPASS ] | MAXVILLE, RANDY EUGENE | |
| | GILLERT, THOMAS: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PAUPERS AFFIDAVIT FURNISHED, ALLEN MALONE PUBLIC DEFENDER'S OFFICE APPOINTED. STATE REPRESENTED BY JULIE DOSS. HEARING/APPLICATION TO REVOKE PASSED TO 5-7-07 2:30 PM. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK; REMANDED TO CUSTODY. | | |
| 04-20-2007 | [ AREV ] | MAXVILLE, RANDY EUGENE | |
| | APPLICATION/MOTION TO REVOKE SUSPENDED SENTENCE | | |
| 05-07-2007 | [ CTCONF ] | MAXVILLE, RANDY EUGENE | |
| | GILLERT, THOMAS: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY ALLEN MALONE. STATE REPRESENTED BY JULIE DOSS. COURT REPORTER JANA HARRINGTON. DEFENDANT WAIVES THE READING OF THE APPLICATION AND CONFESSES THE ALLEGATIONS IN THE STATE'S APPLICATION TO REVOKE SENTENCE. THE COURT HEREBY WITHHOLDS FINDING. DEFENDANT TO BE IN COMPLIANCE WITH PROBATION; COMPLETE WORK HOURS, PAY ON FINES AND COSTS. DEFENDANT TO HAVE NO CONTACT WITH MARY MAXVILLE. DEFENDANT RECOGNIZED BACK FOR SENTENCING/REVIEW 6-25-07 1:30 PM. DEFENDANT IS ADVISED OF PREVIOUS ASSESSMENTS AND COURT COSTS. DEFENDANT ADVISED OF APPEAL RIGHTS. DEFENDANT EXECUTES PERSONAL RECOGNIZANCE BOND. BOND EXONERATED. RELEASE FROM CUSTODY ISSUED. | | |
| 05-09-2007 | [ PR ] | MAXVILLE, RANDY EUGENE | $ 10.00 |
| | RECOGNIZANCE BOND FOR MAXVILLE, RANDY EUGENE POSTED BY MAXVILLE, RANDY EUGENE, POSTED 05/09/2007 | | |
| 05-09-2007 | [ BOJ ] | MAXVILLE, RANDY EUGENE | $ 25.00 |
| | BOND INITIAL FILING JAIL FUND FEE | | |
| 05-09-2007 | [ CCADMIN25 ] | MAXVILLE, RANDY EUGENE | $ 2.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS | | |
| 05-10-2007 | [ RETRL ] | MAXVILLE, RANDY EUGENE | |
| | RETURN RELEASE | | |
| 06-25-2007 | [ CTPASS ] | MAXVILLE, RANDY EUGENE | |
| | GILLERT, THOMAS: DEFENDANT PRESENT, IN CUSTODY ON OTHER CHARGES AND REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY JULIE DOSS. SENTENCING/REVIEW PASSED TO 8-13-07 1:30 PM. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK; REMANDED TO CUSTODY. | | |

| | | |
|---|---|---|
| 08-13-2007 [ CTPASS ] | | MAXVILLE, RANDY EUGENE |

GILLERT, THOMAS: DEFENDANT PRESENT, AND REPRESENTED BY ALLEN MALONE. STATE REPRESENTED BY MIKE ABEL. SENTENCING/REVIEW PASSED TO 10-1-07 1:30 PM; DEFENDANT TO COMPLETE WORK HOURS BY 10-1-07. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| | | |
|---|---|---|
| 08-15-2007 [ PPA ] | | MAXVILLE, RANDY EUGENE |

COST ADMINISTRATION PAYMENT PLAN AGREEMENT - (AUTH DATE 8-6-07). THE FIRST PAYMENT OF $75 IS DUE ON 9-6-07, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 6TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $3039.50 DUE ON 2-6-08.

RETURN TO COST ADMIN FOR REVIEW ON 2-6-08.

SEE ALSO: CF-06-1754, TR-99-4823, CM-07-1934. **LH**

| | | |
|---|---|---|
| 08-16-2007 [ CASER ] | | MAXVILLE, RANDY EUGENE |

CASE REPORT - SUPPLEMENATL REPORT

| | | |
|---|---|---|
| 09-21-2007 [ ACCOUNT ] | | MAXVILLE, RANDY EUGENE |

RECEIPT # 2007-1331584 ON 09/21/2007.
PAYOR: MAXVILLE, RANDY EUGENE - AD TOTAL AMOUNT PAID: $ 30.00.
LINE ITEMS:
CF-2006-1754: $30.00 ON AC01 CLERK FEES FOR MAXVILLE, RANDY EUGENE.

| | | |
|---|---|---|
| 10-01-2007 [ CTPASS ] | | MAXVILLE, RANDY EUGENE |

GILLERT, THOMAS: DEFENDANT PRESENT, AND REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY STEVE KUNZWEILER. SENTENCING/REVIEW PASSED TO 11-5-07 1:30 PM; DEFENDANT TO HAVE COMPLETED WORK HOURS BY THAT DATE. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| | | |
|---|---|---|
| 11-05-2007 [ CTPASS ] | | MAXVILLE, RANDY EUGENE |

GILLERT, THOMAS: DEFENDANT PRESENT, AND REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY SCOTT GENGRAS. SENTENCING/REVIEW PASSED TO 1-4-08 9:30 AM; DEFENDANT TO HAVE ALL WORK HOURS COMPLETED BY 11-19-07. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| | | |
|---|---|---|
| 11-19-2007 [ CTFREE ] | | MAXVILLE, RANDY EUGENE |

GILLERT, THOMAS: WORK HOURS ARE TO BE COMPLETED BY 12-19-07.

| | | |
|---|---|---|
| 11-19-2007 [ ACCOUNT ] | | MAXVILLE, RANDY EUGENE |

RECEIPT # 2007-1359566 ON 11/19/2007.
PAYOR: MAXVILLE, RANDY EUGENE - JDG TOTAL AMOUNT PAID: $ 50.00.
LINE ITEMS:
CF-2006-1754: $17.00 ON AC01 CLERK FEES FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $5.10 ON AC23 LAW LIBRARY FEE FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $7.90 ON AC31 COURT CLERK REVOLVING FUND FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $20.00 ON AC79 OCIS REVOLVING FUND FOR MAXVILLE, RANDY EUGENE.

| | | |
|---|---|---|
| 12-21-2007 [ MWPC ] | | MAXVILLE, RANDY EUGENE |

T.C.M.W.P. NOTICE OF COMPLETION - PART OF SENTENCE
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 01-04-2008 [ CTPASS ] | | MAXVILLE, RANDY EUGENE |

GILLERT, THOMAS: DEFENDANT PRESENT, AND REPRESENTED BY RICHARD CLARK. STATE REPRESENTED BY SCOTT GENGRAS. SENTENCING/REVIEW PASSED TO 7-14-08 9:30 AM; DEFENDANT TO PAY $150 PER MONTH ON FINES AND COSTS. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| | | |
|---|---|---|
| 03-06-2008  [ CNOTE ] | MAXVILLE, RANDY EUGENE | |

DEFENDANT NEEDS CURRENT PPA

| | | |
|---|---|---|
| 07-14-2008  [ CTPASS ] | MAXVILLE, RANDY EUGENE | |

GILLERT, THOMAS: DEFENDANT PRESENT, AND REPRESENTED BY RICHARD CLARK. STATE REPRESENTED BY MICKEY HAWKINS. SENTENCING/REVIEW PASSED TO 11-17-08 1:30 PM; DEFENDANT TO PAY $75 PER MONTH ON FINES AND COSTS. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| | | |
|---|---|---|
| 07-14-2008  [ ACCOUNT ] | MAXVILLE, RANDY EUGENE | |

RECEIPT # 2008-1486172 ON 07/14/2008.
PAYOR: MAXVILLE, RANDY EUGENE - JPB TOTAL AMOUNT PAID: $ 300.00.
LINE ITEMS:
CF-2006-1754: $299.10 ON AC14 FINES FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $0.90 ON AC23 LAW LIBRARY FEE FOR MAXVILLE, RANDY EUGENE.

| | | |
|---|---|---|
| 07-15-2008  [ CTPPA ] | MAXVILLE, RANDY EUGENE | |

THE FIRST PAYMENT OF $75 IS DUE ON 8-22-08, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 22ND DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $2,659.50 BEING DUE ON 1-24-09. (AUTHORIZATION DATED 7-14-08).

RETURN TO COST ADMINISTRATION FOR REVIEW ON 1-24-09

SEE ALSO: CF-06-1754, CM-07-1934, TR-99-4823.
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 10-13-2008  [ CTCONF ] | MAXVILLE, RANDY EUGENE | |

GILLERT, THOMAS: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY BRIAN RAYL. STATE REPRESENTED BY TONYA WILSON. COURT REPORTER JANA HARRINGTON. DEFENDANT WAIVES THE READING OF THE APPLICATION AND PREVIOUSLY CONFESSED THE ALLEGATIONS IN THE STATE'S APPLICATION TO REVOKE SENTENCE. THE COURT HEREBY REVOKES AND SENTENCES DEFENDANT TO SERVE THREE (3) YEARS IN DEPARTMENT OF CORRECTIONS; DEFENDANT TO BE GIVEN CREDIT FOR TIME SERVED. THIS CASE RUNS CONCURRENT WITH TULSA COUNTY CASES CF-08-2215, CF-08-3763.DEFENDANT IS ADVISED OF PREVIOUS ASSESSMENTS AND COURT COSTS. DEFENDANT ADVISED OF APPEAL RIGHTS. COMMITMENT FOR PUNISHMENT ISSUED. BOND EXONERATED.

| | | |
|---|---|---|
| 10-13-2008  [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 10-15-2008  [ ORSS ] | MAXVILLE, RANDY EUGENE | #1 | |

ORDER REVOKING SUSPENDED SENTENCE
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 10-17-2008  [ RETCP ] | MAXVILLE, RANDY EUGENE | |

RETURN COMMITMENT FOR PUNISHMENT
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 11-17-2008  [ RETOR ] | MAXVILLE, RANDY EUGENE | #1 | $ 50.00 |

RETURN ORDER REVOKING SUSPENDED SENTENCE
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 11-17-2008  [ OCISR ] | MAXVILLE, RANDY EUGENE | #1 | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | |
|---|---|---|
| 11-18-2008  [ CTFREE ] | MAXVILLE, RANDY EUGENE | |

GILLERT, THOMAS: CASE STRICKEN, DEFENDANT SENTENCED DOC.

| Date | Code | Party | Amount |
|---|---|---|---|
| 09-01-2009 | [ MO ] | MAXVILLE, RANDY EUGENE | |

MOTION FOR 120 DAY REVIEW
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 10-10-2009 | [ CTRS ] | | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 08-05-2010 | [ CTPPA ] | MAXVILLE, RANDY EUGENE | |

$50.00 IS TO BE PAID ON OR BEFORE 9-10-10 AND A PAYMENT DUE ON THE 10TH DAY OF EACH MONTH CONTINUING UNTIL THE CASE(S) IS PAID IN FULL (AUTHORIZATION DATE 8-4-10).

YOUR COST ADMINISTRATION REVIEW IS ON: 2-11-11

ALSO SEE CASES: CF-08-3763/CF-08-2215/CM-07-1934/CF-06-1754/TR-99-4823
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 10-05-2010 | [ CTRS ] | | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 09-14-2011 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | |

JUDGE DAWN MOODY; BENCH WARRANT ISSUED FOR FAILURE TO PAY, CASH AMOUNT OF $725.90

| | | | |
|---|---|---|---|
| 09-16-2011 | [ 👁 BWIFP ] | MAXVILLE, RANDY EUGENE | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $725.90

COUNT 1 - BURGLARY - SECOND DEGREE

WARRANT RECALLED 2/6/2012, WARRANT ISSUED ON 9/16/2011

| | | | |
|---|---|---|---|
| 09-16-2011 | [ CBWF1 ] | MAXVILLE, RANDY EUGENE | $ 5.00 |

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

| | | | |
|---|---|---|---|
| 09-16-2011 | [ OCISR ] | MAXVILLE, RANDY EUGENE | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | | |
|---|---|---|---|
| 10-12-2011 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 11-14-2011 | [ SFC ] | MAXVILLE, RANDY EUGENE | $ 217.77 |

CASE SENT FOR COLLECTION. BATCH ID: 20111114-2122 - COLLECTION ID: 56544

| | | | |
|---|---|---|---|
| 11-14-2011 | [ SFCSF ] | MAXVILLE, RANDY EUGENE | $ -5.00 |

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

| | | | |
|---|---|---|---|
| 11-14-2011 | [ SFCCC ] | MAXVILLE, RANDY EUGENE | $ 5.00 |

ADDITION OF 10% FOR WARRANT COLLECTION

| | | | |
|---|---|---|---|
| 02-06-2012 | [ WRCI ] | MAXVILLE, RANDY EUGENE | |

WARRANT RECALL CANCELLATION ISSUED - FTP ISSUED 09-16-2011 - NOTICE OF PAYMENT TO COLLECTION AGENCY.

| | | | |
|---|---|---|---|
| 02-06-2012 | [ ↺ BWR ] | MAXVILLE, RANDY EUGENE | |

BENCH WARRANT RECALLED, WARRANT ISSUED ON 9/16/2011

| | | |
|---|---|---|
| 02-10-2012  [ 🔄 RETBW ] | MAXVILLE, RANDY EUGENE 👤 | |

WARRANT RETURNED 2/10/2012, WARRANT ISSUED ON 9/16/2011

Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 02-10-2012  [ WRCR ] | MAXVILLE, RANDY EUGENE 👤 | |

WARRANT RECALL CANCELLATION RETURNED

Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 03-19-2012  [ ACCOUNT ] | MAXVILLE, RANDY EUGENE 👤 | |

RECEIPT # 2012-2318948 ON 03/19/2012. TRANSFERRED FROM ABERDEEN TRUST STATEMENT DATED 02-01-2012 THROUGH 02-15-2012.
PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:
CF-2006-1754: $132.31 ON TRANSFER TO AC14 FINES FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $10.00 ON TRANSFER TO AC31 COURT CLERK REVOLVING FUND FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $50.00 ON TRANSFER TO AC79 OCIS REVOLVING FUND FOR MAXVILLE, RANDY EUGENE.
CF-2006-1754: $57.69 ON TRANSFER TO AC87 WARRANTS COLLECTIONS FOR MAXVILLE, RANDY EUGENE.
MRC-2012-38: $-250.00 ON TRANSFER FROM AC99 HOLDING FOR ABERDEEN.

| | | |
|---|---|---|
| 03-20-2012  [ SFCU ] | MAXVILLE, RANDY EUGENE 👤 | |

UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20120320-2444 - COLLECTION ID: 56544

| | | |
|---|---|---|
| 10-17-2012  [ CTRS ] | MAXVILLE, RANDY EUGENE 👤 | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | |
|---|---|---|
| 10-25-2013  [ CTRS ] | MAXVILLE, RANDY EUGENE 👤 | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | |
|---|---|---|
| 10-20-2014  [ CTRS ] | MAXVILLE, RANDY EUGENE 👤 | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | |
|---|---|---|
| 10-02-2015  [ CTRS ] | MAXVILLE, RANDY EUGENE 👤 | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | |
|---|---|---|
| 10-18-2016  [ CTRS ] | MAXVILLE, RANDY EUGENE 👤 | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | |
|---|---|---|
| 12-28-2016  [ CTFREE ] | MAXVILLE, RANDY EUGENE 👤 | |

YOULL, DAVID: BENCH WARRANT ISSUED FOR FAILURE TO PAY A CASH PAYMENT OF $773.07
**DID NOT PAY ABERDEEN, 2ND BENCH WARRANT ISSUED, DO NOT RELEASE**

| | | |
|---|---|---|
| 01-04-2017  [ 👁 BWIFP ] | MAXVILLE, RANDY EUGENE 👤 | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $773.67

COUNT 1 - BURGLARY - SECOND DEGREE

| | | |
|---|---|---|
| 01-04-2017  [ CBWF1 ] | MAXVILLE, RANDY EUGENE 👤 | $ 5.00 |

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

| | | |
|---|---|---|
| 01-04-2017  [ OCISR ] | MAXVILLE, RANDY EUGENE 👤 | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| Date | Code | Party | Amount |
|---|---|---|---|
| 01-09-2017 | [ SFCM ] | MAXVILLE, RANDY EUGENE | $ 24.00 |
| | SENT FOR COLLECTIONS MANUALLY | | |
| 01-09-2017 | [ SFCSF ] | MAXVILLE, RANDY EUGENE | $ -5.00 |
| | REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%) | | |
| 01-09-2017 | [ SFCCC ] | MAXVILLE, RANDY EUGENE | $ 5.00 |
| | ADDITION OF 10% FOR WARRANT COLLECTION | | |
| 01-09-2017 | [ SFCU ] | MAXVILLE, RANDY EUGENE | |
| | UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20170109-7220 - COLLECTION ID: 56544 | | |
| 10-10-2017 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 03-28-2018 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ -184.08 |
| | ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | |
| 10-09-2019 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-05-2020 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-12-2021 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 11-10-2022 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 04-15-2024 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ 184.08 |
| | ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | |