# EXHIBIT 2



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State of Oklahoma v. Frazier, Randy Eugene | No. TR-2013-19564 (Traffic) <br><br> Filed: 12/13/2013 <br> Closed: 08/19/2014 <br><br> Judge: Traffic Court Judge (General) |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

## PARTIES

Frazier, Randy Eugene, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa County Sheriff's Department, ARRESTING AGENCY

## ATTORNEYS

None

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Thursday, January 9, 2014 at 9:00 AM INITIAL APPEARANCE (TRAFFIC) | Frazier, Randy Eugene | COURT CLERK (TRAFFIC PLEAS) | |
| Monday, September 15, 2014 at 0:00 AM COST ADMINISTRATION REVIEW | Frazier, Randy Eugene | Cost Admin. Judge (General) | |

## COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: DL2, DRIVING UNDER SUSPENSION / DUS, in violation of 47 O.S. 6-303(B)
Date of Offense: 12/10/2013

| Party Name | Disposition Information |
|---|---|
| Frazier, Randy Eugene | **Disposed:** CONVICTION, 08/19/2014. Guilty Plea |
| | Count as Disposed: DRIVING UNDER SUSPENSION / DUS(DL2) |
| | Violation of 47 O.S. 6-303(B) |

# CITATION INFORMATION

Arresting Agency: Tulsa County Sheriff's Department
Location of Offense: 7800 E ADMIRAL
North Location:
East Control: 260
County: Tulsa
Citation Number: 130901
License Class:
License Endorsements:
Employer:
Violation Type: Operation
Vehicle Make: FORD
Vehicle Model: 2001
Vehicle Body Style: 2D
Vehicle Color: WHITE
Vehicle Tag: 483BFL
Vehicle Tag Year: 2012
Vehicle Tag Issuer: Oklahoma
Commercial Vehicle: No
Hazardous Material: No
Accident: No
   Personal Injury: No
   Property Damage: No
   Fatality: No
Bond Amount: $306.50
Information Date: N/A
Comments: N/A

# DOCKET

| Date | Code | Description | | | |
|---|---|---|---|---|---|
| 12-13-2013 | [ TR ] | TRAFFIC FILING - DRIVING UNDER SUSPENSION / DUS<br>Document Available at Court Clerk's Office | Frazier, Randy Eugene | #1 | |
| 12-13-2013 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TRAFFIC COURT JUDGE (GENERAL) TO THIS CASE. | | | |
| 01-16-2014 | [ NOFe ] | NOTICE OF FAILURE TO COMPLY ELECTRONICALLY TRANSFERRED TO THE ADMINISTRATIVE OFFICE OF THE COURTS. | Frazier, Randy Eugene | #1 | $ 10.00 |
| 01-16-2014 | [ NFCe ] | NOTICE OF FAILURE TO COMPLY PROCESSED | Frazier, Randy Eugene | | |

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 02-03-2014 | [ NOSPSe ] | Frazier, Randy Eugene | | |
| | NOTICE OF SUSPENSION ELECTRONICALLY TRANSFERRED TO THE ADMINISTRATIVE OFFICE OF THE COURTS FOR TRANSMISSION TO DPS. | | | |
| 02-05-2014 | [ CTFREE ] | Frazier, Randy Eugene | | |
| | JUDGE DEBORRAH LUDI-LEITCH: BENCH WARRANT ISSUED, FAIL TO APPEAR, BOND AMOUNT $391.50 | | | |
| 02-05-2014 | [ 👁 BWIFA ] | Frazier, Randy Eugene | | $ 50.00 |
| | BENCH WARRANT ISSUED FAILED TO APPEAR, JUDGE: DEBORRAH LUDI-LEITCH - BOND AMOUNT: COUNT 1 - DRIVING UNDER SUSPENSION / DUS - BOND AMOUNT: $391.50 | | | |
| 02-05-2014 | [ OCISR ] | Frazier, Randy Eugene | | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 08-19-2014 | [ FINE ] | Frazier, Randy Eugene | #1 | $ 200.00 |
| | FINES PAYABLE TO COUNTY | | | |
| 08-19-2014 | [ COSTT ] | Frazier, Randy Eugene | #1 | $ 88.00 |
| | TRAFFIC COSTS | | | |
| 08-19-2014 | [ OCISR ] | Frazier, Randy Eugene | #1 | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 08-19-2014 | [ DPSFEE ] | Frazier, Randy Eugene | #1 | $ 20.00 |
| | DPS PATROL VEHICLE FUND FEE ASSESSMENT | | | |
| 08-19-2014 | [ DACPAT ] | Frazier, Randy Eugene | #1 | $ 10.00 |
| | DA COUNCIL PROSECUTION ASSESSMENT FOR TRAFFIC | | | |
| 08-19-2014 | [ TCARF ] | Frazier, Randy Eugene | #1 | $ 10.00 |
| | TRAUMA CARE ASSISTANCE REVOLVING FUND | | | |
| 08-19-2014 | [ SSFCHS ] | Frazier, Randy Eugene | #1 | $ 10.00 |
| | SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | | | |
| 08-19-2014 | [ CLEET ] | Frazier, Randy Eugene | #1 | $ 9.00 |
| | CLEET PENALTY ASSESSMENT | | | |
| 08-19-2014 | [ PFE7 ] | Frazier, Randy Eugene | #1 | $ 6.00 |
| | LAW LIBRARY FEE | | | |
| 08-19-2014 | [ FOREN ] | Frazier, Randy Eugene | #1 | $ 5.00 |
| | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | | | |
| 08-19-2014 | [ SSF ] | Frazier, Randy Eugene | #1 | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS | | | |
| 08-19-2014 | [ AFIS ] | Frazier, Randy Eugene | #1 | $ 5.00 |
| | AFIS FEE | | | |
| 08-19-2014 | [ AGVSU ] | Frazier, Randy Eugene | #1 | $ 3.00 |
| | ATTORNEY GENERAL VICTIM SERVICES UNIT | | | |
| 08-19-2014 | [ CHAB ] | Frazier, Randy Eugene | #1 | $ 3.00 |
| | C.H.A.B. STATUTORY FEE | | | |
| 08-19-2014 | [ CCADMIN ] | Frazier, Randy Eugene | #1 | $ 7.50 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | |

| | | | |
|---|---|---|---|
| 08-19-2014  [ CONVICTED ] | | Frazier, Randy Eugene | #1 |

LUDI LEITCH, DEBORRAH: DEFENDANT PRESENT, IN CUSTODY, AND NOT REPRESENTED BY COUNSEL. DEFENDANT ENTERS A PLEA OF GUILTY, COURT ACCEPTS PLEA AND SENTENCES DEFENDANT AS FOLLOWS:

COUNT 1: $200.00 FINE, PLUS COSTS.

RULE 8 EXECUTED. RELEASE ISSUED TO JAIL.

| | | | |
|---|---|---|---|
| 08-20-2014  [ ABST ] | | Frazier, Randy Eugene | #1 |

ABSTRACT SENT TO D.P.S.

| | | |
|---|---|---|
| 08-21-2014  [ ↻ RETBW ] | | Frazier, Randy Eugene |

WARRANT RETURNED 8/21/2014, WARRANT ISSUED ON 2/5/2014
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 08-21-2014  [ CNOTE ] | | Frazier, Randy Eugene |

CASE NOTE: DEFENDANT IS TO REPORT TO COST ADMINISTRATION TO SET UP A PAYMENT PLAN AGREEMENT.

| | | |
|---|---|---|
| 08-22-2014  [ RULE8 ] | | Frazier, Randy Eugene |

ORDER OF THE COURT - RULE 8 HEARING
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 08-26-2014  [ RETRL ] | | Frazier, Randy Eugene |

RETURN RELEASE
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 12-28-2016  [ CTFREE ] | | Frazier, Randy Eugene |

YOULL, DAVID: BENCH WARRANT ISSUED FOR FAILURE TO PAY A CASH PAYMENT OF $571.50
**RECOMMEND FOR COLLECTIONS**

| | | | |
|---|---|---|---|
| 01-03-2017  [ 👁 BWIFP ] | | Frazier, Randy Eugene | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $571.50

COUNT 1 - DRIVING UNDER SUSPENSION / DUS

| | | | |
|---|---|---|---|
| 01-03-2017  [ CBWF1 ] | | Frazier, Randy Eugene | $ 5.00 |

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

| | | | |
|---|---|---|---|
| 01-03-2017  [ OCISR ] | | Frazier, Randy Eugene | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | | |
|---|---|---|---|
| 10-18-2017  [ SFC ] | | Frazier, Randy Eugene | $ 171.45 |

CASE SENT FOR COLLECTION. BATCH ID: 20171019-8915 - COLLECTION ID: 107425

| | | | |
|---|---|---|---|
| 10-18-2017  [ SFCSF ] | | Frazier, Randy Eugene | $ -5.00 |

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

| | | | |
|---|---|---|---|
| 10-18-2017  [ SFCCC ] | | Frazier, Randy Eugene | $ 5.00 |

ADDITION OF 10% FOR WARRANT COLLECTION

| | | |
|---|---|---|
| 03-19-2018  [ CTFREE ] | | Frazier, Randy Eugene |

JUDGE MOODY; COURT ORDERS CASE RECALLED FROM ABERDEEN - DEFENDANT TO REPORT TO COST ADMINISTRATION FOR PAYMENT PLAN / COURT COST HEARING.

| Date | Code | Name | Amount |
|---|---|---|---|
| 03-19-2018 | [ CNP ] | Frazier, Randy Eugene | $ -171.45 |
| | CASE NOT PROCESSED. BATCH ID: 20180319-9771 - COLLECTION ID: 107425 | | |
| 03-19-2018 | [ SFCSFR ] | Frazier, Randy Eugene | $ 5.00 |
| | REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%) REVERSED | | |
| 03-19-2018 | [ SFCCCR ] | Frazier, Randy Eugene | $ -5.00 |
| | ADDITION OF 10% FOR WARRANT COLLECTION REVERSED | | |