# EXHIBIT 4



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>    Plaintiff,<br>v.<br>RANDY EUGENE MAXVILLE,<br>    Defendant. | No. TR-1999-4823<br>(Traffic)<br><br>Filed: 04/26/1999<br>Closed: 02/07/2000<br><br>Judge: Unassigned |

## PARTIES

MAXVILLE,  RANDY  EUGENE, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## ATTORNEYS

None

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| | MAXVILLE,  RANDY  EUGENE | Cost Admin. Judge (General) | |
| Thursday, May 27, 1999 at 10:00 AM<br>    ARRAIGNMENT | | Traffic Court Judge (General) | |
| Tuesday, June 22, 1999 at 10:00 AM<br>    ARRAIGNMENT | | Traffic Court Judge (General) | |
| Tuesday, October 5, 1999 at 9:15 AM<br>    ARRAIGNMENT | | Traffic Court Judge (General) | |
| Friday, November 5, 1999 at 9:00 AM<br>    DISPOSITION (TRAFFIC) | | Traffic Court Judge (General) | |
| Thursday, August 10, 2000 at 9:30 AM<br>    COST ADMINISTRATION REVIEW | MAXVILLE,  RANDY  EUGENE | Cost Admin. Review Docket | |
| Tuesday, July 25, 2006 at 2:00 PM<br>    COURT COSTS DUE | MAXVILLE,  RANDY  EUGENE | Cost Admin. Review Docket | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Monday, December 25, 2006 at 2:00 PM<br>COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |
| Wednesday, February 6, 2008 at 0:00 AM<br>COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |
| Thursday, July 31, 2008 at 0:00 AM<br>ADMINISTRATIVE REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |
| Saturday, January 24, 2009 at 0:00 AM<br>COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |
| Friday, February 11, 2011 at 0:00 AM<br>COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**  Count as Filed: LC3, DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL, in violation of 47 O.S. 11-902
Date of Offense: 04/10/1999

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 02/07/2000. Guilty Plea**<br>Count as Disposed: DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL (LC3)<br>Violation of 47 O.S. 11-902 |

# CITATION INFORMATION

Arresting Agency: N/A
Location of Offense: 600 E 51ST ST
North Location:
East Control:
County: Tulsa
Citation Number: INFO
License Class: X
License Endorsements:
Employer:
Violation Type: Operation
Vehicle Make: LINCOLN
Vehicle Model: 1977
Vehicle Body Style: CONTINENTA
Vehicle Color:
Vehicle Tag: ZR-5504
Vehicle Tag Year: 1999
Vehicle Tag Issuer: Oklahoma
Commercial Vehicle: No
Hazardous Material: No
Accident: No
  Personal Injury: No
  Property Damage: No
  Fatality: No
Bond Amount: $0.00
Information Date: 04/10/1999
Comments: Arresting Officer: TULSA POLICE

# DOCKET

| Date | Code | Description | Party |
|---|---|---|---|
| 04-26-1999 | [ INFOD ] | INFORMATION DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL | MAXVILLE, RANDY EUGENE |
| 04-30-1999 | [ TEXT ] | HASKINS KYLE:ARRAIGNMENT PASSED TO 5-27-99 10AM W/ATTY. BD SAME. | MAXVILLE, RANDY EUGENE |
| 05-03-1999 | [ BOTRF ] | APPEARANCE BOND(S) FILED 4/21/99 TRANSF.FROM NF 99 3191 REMICRO 5/3/99 | MAXVILLE, RANDY EUGENE |
| 05-03-1999 | [ BO ] | APPEARANCE BOND BY: PRE TRIAL RELEASE | MAXVILLE, RANDY EUGENE |
| 05-28-1999 | [ TEXT ] | HASKINS KYLE:ARRAIGNMENT PASSED TO 6-22-99 10AM W/ATTY. BD SAME. | MAXVILLE, RANDY EUGENE |
| 06-22-1999 | [ 👁 BWIFA ] | //B E N C H  W A R R A N T  I S S U E D*FTA*BOND $ 3000.00 | MAXVILLE, RANDY EUGENE |

| Date | Code | Party | Amount |
|---|---|---|---|
| 06-22-1999 | [ TEXT ] | MAXVILLE, RANDY EUGENE | |
| | HASKINS KYLE:BENCH WARRANT ORDERED-FTA-BOND FORF. FAILS TO APPEAR FOR | | |
| 06-28-1999 | [ BDFOR ] | MAXVILLE, RANDY EUGENE | |
| | BOND FORFEITED | | |
| 06-28-1999 | [ O&JPT ] | MAXVILLE, RANDY EUGENE | |
| | ORDER & JUDGMENT OF FORFEITURE - C.C. TO PRE-TRIAL | | |
| 09-24-1999 | [ RTBW ] | MAXVILLE, RANDY EUGENE | |
| | RETURN BENCH WARRANT (FAILURE TO APPEAR) | | |
| 09-28-1999 | [ TEXT ] | MAXVILLE, RANDY EUGENE | |
| | HASKINS KYLE:ARRAIGNMENT PASSED 10-5-99 AT 9:15 AM. BD 3000, DEFT INC. | | |
| 10-05-1999 | [ TEXT ] | MAXVILLE, RANDY EUGENE | |
| | HASKINS KYLE:ARRAIGNMENT HELD - PLEAD NOT GUILTY, DISP. 11-5-99 9AM. | | |
| 10-06-1999 | [ BO ] | MAXVILLE, RANDY EUGENE | |
| | APPEARANCE BOND BY: O/R ROBERT C PAYDEN | | |
| 10-08-1999 | [ RETRL ] | | |
| | RETURN RELEASE | | |
| 10-11-1999 | [ AC08 ] | MAXVILLE, RANDY EUGENE | $ 20.00 |
| | ACCOUNT BALANCE- AC08. AS OF CONVERSION FROM THE MAINFRAME (10/20/1999), THE TOTAL AMOUNT FOR THIS ACCOUNT (THIS DEFENDANT) IS: $20.00. THE TOTAL PAID ON THIS ACCOUNT IS $ 0.00. THE BALANCE ON THIS ACCOUNT IS $ 20.00 | | |
| 10-11-1999 | [ AC01 ] | MAXVILLE, RANDY EUGENE | $ 20.00 |
| | ACCOUNT BALANCE- AC10. AS OF CONVERSION FROM THE MAINFRAME (10/20/1999), THE TOTAL AMOUNT FOR THIS ACCOUNT (THIS DEFENDANT) IS: $20.00. THE TOTAL PAID ON THIS ACCOUNT IS $ 0.00. THE BALANCE ON THIS ACCOUNT IS $ 20.00 | | |
| 11-05-1999 | [ CTFREE ] | | |
| | HASKINS, KYLE; DEFENDANT BY BOB PAYDEN, ENTERS A PLEA OF GUILTY, CASE PASSED FOR A PERIOD OF 90 DAYS, OR UNTIL 2-7-2000 FOR THE DEFENDNAT TO PAY $250.00 VCA $250.00 COURT FUND AND COMPLETE 56 HOURS OF TCMWP. | | |
| 11-05-1999 | [ MWPA ] | MAXVILLE, RANDY EUGENE | |
| | T.C.M.W.P. APPLICATION/INFORMATION - PART OF SENTENCE | | |
| 11-05-1999 | [ MWPR ] | MAXVILLE, RANDY EUGENE | |
| | T.C.M.W.P. RULES OF PROBATION - PART OF SENTENCE | | |
| 11-08-1999 | [ RULE8 ] | MAXVILLE, RANDY EUGENE | |
| | ORDER OF THE COURT - RULE 8 HEARING | | |
| 11-08-1999 | [ EPTR ] | MAXVILLE, RANDY EUGENE | |
| | ENTRY PLEA AND REQUEST TO PASS SENTENCING/RULES & CONDITIONS OF TRAFFIC COURT PROBATION | | |
| 11-08-1999 | [ FFAP ] | MAXVILLE, RANDY EUGENE | |
| | FINDINGS OF FACT - ACCEPTANCE OF PLEA | | |

| 02-07-2000 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | | |
|---|---|---|---|---|
| | JUDGE - KYLE HASKINS. DEFENDANT PRESENT AND REPRESENTED BY BOB PAYDEN, DEFENDANT ENTERS A PLEA OF GUILTY, FOUND GUILTY, FINED $750.00 AND COSTS. 1YR. TCJ SUSP. $125.00 VCA $125.00 COURT FUND AND COMPLETE 80 HOURS OF TCMWP. | | | |
| 02-07-2000 | [ CTFD ] | MAXVILLE, RANDY EUGENE | | $ 125.00 |
| | COURT FUND ASSESSMENT <..ENTER AMOUNT..> (AC01) | | | |
| 02-07-2000 | [ VCA ] | | | $ 125.00 |
| | VICTIMS COMPENSATION ASSESSMENT (AC12) | | | |
| 02-07-2000 | [ DISPDUI ] | MAXVILLE, RANDY EUGENE | #1 | |
| | NOW, THIS 7TH DAY OF FEBRUARY, 2000 THIS MATTER COMES ON BEFORE <..ENTER_SENTENCING_JUDGE..> FOR SENTENCING AND RANDY EUGENE MAXVILLE APPEARS PERSONNALLY AND BY HIS OR HER ATTORNEY OF RECORD, <..ENTER_ATTORNEY_NAME..>, AND THE STATE OF OKLAHOMA IS REPRESENTED BY <..ENTER_DA..>, AND THE COURT REPORTER <..ENTER_REPORTER_NAME..> IS PRESENT.<br><br>RANDY EUGENE MAXVILLE , PREVIOUSLY ENTERED A PLEA OF GUILTY, AND HAS BEEN FOUND GUILTY BY GUILTY PLEA OF THE CRIME OF DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL .<br><br>IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY THE COURT THAT RANDY EUGENE MAXVILLE IS GUILTY OF THE OFFENSE OF DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL . IT IS FURTHER ORDERED, ADJUDGED, AND DECREED BY THE COURT THAT IN ADDITION TO THE GENERAL MISCELLANEOUS COSTS OF THE ACTION, WHICH ARE $190.00, RANDY EUGENE MAXVILLE IS ALSO SENTENCED TO: .A FINE IN THE AMOUNT OF $750.00, VICTIM'S COMPENSATION ASSESSMENT IN THE AMOUNT OF $125.00, A COURT FUND ASSESSMENT IN THE AMOUNT OF $125.00.<br><br>THE GRAND TOTAL OF FINES, FEES AND COST FOR THIS COUNT IN THIS CASE IS $1190.00. | | | |
| 02-07-2000 | [ CLEET ] | MAXVILLE, RANDY EUGENE | #1 | $ 3.92 |
| | C.L.E.E.T. PENALTY ASSESSMENT | | | |
| 02-07-2000 | [ AFISA ] | MAXVILLE, RANDY EUGENE | #1 | $ 0.06 |
| | AFIS ADMINISTRATIVE FEE | | | |
| 02-07-2000 | [ PFE7 ] | MAXVILLE, RANDY EUGENE | #1 | $ 3.00 |
| | LAW LIBRARY FEE | | | |
| 02-07-2000 | [ CLEETA ] | MAXVILLE, RANDY EUGENE | #1 | $ 0.08 |
| | CLEET ADMINISTRATIVE FEE (AC01) | | | |
| 02-07-2000 | [ AFIS ] | MAXVILLE, RANDY EUGENE | #1 | $ 2.94 |
| | C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS | | | |
| 02-07-2000 | [ SSF ] | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS | | | |
| 02-07-2000 | [ COSTD ] | MAXVILLE, RANDY EUGENE | #1 | $ 175.00 |
| | COURT COSTS ON DUI | | | |
| 02-07-2000 | [ FINE ] | MAXVILLE, RANDY EUGENE | #1 | $ 750.00 |
| | FINES PAYABLE TO COUNTY (AC14) | | | |

| Date | Code | Party | # | Amount |
|---|---|---|---|---|
| 02-07-2000 | [ VCA ] | MAXVILLE, RANDY EUGENE | #1 | $ 125.00 |
| | VICTIMS COMPENSATION ASSESSMENT (AC12) | | | |
| 02-07-2000 | [ CTFD ] | MAXVILLE, RANDY EUGENE | #1 | $ 125.00 |
| | COURT FUND ASSESSMENT <..ENTER AMOUNT..> (AC01) | | | |
| 02-07-2000 | [ MWPR ] | MAXVILLE, RANDY EUGENE | | |
| | T.C.M.W.P. RULES OF PROBATION - PART OF SENTENCE | | | |
| 02-07-2000 | [ MWPA ] | MAXVILLE, RANDY EUGENE | | |
| | T.C.M.W.P. APPLICATION/INFORMATION - PART OF SENTENCE | | | |
| 02-08-2000 | [ J&S ] | MAXVILLE, RANDY EUGENE | | |
| | JUDGMENT AND SENTENCE | | | |
| 02-09-2000 | [ RULE8 ] | MAXVILLE, RANDY EUGENE | | |
| | ORDER OF THE COURT - RULE 8 HEARING | | | |
| 02-10-2000 | [ MWPN ] | MAXVILLE, RANDY EUGENE | | |
| | T.C.M.W.P. NOTICE NON-COMPLETION - PART OF SENTENCE | | | |
| 04-13-2000 | [ APPA ] | MAXVILLE, RANDY EUGENE | | |
| | AMENDED PAYMENT PLAN AGREEMENT (EXECUTED ON 2-7-00) $100 PER MONTH BEGINNING 3-10-00 AND $100 ON THE 10TH DAY EACH MONTH WITH FINAL PAYMENT OF $520 DUE 8-10-00. DEFT TO APPEAR FOR COST REVIEW 8-10-00. | | | |
| 08-10-2000 | [ APPA ] | MAXVILLE, RANDY EUGENE | | |
| | AMENDED PAYMENT PLAN AGREEMENT (AUTH DATE 8/10/00) THE FIRST PAYMENT OF $100 IS DUE ON 9/10/00, THEN 10 PAYMENTS OF $100 ARE TO BE PAID ON OR BEFORE THE 10TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $100 ARE TO BE PAID ON OR BEFORE THE 10TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $30 BEING DUE ON 8/10/01.***JMM*** | | | |
| 08-10-2000 | [ ACCOUNT ] | MAXVILLE, RANDY EUGENE | | |
| | RECEIPT # 2000-94882 ON 08/10/2000.<br>PAYOR: RANDY MAXVILLE - SFM TOTAL AMOUNT PAID: $ 100.00.<br>LINE ITEMS:<br>TR-1999-4823: $93.14 ON AC01 CLERK'S FEES CIVIL AND CRIMINAL FOR MAXVILLE, RANDY EUGENE.<br>TR-1999-4823: $3.92 ON AC11 C.L.E.E.T. PENALTY ASSESSMENT CRIMINAL ONLY FOR MAXVILLE, RANDY EUGENE.<br>TR-1999-4823: $2.94 ON AC21 C.L.E.E.T. ASSESSMENT FOR A.F.I.S. CRIMINAL ONLY FOR MAXVILLE, RANDY EUGENE. | | | |
| 11-13-2000 | [ APPA ] | MAXVILLE, RANDY EUGENE | | |
| | AMENDED PAYMENT PLAN AGREEMENT:(EXECUTED 11-13-00) THE FIRST PAYMETN OF $100 IS DUE ON 12-13-00 THEN 10 PAYMENTS OF $100 ARE TO BE PAID ON OR BEFORE THE 13TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $30 BEING DUE ON 11-13-01. | | | |
| 03-01-2001 | [ DISBURSED ] | | | |
| | CHECK# 7000 PRINTED TO TULSA COUNTY COURT CLERK, IN THE TOTAL AMOUNT OF 188,291.92 AT PARTIAL REIMBURSEMENT OF MANUAL CK#109107 OF 6/6/2000 PAY FROM FEES OF 8/01/00 THRU 8/10/2000.<br>INCLUDING:<br>$ 93.14 AC01 - CLERK'S FEES CIVIL AND CRIMINAL FOR MAXVILLE, RANDY EUGENE | | | |

| | |
|---|---|
| **04-17-2001**  [ DISBURSED ] | |

CHECK# 211109 PRINTED TO C.L.E.E.T. IN THE TOTAL AMOUNT OF 8,723.25 AT FEES COLLECTED IN AUGUST 2000. INCLUDING:
$ 3.92 AC11 - C.L.E.E.T. PENALTY ASSESSMENT CRIMINAL ONLY FOR MAXVILLE, RANDY EUGENE

**04-17-2001**  [ DISBURSED ]

CHECK# 211110 PRINTED TO C.L.E.E.T. IN THE TOTAL AMOUNT OF 6,273.07 AT FEES COLLECTED IN AUGUST 2000. INCLUDING:
$ 2.94 AC21 - C.L.E.E.T. ASSESSMENT FOR A.F.I.S. CRIMINAL ONLY FOR MAXVILLE, RANDY EUGENE

**06-18-2001**  [ MWPC ]          MAXVILLE, RANDY EUGENE

T.C.M.W.P. NOTICE OF COMPLETION - PART OF SENTENCE

**05-25-2006**  [ APPA ]          MAXVILLE, RANDY EUGENE

AMENDED PAYMENT PLAN AGREEMENT (AUTH DATE 5/25/06) THE FIRST PAYMENT OF $75 IS DUE ON 7/25/06, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 25TH DAY OF EACH MONTH THE 25TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $1608.40 BEING DUE ON 12/25/06. RETURN TO COST ADMINISTRATION FOR REVIEW ON 12/25/06. SEE ALSO CF-06-1754, TR-99-4823.***MJD***

**10-20-2006**  [ CTRS ]

CLAIM FOR INTERCEPT OF TAX REFUND

**08-15-2007**  [ PPA ]          MAXVILLE, RANDY EUGENE

COST ADMINISTRATION PAYMENT PLAN AGREEMENT - (AUTH DATE 8-6-07). THE FIRST PAYMENT OF $75 IS DUE ON 9-6-07, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 6TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $3039.50 DUE ON 2-6-08.

RETURN TO COST ADMIN FOR REVIEW ON 2-6-08.

SEE ALSO: CF-06-1754, TR-99-4823, CM-07-1934. **LH**

**10-17-2007**  [ CTRS ]

CLAIM FOR INTERCEPT OF TAX REFUND

**03-06-2008**  [ CNOTE ]          MAXVILLE, RANDY EUGENE

DEFENDANT NEEDS CURRENT PPA

**07-15-2008**  [ CTPPA ]          MAXVILLE, RANDY EUGENE

THE FIRST PAYMENT OF $75 IS DUE ON 8-22-08, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 22ND DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $2,659.50 BEING DUE ON 1-24-09. (AUTHORIZATION DATED 7-14-08).

RETURN TO COST ADMINISTRATION FOR REVIEW ON 1-24-09

SEE ALSO: CF-06-1754, CM-07-1934, TR-99-4823.
Document Available at Court Clerk's Office

**10-13-2008**  [ CTRS ]

CLAIM FOR INTERCEPT OF TAX REFUND

**10-10-2009**  [ CTRS ]

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 08-05-2010  [ CTPPA ] | | MAXVILLE, RANDY EUGENE | |

$50.00 IS TO BE PAID ON OR BEFORE 9-10-10 AND A PAYMENT DUE ON THE 10TH DAY OF EACH MONTH CONTINUING UNTIL THE CASE(S) IS PAID IN FULL (AUTHORIZATION DATE 8-4-10).

YOUR COST ADMINISTRATION REVIEW IS ON: 2-11-11

ALSO SEE CASES: CF-08-3763/CF-08-2215/CM-07-1934/CF-06-1754/TR-99-4823
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 10-05-2010  [ CTRS ] | | | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 11-17-2010  [ ACCOUNT ] | | MAXVILLE, RANDY EUGENE | |

RECEIPT # 2010-2013201 ON 11/17/2010.
PAYOR:MAXVILLE, RANDY EUGENE - BY MAIL TOTAL AMOUNT PAID: $40.00.
LINE ITEMS:
TR-1999-4823: $40.00 ON AC01 CLERK FEES FOR MAXVILLE, RANDY EUGENE.

| | | | |
|---|---|---|---|
| 02-18-2011  [ ACCOUNT ] | | MAXVILLE, RANDY EUGENE | |

RECEIPT # 2011-2064991 ON 02/18/2011.
PAYOR:MAXVILLE, RANDY EUGENE - BY MAIL TOTAL AMOUNT PAID: $80.00.
LINE ITEMS:
TR-1999-4823: $80.00 ON AC01 CLERK FEES FOR MAXVILLE, RANDY EUGENE.

| | | | |
|---|---|---|---|
| 09-14-2011  [ CTFREE ] | | MAXVILLE, RANDY EUGENE | |

JUDGE DAWN MOODY; BENCH WARRANT ISSUED FOR FAILURE TO PAY, CASH AMOUNT OF $1090.00

| | | | |
|---|---|---|---|
| 09-16-2011  [ 👁 BWIFP ] | | MAXVILLE, RANDY EUGENE | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,090.00

COUNT 1 - DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL

WARRANT RECALLED 2/6/2012, WARRANT ISSUED ON 9/16/2011

| | | | |
|---|---|---|---|
| 09-16-2011  [ CBWF1 ] | | MAXVILLE, RANDY EUGENE | $ 5.00 |

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

| | | | |
|---|---|---|---|
| 09-16-2011  [ OCISR ] | | MAXVILLE, RANDY EUGENE | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | | |
|---|---|---|---|
| 10-12-2011  [ CTRS ] | | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 11-14-2011  [ SFC ] | | MAXVILLE, RANDY EUGENE | $ 327.00 |

CASE SENT FOR COLLECTION. BATCH ID: 20111114-2122 - COLLECTION ID: 56548

| | | | |
|---|---|---|---|
| 11-14-2011  [ SFCSF ] | | MAXVILLE, RANDY EUGENE | $ -5.00 |

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

| | | | |
|---|---|---|---|
| 11-14-2011  [ SFCCC ] | | MAXVILLE, RANDY EUGENE | $ 5.00 |

ADDITION OF 10% FOR WARRANT COLLECTION

| | | | |
|---|---|---|---|
| 02-06-2012  [ WRCI ] | | MAXVILLE, RANDY EUGENE | |

WARRANT RECALL CANCELLATION ISSUED - FTP ISSUED 09-16-2011 - NOTICE OF PAYMENT TO COLLECTION AGENCY.

| Date | Code | Party | Amount |
|---|---|---|---|
| 02-06-2012 | [ BWR ] | MAXVILLE, RANDY EUGENE | |

BENCH WARRANT RECALLED, WARRANT ISSUED ON 9/16/2011

| | | | |
|---|---|---|---|
| 02-10-2012 | [ RETBW ] | MAXVILLE, RANDY EUGENE | |

WARRANT RETURNED 2/10/2012, WARRANT ISSUED ON 9/16/2011
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 02-10-2012 | [ WRCR ] | MAXVILLE, RANDY EUGENE | |

WARRANT RECALL CANCELLATION RETURNED
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 10-17-2012 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 10-25-2013 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 10-02-2015 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 10-18-2016 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 12-28-2016 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | |

YOULL, DAVID: BENCH WARRANT ISSUED FOR FAILURE TO PAY A CASH PAYMENT OF $1,497.00
**DID NOT PAY ABERDEEN, 2ND BENCH WARRANT ISSUED, DO NOT RELEASE**

| | | | |
|---|---|---|---|
| 01-04-2017 | [ BWIFP ] | MAXVILLE, RANDY EUGENE | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,497.00

COUNT 1 - DRIVING WHILE UNDER THE INFLUENCE OF ALCOHOL

| | | | |
|---|---|---|---|
| 01-04-2017 | [ CBWF1 ] | MAXVILLE, RANDY EUGENE | $ 5.00 |

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

| | | | |
|---|---|---|---|
| 01-04-2017 | [ OCISR ] | MAXVILLE, RANDY EUGENE | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | | |
|---|---|---|---|
| 01-09-2017 | [ SFCM ] | MAXVILLE, RANDY EUGENE | $ 24.00 |

SENT FOR COLLECTIONS MANUALLY

| | | | |
|---|---|---|---|
| 01-09-2017 | [ SFCSF ] | MAXVILLE, RANDY EUGENE | $ -5.00 |

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

| | | | |
|---|---|---|---|
| 01-09-2017 | [ SFCCC ] | MAXVILLE, RANDY EUGENE | $ 5.00 |

ADDITION OF 10% FOR WARRANT COLLECTION

| | | | |
|---|---|---|---|
| 01-09-2017 | [ SFCU ] | MAXVILLE, RANDY EUGENE | |

UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20170109-7220 - COLLECTION ID: 56548

| | | | |
|---|---|---|---|
| 10-10-2017 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 03-28-2018 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ -327.00 |

ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR

| Date | Code | Party | Amount |
|---|---|---|---|
| 10-09-2019 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-05-2020 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-12-2021 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 11-10-2022 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 04-15-2024 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ 358.20 |
| | ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | |