# EXHIBIT 5



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>   Plaintiff,<br>v.<br>RANDY EUGENE MAXVILLE,<br>   Defendant. | No. CM-2007-1934<br>(Criminal Misdemeanor)<br><br>Filed: 04/11/2007<br>Closed: 05/08/2007<br><br>Judge: Traffic Court Judge (General) |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

## PARTIES

MAXVILLE, RANDY EUGENE, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| TULSA COUNTY PUBLIC DEFENDER | MAXVILLE, RANDY EUGENE |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, April 24, 2007 at 1:30 PM<br>   JURY TRIAL SOUNDING DOCKET | MAXVILLE, RANDY EUGENE | Kirsten Pace | |
| Tuesday, May 8, 2007 at 9:01 AM<br>   SOUNDING DOCKET | MAXVILLE, RANDY EUGENE | Kirsten Pace | |
| Wednesday, February 6, 2008 at 0:00 AM<br>   COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |
| Thursday, July 31, 2008 at 0:00 AM<br>   ADMINISTRATIVE REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |
| Saturday, January 24, 2009 at 0:00 AM<br>   COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Review Docket | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, February 11, 2011 at 0:00 AM<br>COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |

## COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: ABDOM, ASSAULT AND BATTERY - DOMESTIC, in violation of 21 O.S. 644C
Date of Offense: 04/04/2007

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 05/08/2007. Guilty Plea**<br>Count as Disposed: ASSAULT AND BATTERY - DOMESTIC(ABDOM)<br>Violation of 21 O.S. 644C |

**Count # 2.**   Count as Filed: ES6, ELUDING A POLICE OFFICER, in violation of 21 O.S. 540A 1
Date of Offense: 04/04/2007

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 05/08/2007. Guilty Plea**<br>Count as Disposed: ELUDING A POLICE OFFICER(ES6)<br>Violation of 21 O.S. 540A 1 |

**Count # 3.**   Count as Filed: DL5, DRIVING WITHOUT PROCURING A DRIVERS LICENSE, in violation of 47 O.S. 6-303(A)1
Date of Offense: 04/04/2007

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 05/08/2007. Guilty Plea**<br>Count as Disposed: DRIVING WITHOUT PROCURING A DRIVERS LICENSE(DL5)<br>Violation of 47 O.S. 6-303(A)1 |

**Count # 4.**   Count as Filed: FR5, DRIVING WITHOUT OWNERS SECURITY VERIFICATION FORM, in violation of 47 O.S. 7-606B
Date of Offense: 04/04/2007

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 05/08/2007. Guilty Plea**<br>Count as Disposed: DRIVING WITHOUT OWNERS SECURITY VERIFICATION FORM(FR5)<br>Violation of 47 O.S. 7-606B |

# CITATION INFORMATION

Arresting Agency: Tulsa Police Department
Location of Offense: 902 N UTICA AVE
North Location:
East Control:
County: Tulsa
Citation Number: NONE
License Class:
License Endorsements:
Employer:
Violation Type: Operation
Vehicle Make: FORD
Vehicle Model: 1989
Vehicle Body Style:
Vehicle Color:
Vehicle Tag: 197CHM
Vehicle Tag Year: 2007
Vehicle Tag Issuer: Oklahoma
Commercial Vehicle:No
Hazardous Material: No
Accident: No
　Personal Injury: No
　Property Damage: No
　Fatality: No
Bond Amount: $0.00
Information Date: N/A
Comments: N/A

# DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 04-11-2007 | [ TEXT ] | | MAXVILLE, RANDY EUGENE | #1 |
| | | CRIMINAL MISDEMEANOR INITIAL FILING. | | |
| 04-11-2007 | [ INFORMATION ] | | MAXVILLE, RANDY EUGENE | #1 |
| | | DEFENDANT RANDY EUGENE MAXVILLE WAS CHARGED WITH COUNT #1, ASSAULT AND BATTERY - DOMESTIC IN VIOLATION OF 21 O.S. 644C | | |
| 04-11-2007 | [ INFORMATION ] | | MAXVILLE, RANDY EUGENE | #2 |
| | | DEFENDANT RANDY EUGENE MAXVILLE WAS CHARGED WITH COUNT #2, ELUDING A POLICE OFFICER IN VIOLATION OF 21 O.S. 540A 1 | | |
| 04-11-2007 | [ INFORMATION ] | | MAXVILLE, RANDY EUGENE | #3 |
| | | DEFENDANT RANDY EUGENE MAXVILLE WAS CHARGED WITH COUNT #3, DRIVING WITHOUT PROCURING A DRIVERS LICENSE IN VIOLATION OF 47 O.S. 6-303(A)1 | | |
| 04-11-2007 | [ INFORMATION ] | | MAXVILLE, RANDY EUGENE | #4 |
| | | DEFENDANT RANDY EUGENE MAXVILLE WAS CHARGED WITH COUNT #4, DRIVING WITHOUT OWNERS SECURITY VERIFICATION FORM IN VIOLATION OF 47 O.S. 7-606B | | |

| | | | | |
|---|---|---|---|---|
| 04-11-2007  [ TEXT ] | | | | |
| OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TRAFFIC COURT JUDGE (GENERAL) TO THIS CASE. | | | | |
| 04-12-2007  [ CTARRJTS ] | MAXVILLE, RANDY EUGENE | | | |
| OTEY, MILLIE: DEFENDANT PRESENT IN CUSTODY AND PUBLIC DEFENDER APPOINTED. ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. JURY TRIAL SOUNDING DOCKET SET FOR 04-24-07 AT 1:30 PM ROOM 158. BOND SET IN THE AMOUNT OF (CT1) $5000 (CT2) $500 (CT3) $200 (CT4) $300. DEFENDANT REMANDED TO CUSTODY. | | | | |
| 04-13-2007  [ PA ] | MAXVILLE, RANDY EUGENE | | | |
| PAUPER'S AFFIDAVIT | | | | |
| 04-17-2007  [ RETCO ] | MAXVILLE, RANDY EUGENE | | | |
| RETURN COMMITMENT | | | | |
| 04-24-2007  [ CTPASS ] | MAXVILLE, RANDY EUGENE | | | |
| KIRSTEN PACE: DEFENDANT PRESENT REPRESENTED ADAM HASELGREN/JILL WEBB. STATE REPRESENTED BY BREANNA VOLLMERS. CASE SET FOR SOUNDING ON 5/8/2007 AT 1:30 PM ROOM 124. DEFENDANT REMANDED TO CUSTODY. DEFENDANT HAS HEARING ON APPL. ON 5/7/2007 WITH CF-06-1754. | | | | |
| 04-30-2007  [ AFPCA ] | MAXVILLE, RANDY EUGENE | | | |
| AFFIDAVIT & FINDING OF PROBABLE CAUSE T.R.A.C.I.S. (ARRESTED) | | | | |
| 05-08-2007  [ CONVICTED ] | MAXVILLE, RANDY EUGENE | #1 | | |
| KIRSTEN PACE: DEFENDANT PRESENT IN CUSTODY REPRESENTED BY ADAM HASELGREN. STATE REPRESENTED BY BREANNA VOLLMERS COURT REPORTER NON PRESENT. CASE CALLED; DEFENDANT ADVISED OF RIGHTS. DEFENDANT WAIVED JURY AND NON JURY TRIAL. <br> DEFENDANT PLED GUILTY, COURT ACCEPT THE GUILTYPLEA. <br> COURT FINDS DEFENDANT GUILTY. <br> COUNT ONE DEFENDANT SENTENCED TO 7 MONTHS IN TULSA COUNTY JAIL WITH CREDIT FOR TIME SERVED. DEFENDANT ASSESSED FINE IN THE AMOUTN OF $200.00 PLUS COST, $50.00 VCA. <br> COUNT TWO DEFENDANT SENTENCED TO SIX MONTHS IN TCJ WITH CREDIT FOR TIME SERVED. THIS SENTENCE IS ORDERED TO RUN CC WITH COUNT ONE. DEFENDANT ASSESSED VCA IN THE AMOUNT OF $250.00 PLUS COST. COUNT THREE DEFENDANT ASSESSED FINE IN THE AMOUNT OF $100.00 PLUS COST. COUNT FOUR DEFENDANT SENTENCED TO 30 DAYS IN TULSA COUNTY JAIL WITH CREDIT FOR TIME SERVED. THIS SENTENCE IS ORDERED TO RUN CC WITH COUNT ONE AND TWO. DEFENDANT ASSESSED FINE IN THE AMOUNT OF $50.00 PLUS COST. <br> DEFENDANT ADVISED OF APPEAL RIGHTS. EXECUTED RULE 8 FORM. BOND EXONERATED. JUDGMENT AND SENTENCE ISSUED. RELEASE AND COMMITMENT ISSUED. | | | | |
| 05-08-2007  [ COSTT ] | MAXVILLE, RANDY EUGENE | #3 | $ 83.00 | |
| TRAFFIC COSTS | | | | |
| 05-08-2007  [ FINE ] | MAXVILLE, RANDY EUGENE | #3 | $ 100.00 | |
| FINES PAYABLE TO COUNTY | | | | |
| 05-08-2007  [ DPSFEE ] | MAXVILLE, RANDY EUGENE | #3 | $ 20.00 | |
| DPS PATROL VEHICLE FUND FEE ASSESSMENT | | | | |
| 05-08-2007  [ TCARF ] | MAXVILLE, RANDY EUGENE | #3 | $ 10.00 | |
| TRAUMA CARE ASSISTANCE REVOLVING FUND | | | | |
| 05-08-2007  [ OCISR ] | MAXVILLE, RANDY EUGENE | #3 | $ 10.00 | |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | | |

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 05-08-2007 | [ SSFCHS ] | SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | MAXVILLE, RANDY EUGENE | #3 | $ 10.00 |
| 05-08-2007 | [ DACPAT ] | DA COUNCIL PROSECUTION ASSESSMENT FOR TRAFFIC | MAXVILLE, RANDY EUGENE | #3 | $ 10.00 |
| 05-08-2007 | [ CLEET ] | CLEET PENALTY ASSESSMENT | MAXVILLE, RANDY EUGENE | #3 | $ 9.00 |
| 05-08-2007 | [ PFE7 ] | LAW LIBRARY FEE | MAXVILLE, RANDY EUGENE | #3 | $ 6.00 |
| 05-08-2007 | [ AFIS ] | CLEET PENALTY ASSESSMENT FOR AFIS | MAXVILLE, RANDY EUGENE | #3 | $ 5.00 |
| 05-08-2007 | [ SSF ] | SHERIFF'S SERVICE FEE ON ARRESTS | MAXVILLE, RANDY EUGENE | #3 | $ 5.00 |
| 05-08-2007 | [ FOREN ] | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | MAXVILLE, RANDY EUGENE | #3 | $ 5.00 |
| 05-08-2007 | [ CCADMIN ] | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | MAXVILLE, RANDY EUGENE | #3 | $ 6.90 |
| 05-08-2007 | [ COSTT ] | TRAFFIC COSTS | MAXVILLE, RANDY EUGENE | #4 | $ 83.00 |
| 05-08-2007 | [ DPSFEE ] | DPS PATROL VEHICLE FUND FEE ASSESSMENT | MAXVILLE, RANDY EUGENE | #4 | $ 20.00 |
| 05-08-2007 | [ TCARF ] | TRAUMA CARE ASSISTANCE REVOLVING FUND | MAXVILLE, RANDY EUGENE | #4 | $ 10.00 |
| 05-08-2007 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | MAXVILLE, RANDY EUGENE | #4 | $ 10.00 |
| 05-08-2007 | [ SSFCHS ] | SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | MAXVILLE, RANDY EUGENE | #4 | $ 10.00 |
| 05-08-2007 | [ DACPAT ] | DA COUNCIL PROSECUTION ASSESSMENT FOR TRAFFIC | MAXVILLE, RANDY EUGENE | #4 | $ 10.00 |
| 05-08-2007 | [ CLEET ] | CLEET PENALTY ASSESSMENT | MAXVILLE, RANDY EUGENE | #4 | $ 9.00 |
| 05-08-2007 | [ PFE7 ] | LAW LIBRARY FEE | MAXVILLE, RANDY EUGENE | #4 | $ 6.00 |
| 05-08-2007 | [ AFIS ] | CLEET PENALTY ASSESSMENT FOR AFIS | MAXVILLE, RANDY EUGENE | #4 | $ 5.00 |
| 05-08-2007 | [ SSF ] | SHERIFF'S SERVICE FEE ON ARRESTS | MAXVILLE, RANDY EUGENE | #4 | $ 5.00 |
| 05-08-2007 | [ FOREN ] | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | MAXVILLE, RANDY EUGENE | #4 | $ 5.00 |
| 05-08-2007 | [ FINE ] | FINES PAYABLE TO COUNTY | MAXVILLE, RANDY EUGENE | #4 | $ 50.00 |

| Date | Code | Party | # | Amount |
|---|---|---|---|---|
| 05-08-2007 | [ CCADMIN ]<br>COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | MAXVILLE, RANDY EUGENE | #4 | $ 6.90 |
| 05-08-2007 | [ COSTM ]<br>COURT COSTS ON MISDEMEANOR | MAXVILLE, RANDY EUGENE | #2 | $ 78.00 |
| 05-08-2007 | [ DACPAM ]<br>DA COUNCIL PROSECUTION ASSESSMENT FOR MISDEMEANOR | MAXVILLE, RANDY EUGENE | #2 | $ 15.00 |
| 05-08-2007 | [ OCISR ]<br>OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | MAXVILLE, RANDY EUGENE | #2 | $ 10.00 |
| 05-08-2007 | [ MELRF ]<br>MEDICAL EXPENSE LIABILITY REVOLVING FUND | MAXVILLE, RANDY EUGENE | #2 | $ 10.00 |
| 05-08-2007 | [ TCARF ]<br>TRAUMA CARE ASSISTANCE REVOLVING FUND | MAXVILLE, RANDY EUGENE | #2 | $ 10.00 |
| 05-08-2007 | [ SSFCHS ]<br>SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | MAXVILLE, RANDY EUGENE | #2 | $ 10.00 |
| 05-08-2007 | [ CLEET ]<br>CLEET PENALTY ASSESSMENT | MAXVILLE, RANDY EUGENE | #2 | $ 9.00 |
| 05-08-2007 | [ PFE7 ]<br>LAW LIBRARY FEE | MAXVILLE, RANDY EUGENE | #2 | $ 6.00 |
| 05-08-2007 | [ FOREN ]<br>FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | MAXVILLE, RANDY EUGENE | #2 | $ 5.00 |
| 05-08-2007 | [ SSF ]<br>SHERIFF'S SERVICE FEE ON ARRESTS | MAXVILLE, RANDY EUGENE | #2 | $ 5.00 |
| 05-08-2007 | [ AFIS ]<br>CLEET PENALTY ASSESSMENT FOR AFIS | MAXVILLE, RANDY EUGENE | #2 | $ 5.00 |
| 05-08-2007 | [ VCA ]<br>VICTIMS COMPENSATION ASSESSMENT (AC12) | MAXVILLE, RANDY EUGENE | #2 | $ 250.00 |
| 05-08-2007 | [ CCADMIN ]<br>COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | MAXVILLE, RANDY EUGENE | #2 | $ 6.40 |
| 05-08-2007 | [ COSTM ]<br>COURT COSTS ON MISDEMEANOR | MAXVILLE, RANDY EUGENE | #1 | $ 78.00 |
| 05-08-2007 | [ DACPAM ]<br>DA COUNCIL PROSECUTION ASSESSMENT FOR MISDEMEANOR | MAXVILLE, RANDY EUGENE | #1 | $ 15.00 |
| 05-08-2007 | [ TCARF ]<br>TRAUMA CARE ASSISTANCE REVOLVING FUND | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |
| 05-08-2007 | [ OCISR ]<br>OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |
| 05-08-2007 | [ MELRF ]<br>MEDICAL EXPENSE LIABILITY REVOLVING FUND | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |
| 05-08-2007 | [ SSFCHS ]<br>SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |

| Date | Code | Party | # | Amount |
|---|---|---|---|---|
| 05-08-2007 | [ CLEET ]<br>CLEET PENALTY ASSESSMENT | MAXVILLE, RANDY EUGENE | #1 | $ 9.00 |
| 05-08-2007 | [ PFE7 ]<br>LAW LIBRARY FEE | MAXVILLE, RANDY EUGENE | #1 | $ 6.00 |
| 05-08-2007 | [ FOREN ]<br>FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| 05-08-2007 | [ SSF ]<br>SHERIFF'S SERVICE FEE ON ARRESTS | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| 05-08-2007 | [ AFIS ]<br>CLEET PENALTY ASSESSMENT FOR AFIS | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| 05-08-2007 | [ VCA ]<br>VICTIMS COMPENSATION ASSESSMENT (AC12) | MAXVILLE, RANDY EUGENE | #1 | $ 50.00 |
| 05-08-2007 | [ FINE ]<br>FINES PAYABLE TO COUNTY | MAXVILLE, RANDY EUGENE | #1 | $ 200.00 |
| 05-08-2007 | [ CCADMIN ]<br>COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | MAXVILLE, RANDY EUGENE | #1 | $ 6.40 |
| 05-09-2007 | [ RTSUB$ ]<br>RETURN SUBPOENA - PERSONAL SERVICE MARY MAXVILLE - 5/1/07 | MAXVILLE, RANDY EUGENE | | $ 50.00 |
| 05-09-2007 | [ OCISR ]<br>OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | MAXVILLE, RANDY EUGENE | | $ 10.00 |
| 05-11-2007 | [ RETCP ]<br>RETURN COMMITMENT FOR PUNISHMENT | MAXVILLE, RANDY EUGENE | | |
| 05-11-2007 | [ RETRL ]<br>RETURN RELEASE | MAXVILLE, RANDY EUGENE | | |
| 05-11-2007 | [ RULE8 ]<br>ORDER OF THE COURT - RULE 8 HEARING | MAXVILLE, RANDY EUGENE | | |
| 05-15-2007 | [ FFAP ]<br>FINDINGS OF FACT - ACCEPTANCE OF PLEA | MAXVILLE, RANDY EUGENE | | |
| 05-16-2007 | [ J&S ]<br>JUDGMENT AND SENTENCE<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #2 | |
| 05-16-2007 | [ J&S ]<br>JUDGMENT AND SENTENCE<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #1 | |
| 05-16-2007 | [ J&S ]<br>JUDGMENT AND SENTENCE<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #4 | |
| 05-16-2007 | [ J&S ]<br>JUDGMENT AND SENTENCE<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #3 | |

| Date | Code | Party | # |
|---|---|---|---|
| 05-17-2007 | [ ABST ] | MAXVILLE, RANDY EUGENE | #2 |
| | ABSTRACT SENT TO D.P.S. | | |
| 05-17-2007 | [ ABST ] | MAXVILLE, RANDY EUGENE | #3 |
| | ABSTRACT SENT TO D.P.S. | | |
| 05-17-2007 | [ ABST ] | MAXVILLE, RANDY EUGENE | #4 |
| | ABSTRACT SENT TO D.P.S. | | |
| 06-11-2007 | [ RETCO ] | MAXVILLE, RANDY EUGENE | |
| | RETURN COMMITMENT | | |
| 08-03-2007 | [ JAILS ] | MAXVILLE, RANDY EUGENE | |
| | JAIL CREDIT- JAIL TIME COMPLETED AS SENTENCED - RELEASE ISSUED FOR 08-05-07 | | |
| 08-08-2007 | [ RETRL ] | MAXVILLE, RANDY EUGENE | |
| | RETURN RELEASE | | |
| 08-15-2007 | [ PPA ] | MAXVILLE, RANDY EUGENE | |
| | COST ADMINISTRATION PAYMENT PLAN AGREEMENT - (AUTH DATE 8-6-07). THE FIRST PAYMENT OF $75 IS DUE ON 9-6-07, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 6TH DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $3039.50 DUE ON 2-6-08.<br><br>RETURN TO COST ADMIN FOR REVIEW ON 2-6-08.<br><br>SEE ALSO: CF-06-1754, TR-99-4823, CM-07-1934. **LH** | | |
| 09-12-2007 | [ CNOTE ] | MAXVILLE, RANDY EUGENE | |
| | CASE NOTE:DEFENDANT IS MAILING IN PAYMENT FOR $75.00 | | |
| 10-17-2007 | [ CTRS ] | | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 03-06-2008 | [ CNOTE ] | MAXVILLE, RANDY EUGENE | |
| | DEFENDANT NEEDS CURRENT PPA | | |
| 07-15-2008 | [ CTPPA ] | MAXVILLE, RANDY EUGENE | |
| | THE FIRST PAYMENT OF $75 IS DUE ON 8-22-08, THEN 5 PAYMENTS OF $75 ARE TO BE PAID ON OR BEFORE THE 22ND DAY OF EACH MONTH WITH THE FINAL PAYMENT OF $2,659.50 BEING DUE ON 1-24-09. (AUTHORIZATION DATED 7-14-08).<br><br>RETURN TO COST ADMINISTRATION FOR REVIEW ON 1-24-09<br><br>SEE ALSO: CF-06-1754, CM-07-1934, TR-99-4823.<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 10-13-2008 | [ CTRS ] | | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-10-2009 | [ CTRS ] | | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |

| | | | |
|---|---|---|---|
| 08-05-2010 [ CTPPA ] | | MAXVILLE, RANDY EUGENE | |

$50.00 IS TO BE PAID ON OR BEFORE 9-10-10 AND A PAYMENT DUE ON THE 10TH DAY OF EACH MONTH CONTINUING UNTIL THE CASE(S) IS PAID IN FULL (AUTHORIZATION DATE 8-4-10).

YOUR COST ADMINISTRATION REVIEW IS ON: 2-11-11

ALSO SEE CASES: CF-08-3763/CF-08-2215/CM-07-1934/CF-06-1754/TR-99-4823
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

---

**10-05-2010  [ CTRS ]**

CLAIM FOR INTERCEPT OF TAX REFUND

---

**09-14-2011  [ CTFREE ]**                                          MAXVILLE, RANDY EUGENE

JUDGE DAWN MOODY; BENCH WARRANT ISSUED FOR FAILURE TO PAY, CASH AMOUNT OF $1488.60

---

**09-16-2011  [ 👁 BWIFP ]**                                        MAXVILLE, RANDY EUGENE         $ 50.00

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,488.60

COUNT 1 - ASSAULT AND BATTERY - DOMESTIC
COUNT 2 - ELUDING A POLICE OFFICER
COUNT 3 - DRIVING WITHOUT PROCURING A DRIVERS LICENSE
COUNT 4 - DRIVING WITHOUT OWNERS SECURITY VERIFICATION FORM

WARRANT RECALLED 2/6/2012, WARRANT ISSUED ON 9/16/2011

---

**09-16-2011  [ CBWF1 ]**                                           MAXVILLE, RANDY EUGENE         $ 5.00

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

---

**09-16-2011  [ OCISR ]**                                           MAXVILLE, RANDY EUGENE         $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**10-12-2011  [ CTRS ]**                                            MAXVILLE, RANDY EUGENE

CLAIM FOR INTERCEPT OF TAX REFUND

---

**11-14-2011  [ SFC ]**                                             MAXVILLE, RANDY EUGENE         $ 446.58

CASE SENT FOR COLLECTION. BATCH ID: 20111114-2122 - COLLECTION ID: 56547

---

**11-14-2011  [ SFCSF ]**                                           MAXVILLE, RANDY EUGENE         $ -5.00

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

---

**11-14-2011  [ SFCCC ]**                                           MAXVILLE, RANDY EUGENE         $ 5.00

ADDITION OF 10% FOR WARRANT COLLECTION

---

**02-06-2012  [ WRCI ]**                                            MAXVILLE, RANDY EUGENE

WARRANT RECALL CANCELLATION ISSUED - FTP ISSUED 09-16-2011 - NOTICE OF PAYMENT TO COLLECTIOIN AGENCY.

---

**02-06-2012  [ ↺ BWR ]**                                           MAXVILLE, RANDY EUGENE

BENCH WARRANT RECALLED, WARRANT ISSUED ON 9/16/2011

---

**02-10-2012  [ ↺ RETBW ]**                                         MAXVILLE, RANDY EUGENE

WARRANT RETURNED 2/10/2012, WARRANT ISSUED ON 9/16/2011
Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office

| Date | Code | Party | Amount |
|---|---|---|---|
| 02-10-2012 | [ WRCR ] | MAXVILLE, RANDY EUGENE | |
| | WARRANT RECALL CANCELLATION RETURNED<br>Pursuant to 12 O.S. § 39, Document Available at Court Clerk's Office | | |
| 10-17-2012 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-20-2014 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-02-2015 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-18-2016 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 12-28-2016 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | |
| | YOULL, DAVID: BENCH WARRANT ISSUED FOR FAILURE TO PAY A CASH PAYMENT OF $2,015.10<br>**DID NOT PAY ABERDEEN, 2ND BENCH WARRANT ISSUED, DO NOT RELEASE** | | |
| 01-04-2017 | [ 👁 BWIFP ] | MAXVILLE, RANDY EUGENE | $ 50.00 |
| | BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $2,015.10<br><br>COUNT 1 - ASSAULT AND BATTERY - DOMESTIC<br>COUNT 2 - ELUDING A POLICE OFFICER<br>COUNT 3 - DRIVING WITHOUT PROCURING A DRIVERS LICENSE<br>COUNT 4 - DRIVING WITHOUT OWNERS SECURITY VERIFICATION FORM | | |
| 01-04-2017 | [ CBWF1 ] | MAXVILLE, RANDY EUGENE | $ 5.00 |
| | CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A} | | |
| 01-04-2017 | [ OCISR ] | MAXVILLE, RANDY EUGENE | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 01-09-2017 | [ SFCM ] | MAXVILLE, RANDY EUGENE | $ 24.00 |
| | SENT FOR COLLECTIONS MANUALLY | | |
| 01-09-2017 | [ SFCSF ] | MAXVILLE, RANDY EUGENE | $ -5.00 |
| | REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%) | | |
| 01-09-2017 | [ SFCCC ] | MAXVILLE, RANDY EUGENE | $ 5.00 |
| | ADDITION OF 10% FOR WARRANT COLLECTION | | |
| 01-09-2017 | [ SFCU ] | MAXVILLE, RANDY EUGENE | |
| | UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20170109-7220 - COLLECTION ID: 56547 | | |
| 10-10-2017 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 03-28-2018 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ -446.58 |
| | ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | |
| 10-09-2019 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |

| Date | Code | Party | Amount |
|---|---|---|---|
| 10-05-2020 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-12-2021 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 11-10-2022 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 04-15-2024 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ 477.78 |
| | ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | |