# EXHIBIT 6



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State of Oklahoma v. MAXVILLE, RANDY EUGENE | No. CF-2008-2215 (Criminal Felony) <br><br> Filed: 05/09/2008 <br> Closed: 10/13/2008 <br><br> Judge: Gillert, Tom C. |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

## PARTIES

MAXVILLE, RANDY EUGENE, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| TULSA COUNTY PUBLIC DEFENDER | MAXVILLE, RANDY EUGENE |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, July 18, 2008 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MAXVILLE, RANDY EUGENE | Preliminary Hearing Docket | |
| Friday, August 22, 2008 at 9:00 AM<br>NO ISSUE/FOR DFT TO HAVE PVP | MAXVILLE, RANDY EUGENE | Preliminary Hearing Docket | |
| Friday, October 3, 2008 at 9:00 AM<br>PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | MAXVILLE, RANDY EUGENE | Preliminary Hearing Docket | |
| Monday, October 13, 2008 at 1:30 PM<br>DISTRICT COURT ARRAIGNMENT | MAXVILLE, RANDY EUGENE | Tom C. Gillert | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Friday, February 11, 2011 at 0:00 AM<br>COST ADMINISTRATION REVIEW | MAXVILLE, RANDY EUGENE | Cost Admin. Judge (General) | |

## COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**    Count as Filed: BRG2, BURGLARY - SECOND DEGREE, in violation of 21 O.S. 1435
Date of Offense: 03/17/2008

| Party Name | Disposition Information |
|---|---|
| MAXVILLE, RANDY EUGENE | **Disposed: CONVICTION, 10/13/2008. Guilty Plea**<br>Count as Disposed: BURGLARY - SECOND DEGREE(BRG2)<br>Violation of 21 O.S. 1435 |

## DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 05-09-2008 | [ TEXT ] | CRIMINAL FELONY INITIAL FILING.<br>Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #1 | |
| 05-09-2008 | [ INFORMATION ] | DEFENDANT RANDY EUGENE MAXVILLE WAS CHARGED WITH COUNT #1, BURGLARY - SECOND DEGREE IN VIOLATION OF 21 O.S. 1435 | MAXVILLE, RANDY EUGENE | #1 | |
| 05-09-2008 | [ WAI$ ] | WARRANT OF ARREST ISSUED, JUDGE: DAVID YOULL - BOND AMOUNT:<br>COUNT 1 - BURGLARY - SECOND DEGREE - BOND AMOUNT: $5,000.00 | MAXVILLE, RANDY EUGENE | | $ 50.00 |
| 05-09-2008 | [ OCISR ] | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | MAXVILLE, RANDY EUGENE | | $ 25.00 |
| 05-09-2008 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE KELLOUGH, WILLIAM C TO THIS CASE. | | | |
| 05-20-2008 | [ AFPC ] | AFFIDAVIT FINDING OF PROBABLE CAUSE<br>Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 06-18-2008 | [ RETWA ] | WARRANT RETURNED 6/18/2008, WARRANT ISSUED ON 5/9/2008<br>Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 06-23-2008 | [ DAINS ] | DISTRICT ATTORNEY INSPECTION NOTIFICATION<br>Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 06-23-2008 | [ PA ] | PAUPER'S AFFIDAVIT<br>Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 06-23-2008 | [ CTARRPL ] | MAXVILLE, RANDY EUGENE | | |

JUDGE MILLIE OTEY: DEFENDANT PRESENT, IN CUSTODY AND PUBLIC DEFENDER APPOINTED COUNSEL FOR DEFENDANT. ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. PRELIMINARY HEARING SET FOR 7-18-2008 AT 9 AM IN ROOM 344. BOND SET IN THE AMOUNT OF 5000.00 DEFENDANT REMANDED TO CUSTODY. CASE REASSIGNED TO JUDGE GILLERT BASED ON CF-2006-1754

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 06-26-2008 | [ BO ] | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |

PROFESSIONAL BOND FOR MAXVILLE, RANDY EUGENE POSTED BY SHEPARD, JEREMY BLAKE (PROFESSIONAL:HOANG, QUAN MINH) (POWER NUMBER:Q10-08-002591 ), COUNT NUMBER 1, IN THE AMOUNT OF $5,000.00, POSTED 06/26/2008
Document Available at Court Clerk's Office

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 06-26-2008 | [ BOJ ] | MAXVILLE, RANDY EUGENE | #1 | $ 25.00 |

BOND INITIAL FILING JAIL FUND FEE

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 06-26-2008 | [ CCADMIN25 ] | MAXVILLE, RANDY EUGENE | #1 | $ 2.50 |

COURT CLERK ADMINISTRATIVE FEE ON $25 COLLECTIONS

| Date | Code | Party |
|---|---|---|
| 07-02-2008 | [ ORC ] | MAXVILLE, RANDY EUGENE |

ARRAIGNMENT COURT'S ORDER FOR REASSIGNMENT OF CRIMINAL DISTRICT JUDGE
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 07-02-2008 | [ RETRL ] | MAXVILLE, RANDY EUGENE |

RETURN RELEASE
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 07-16-2008 | [ ADISC ] | MAXVILLE, RANDY EUGENE |

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY
Document Available at Court Clerk's Office

| Date | Code | Party |
|---|---|---|
| 07-18-2008 | [ CTPASS ] | MAXVILLE, RANDY EUGENE |

SMITH, CLIFF: DEFENDANT PRESENT, NOT IN CUSTODY AND REPRESENTED BY BRIAN RAYL, PD. STATE REPRESENTED BY MATNEY ELLIS. PRELIMINARY HEARING NO ISSUE PASSED TO 8/22/08, 9 AM, ROOM 344 FOR DEFENDANT TO HAVE PRIVATE ATTORNEY. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK .

| Date | Code | Party |
|---|---|---|
| 08-22-2008 | [ CTBWFTA ] | MAXVILLE, RANDY EUGENE |

JUDGE ALLEN KLEIN: DEFENDANT NOT PRESENT, AND REPRESENTED BY BRIAN RAYL P.D.. STATE REPRESENTED BY JASON RUSH. CASE PREVIOUSLY SET FOR PRELIMINARY HEARING. BENCH WARRANT ORDERED. BOND ORDERED FORFEITED. BOND SET IN THE AMOUNT OF 15,000.00.

| Date | Code | Party | Count |
|---|---|---|---|
| 08-22-2008 | [ BDFOR ] | MAXVILLE, RANDY EUGENE | #1 |

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #67465153 ABOVE HAS CHANGED TO READ AS FOLLOWS:
PROFESSIONAL BOND FOR MAXVILLE, RANDY EUGENE POSTED BY SHEPARD, JEREMY BLAKE (PROFESSIONAL:HOANG, QUAN MINH) (POWER NUMBER:Q10-08-002591 ), COUNT NUMBER 1, IN THE AMOUNT OF $5,000.00, POSTED 06/26/2008, FORFEITED 08/22/2008

| Date | Code | Party | Amount |
|---|---|---|---|
| 08-27-2008 | [ 👁 BWIFA ] | MAXVILLE, RANDY EUGENE | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO APPEAR, JUDGE: ALLEN KLEIN - BOND AMOUNT:
COUNT 1 - BURGLARY - SECOND DEGREE - BOND AMOUNT: $15,000.00

WARRANT RECALLED 9/16/2008, WARRANT ISSUED ON 8/27/2008

| 08-27-2008 [ OCISR ] | MAXVILLE, RANDY EUGENE | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| 08-27-2008 [ O&J ] | MAXVILLE, RANDY EUGENE |

ORDER & JUDGMENT OF FORFEITURE- CERTIFIED COPY BY CERTIFIED MAIL TO: JEREMY SHEPARD/QUAN HOANG
Document Available at Court Clerk's Office

| 08-27-2008 [ REC02 ] | MAXVILLE, RANDY EUGENE | $ 20.00 |

RECEIPTS (2) FOR CERTIFIED MAIL

| 09-02-2008 [ RETCM ] | MAXVILLE, RANDY EUGENE |

RETURN RECEIPT CERT. MAIL DELIVERED TO QUAN HOANG 8-29-08
Document Available at Court Clerk's Office

| 09-02-2008 [ RETCM ] | MAXVILLE, RANDY EUGENE |

RETURN RECEIPT CERT. MAIL DELIVERED TO JEREMY SHEPARD 8-29-08
Document Available at Court Clerk's Office

| 09-03-2008 [ BFSA ] | MAXVILLE, RANDY EUGENE |

BOND FORFEITURE SET ASIDE {59 O.S. 1332} BOND EXONERATED
BOND POSTED ON 6-26-08

| 09-03-2008 [ BDXON ] | MAXVILLE, RANDY EUGENE | #1 |

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL #67465153 ABOVE HAS CHANGED TO READ AS FOLLOWS:
PROFESSIONAL BOND FOR MAXVILLE, RANDY EUGENE POSTED BY SHEPARD, JEREMY BLAKE (PROFESSIONAL:HOANG, QUAN MINH) (POWER NUMBER:Q10-08-002591 ), COUNT NUMBER 1, IN THE AMOUNT OF $5,000.00, POSTED 06/26/2008, FORFEITED 08/22/2008, EXONERATED 09/03/2008

| 09-04-2008 [ BNAF ] | MAXVILLE, RANDY EUGENE |

BONDSMAN NOTICE DEFENDANT RETURNED TO CUSTODY AFTER BOND FORFEITURE
Document Available at Court Clerk's Office

| 09-09-2008 [ CTARRPL ] | MAXVILLE, RANDY EUGENE |

CARLOS CHAPPELLE FOR MILLIE OTEY: DEFENDANT PRESENT, IN CUSTODY AND NOT REPRESENTED BY COUNSEL. COURT APPOINTS THE PUBLIC DEFENDER. ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. PRELIMINARY HEARING SET FOR 10/3/08 AT 9:00AM IN ROOM 344. BOND SET IN THE AMOUNT OF CT 1 $5,000; DEFENDANT REMANDED TO CUSTODY.

| 09-09-2008 [ DAINS ] | MAXVILLE, RANDY EUGENE |

DISTRICT ATTORNEY INSPECTION NOTIFICATION
Document Available at Court Clerk's Office

| 09-10-2008 [ PA ] | MAXVILLE, RANDY EUGENE |

PAUPER'S AFFIDAVIT
Document Available at Court Clerk's Office

| 09-16-2008 [ WRCI ] | MAXVILLE, RANDY EUGENE |

WARRANT RECALL CANCELLATION ISSUED

| 09-16-2008 [ ↺ BWR ] | MAXVILLE, RANDY EUGENE |

BENCH WARRANT RECALLED, WARRANT ISSUED ON 8/27/2008

| | | |
|---|---|---|
| 09-18-2008  [ RETBW ] | MAXVILLE, RANDY EUGENE | |

WARRANT RETURNED 9/18/2008, WARRANT ISSUED ON 8/27/2008
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 09-18-2008  [ WRCR ] | MAXVILLE, RANDY EUGENE | |

WARRANT RECALL CANCELLATION RETURNED
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 10-03-2008  [ CTPRLW ] | MAXVILLE, RANDY EUGENE | |

JUDGE ALLEN KLEIN: DEFENDANT PRESENT IN CUSTODY AND REPRESENTED BY BRIAN RAYL P.D.. STATE REPRESENTED BY TONYA WILSON. COURT REPORTER: WAIVED. CASE CALLED FOR PRELIMINARY HEARING. DEFENDANT WAIVES PRELIMINARY HEARING AND FURTHER TIME TO PLEAD. COURT HEREBY BINDS THE DEFENDANT OVER TO DISTRICT COURT FOR ARRAIGNMENT ON 10-13-2008 @ 1:30 PM FOR ARRAIGNMENT BEFORE JUDGE GILLERT IN ROOM 406. BOND TO REMAIN; DEFENDANT REMANDED TO CUSTODY.

| | | |
|---|---|---|
| 10-06-2008  [ WAIPH ] | MAXVILLE, RANDY EUGENE | |

WAIVER OF PRELIMINARY HEARING AND BIND- OVER ORDER
Document Available at Court Clerk's Office

| | | |
|---|---|---|
| 10-13-2008  [ CONVICTED ] | MAXVILLE, RANDY EUGENE | #1 |

GILLERT, THOMAS: DEFENDANT PRESENT, IN CUSTODY, REPRESENTED BY BRIAN RAYL; STATE BY TONYA WILSON; COURT REPORTER, JANA HARRINGTON. DEFENDANT SWORN IN OPEN COURT, ADVISED OF RIGHTS. DEFENDANT WAIVES JURY TRIAL, ENTERS GUILTY PLEA. THE COURT ACCEPTS SAID PLEA, FINDS DEFENDANT GUILTY. COUNT ONE: DEFENDANT SENTENCED TO FIVE (5) YEARS IN DEPARTMENT OF CORRECTIONS. ASSESSED $500 FINE; $250 VCF. DEFENDANT TO BE GIVEN CREDIT FOR TIME SERVED. THIS CASE RUNS CONCURRENT WITH TULSA COUNTY CASE CF-08-3763. DEFENDANT EXECUTES RULE 8, ADVISED OF APPEAL RIGHTS. BOND EXONERATED. JUDGMENT AND SENTENCE ISSUED. COMMITMENT FOR PUNISHMENT ISSUED.

| | | | |
|---|---|---|---|
| 10-13-2008  [ COSTF ] | MAXVILLE, RANDY EUGENE | #1 | $ 98.00 |
| COURT COSTS ON FELONY | | | |
| 10-13-2008  [ OCISR ] | MAXVILLE, RANDY EUGENE | #1 | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 10-13-2008  [ DACPAF ] | MAXVILLE, RANDY EUGENE | #1 | $ 25.00 |
| DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | | | |
| 10-13-2008  [ MELRF ] | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |
| MEDICAL EXPENSE LIABILITY REVOLVING FUND | | | |
| 10-13-2008  [ SSFCHS ] | MAXVILLE, RANDY EUGENE | #1 | $ 10.00 |
| SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | | | |
| 10-13-2008  [ CLEET ] | MAXVILLE, RANDY EUGENE | #1 | $ 9.00 |
| CLEET PENALTY ASSESSMENT | | | |
| 10-13-2008  [ PFE7 ] | MAXVILLE, RANDY EUGENE | #1 | $ 6.00 |
| LAW LIBRARY FEE | | | |
| 10-13-2008  [ FOREN ] | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | | | |

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 10-13-2008 | [ AFIS ]  AFIS FEE | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| 10-13-2008 | [ SSF ]  SHERIFF'S SERVICE FEE ON ARRESTS | MAXVILLE, RANDY EUGENE | #1 | $ 5.00 |
| 10-13-2008 | [ AGVSU ]  ATTORNEY GENERAL VICTIM SERVICES UNIT | MAXVILLE, RANDY EUGENE | #1 | $ 3.00 |
| 10-13-2008 | [ CHAB ]  C.H.A.B. STATUTORY FEE | MAXVILLE, RANDY EUGENE | #1 | $ 3.00 |
| 10-13-2008 | [ FINE ]  FINES PAYABLE TO COUNTY | MAXVILLE, RANDY EUGENE | #1 | $ 500.00 |
| 10-13-2008 | [ VCA ]  VICTIMS COMPENSATION ASSESSMENT (AC12) | MAXVILLE, RANDY EUGENE | #1 | $ 250.00 |
| 10-13-2008 | [ CCADMIN ]  COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | MAXVILLE, RANDY EUGENE | #1 | $ 7.00 |
| 10-15-2008 | [ RULE8 ]  ORDER OF THE COURT - RULE 8 HEARING  Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 10-16-2008 | [ J&S ]  JUDGMENT AND SENTENCE  Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #1 | |
| 10-16-2008 | [ RETCP ]  RETURN COMMITMENT FOR PUNISHMENT  Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 10-16-2008 | [ PGSF ]  PLEA OF GUILTY - SUMMARY OF FACTS  Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 11-17-2008 | [ RETJS$ ]  RETURN JUDGMENT & SENTENCE  Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | #1 | $ 50.00 |
| 11-17-2008 | [ OCISR ]  OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | MAXVILLE, RANDY EUGENE | #1 | $ 25.00 |
| 09-01-2009 | [ MO ]  MOTION FOR 120 DAY REVIEW  Document Available at Court Clerk's Office | MAXVILLE, RANDY EUGENE | | |
| 10-10-2009 | [ CTRS ]  CLAIM FOR INTERCEPT OF TAX REFUND | | | |

| Date | Code | Party | Amount |
|---|---|---|---|
| 08-05-2010 | [ CTPPA ] | MAXVILLE, RANDY EUGENE | |

$50.00 IS TO BE PAID ON OR BEFORE 9-10-10 AND A PAYMENT DUE ON THE 10TH DAY OF EACH MONTH CONTINUING UNTIL THE CASE(S) IS PAID IN FULL (AUTHORIZATION DATE 8-4-10).

YOUR COST ADMINISTRATION REVIEW IS ON: 2-11-11

ALSO SEE CASES: CF-08-3763/CF-08-2215/CM-07-1934/CF-06-1754/TR-99-4823
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 10-05-2010 | [ CTRS ] | | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 09-14-2011 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | |

JUDGE DAWN MOODY; BENCH WARRANT ISSUED FOR FAILURE TO PAY, CASH AMOUNT OF $1323.50

| | | | |
|---|---|---|---|
| 09-16-2011 | [ 👁 BWIFP ] | MAXVILLE, RANDY EUGENE | $ 50.00 |

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,323.50

COUNT 1 - BURGLARY - SECOND DEGREE

WARRANT RECALLED 2/6/2012, WARRANT ISSUED ON 9/16/2011

| | | | |
|---|---|---|---|
| 09-16-2011 | [ CBWF1 ] | MAXVILLE, RANDY EUGENE | $ 5.00 |

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

| | | | |
|---|---|---|---|
| 09-16-2011 | [ OCISR ] | MAXVILLE, RANDY EUGENE | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

| | | | |
|---|---|---|---|
| 10-12-2011 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | |
|---|---|---|---|
| 11-14-2011 | [ SFC ] | MAXVILLE, RANDY EUGENE | $ 397.05 |

CASE SENT FOR COLLECTION. BATCH ID: 20111114-2122 - COLLECTION ID: 56545

| | | | |
|---|---|---|---|
| 11-14-2011 | [ SFCSF ] | MAXVILLE, RANDY EUGENE | $ -5.00 |

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

| | | | |
|---|---|---|---|
| 11-14-2011 | [ SFCCC ] | MAXVILLE, RANDY EUGENE | $ 5.00 |

ADDITION OF 10% FOR WARRANT COLLECTION

| | | | |
|---|---|---|---|
| 02-06-2012 | [ WRCI ] | MAXVILLE, RANDY EUGENE | |

WARRANT RECALL CANCELLATION ISSUED - FTP ISSUED 09-16-2011 - NOTICE OF PAYMENT TO COLLECTION AGENCY.

| | | | |
|---|---|---|---|
| 02-06-2012 | [ ↺ BWR ] | MAXVILLE, RANDY EUGENE | |

BENCH WARRANT RECALLED, WARRANT ISSUED ON 9/16/2011

| | | | |
|---|---|---|---|
| 02-10-2012 | [ ↺ RETBW ] | MAXVILLE, RANDY EUGENE | |

WARRANT RETURNED 2/10/2012, WARRANT ISSUED ON 9/16/2011
Document Available at Court Clerk's Office

| | | | |
|---|---|---|---|
| 02-10-2012 | [ WRCR ] | MAXVILLE, RANDY EUGENE | |

WARRANT RECALL CANCELLATION RETURNED
Document Available at Court Clerk's Office

| Date | Code | Party | Amount |
|---|---|---|---|
| 10-17-2012 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-25-2013 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-20-2014 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-02-2015 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-18-2016 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 12-28-2016 | [ CTFREE ] | MAXVILLE, RANDY EUGENE | |
| | YOULL, DAVID: BENCH WARRANT ISSUED FOR FAILURE TO PAY A CASH PAYMENT OF $1,800.55  **DID NOT PAY ABERDEEN, 2ND BENCH WARRANT ISSUED, DO NOT RELEASE** | | |
| 01-04-2017 | [ 👁 BWIFP ] | MAXVILLE, RANDY EUGENE | $ 50.00 |
| | BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,800.55  COUNT 1 - BURGLARY - SECOND DEGREE | | |
| 01-04-2017 | [ CBWF1 ] | MAXVILLE, RANDY EUGENE | $ 5.00 |
| | CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A} | | |
| 01-04-2017 | [ OCISR ] | MAXVILLE, RANDY EUGENE | $ 25.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 01-09-2017 | [ SFCM ] | MAXVILLE, RANDY EUGENE | $ 24.00 |
| | SENT FOR COLLECTIONS MANUALLY | | |
| 01-09-2017 | [ SFCSF ] | MAXVILLE, RANDY EUGENE | $ -5.00 |
| | REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%) | | |
| 01-09-2017 | [ SFCCC ] | MAXVILLE, RANDY EUGENE | $ 5.00 |
| | ADDITION OF 10% FOR WARRANT COLLECTION | | |
| 01-09-2017 | [ SFCU ] | MAXVILLE, RANDY EUGENE | |
| | UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20170109-7220 - COLLECTION ID: 56545 | | |
| 10-10-2017 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 03-28-2018 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ -421.05 |
| | ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | |
| 10-09-2019 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-05-2020 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-12-2021 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |

| 11-10-2022 | [ CTRS ] | MAXVILLE, RANDY EUGENE | |
|---|---|---|---|
| CLAIM FOR INTERCEPT OF TAX REFUND | | | |
| 04-15-2024 | [ SFCX ] | MAXVILLE, RANDY EUGENE | $ 421.05 |
| ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | | |