# EXHIBIT 7



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

# IN THE DISTRICT COURT IN AND FOR <u>TULSA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>　　Plaintiff,<br>v.<br>MELANIE ALENE LEE,<br>A/K/A MELANIE LEE,<br>A/K/A MELANIE A LEE,<br>　　Defendant. | No. CF-2005-4750<br>(Criminal Felony)<br><br>Filed: 10/26/2005<br>Closed: 11/23/2005<br><br>Judge: Harris, Jesse S. |

**CASE MAY BE ELIGIBLE FOR ONLINE PAYMENTS**

## PARTIES

LEE,  MELANIE  ALENE, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa Police Department, ARRESTING AGENCY

## ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| TULSA COUNTY PUBLIC DEFENDER | LEE,  MELANIE  ALENE |

## EVENTS

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, November 15, 2005 at 9:00 AM<br>　DRUG COURT INITIAL APPEARANCE | LEE,  MELANIE ALENE | Drug Court Judge (General) | |
| Wednesday, November 23, 2005 at 9:00 AM<br>　PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) | LEE,  MELANIE ALENE | Preliminary Hearing Docket | |
| Wednesday, October 11, 2006 at 1:00 PM<br>　COURT COSTS DUE | LEE,  MELANIE ALENE | Cost Admin. Review Docket | |
| Sunday, March 11, 2007 at 1:00 PM<br>　COST ADMINISTRATION REVIEW | LEE,  MELANIE ALENE | Cost Admin. Review Docket | |
| Tuesday, June 5, 2007 at 1:00 PM<br>　COURT COSTS DUE | | Cost Admin. Review Docket | |

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Sunday, April 21, 2013 at 0:00 AM<br>NOTICE OF AVAILABLE FUNDS REPORT RECEIVED FROM OKLAHOMA TAX COMMISSION | LEE, MELANIE ALENE | Cost Admin. Judge (General) | |
| Wednesday, July 31, 2013 at 0:00 AM<br>OTC Intercept Review | LEE, MELANIE ALENE | Cost Admin. Judge (General) | |
| Thursday, December 8, 2016 at 0:00 AM<br>COURT COSTS HEARING | LEE, MELANIE ALENE | Cost Admin. Judge (General) | |

# COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**   Count as Filed: DU2II, UNLAWFUL POSSESSION OF CONTROLLED DRUG SCHEDULE II *FELONY*, in violation of 63 O.S. 2-402-B1-01
Date of Offense: 10/23/2005

| Party Name | Disposition Information |
|---|---|
| LEE, MELANIE ALENE | **Disposed: CONVICTION, 11/23/2005. Guilty Plea**<br>Count as Disposed: UNLAWFUL POSSESSION OF CONTROLLED DRUG SCHEDULE II *FELONY*(DU2II)<br>Violation of 63 O.S. 2-402-B1-01 |

# DOCKET

| Date | Code | Description | Party | Count |
|---|---|---|---|---|
| 10-26-2005 | [ TEXT ] | CRIMINAL FELONY INITIAL FILING. | LEE, MELANIE ALENE | #1 |
| 10-26-2005 | [ INFORMATION ] | DEFENDANT MELANIE ALENE LEE WAS CHARGED WITH COUNT #1, UNLAWFUL POSSESSION OF CONTROLLED DRUG SCHEDULE II *FELONY* IN VIOLATION OF 63 O.S. 2-402-B1-01 | LEE, MELANIE ALENE | #1 |
| 10-26-2005 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HARRIS, JESSE S. TO THIS CASE. | | |
| 10-31-2005 | [ PA ] | PAUPER'S AFFIDAVIT | LEE, MELANIE ALENE | |
| 10-31-2005 | [ DAINS ] | DISTRICT ATTORNEY INSPECTION NOTIFICATION | LEE, MELANIE ALENE | |
| 11-01-2005 | [ CTARRPL ] | JUDGE MILLIE OTEY: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY PUBLIC DEFENDER (APPOINTED). ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. PRELIMINARY HEARING SET FOR 11-23-2005 9 AM IN ROOM 344. BOND SET IN THE AMOUNT OF 2500.00; DEFENDANT RECOGNIZED BACK. | LEE, MELANIE ALENE | |
| 11-02-2005 | [ AFPCA ] | AFFIDAVIT & FINDING OF PROBABLE CAUSE T.R.A.C.I.S. (ARRESTED) | LEE, MELANIE ALENE | |

| Date | Code | Party | # | Amount |
|---|---|---|---|---|
| 11-09-2005 | [ CTFREE ] | LEE, MELANIE ALENE | | |
| | DEFENDANT MAKES APPLICATION TO DRUG COURT. DRUG COURT INITIAL APPEARANCE SET FOR 11-15-05 AT 9:00 AM IN ROOM 329. | | | |
| 11-15-2005 | [ CTFREE ] | LEE, MELANIE ALENE | | |
| | SMITH, SARAH: DRUG COURT STRICKEN. DEFENDANT SENTENCED TO THE DEPARTMENT OF CORRECTIONS ON ANOTHER CASE. PRELIMINARY HEARING SET FOR 11-23-05 AT 9:00 AM IN ROOM 344. DEFENDANT REMANDED TO CUSTODY. | | | |
| 11-22-2005 | [ ADISC ] | LEE, MELANIE ALENE | | |
| | ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY | | | |
| 11-23-2005 | [ CONVICTED ] | LEE, MELANIE ALENE | #1 | |
| | SMITH, CLIFFORD: DEFENDANT PRESENT, IN CUSTODY, AND REPRESENTED BY CURT ALLEN. STATE REPRESENTED BY GRANT FITZ. COURT REPORTER, WAIVED. THE PARTIES WAIVE THE JURISDICTION OF THE COURT. DEFENDANT SWORN IN OPEN COURT. DEFENDANT WAIVES JURY AND NON JURY TRIAL, PLEADS GUILTY TO UNLAWFUL POSSESSION OF CONTROLLED DRUG, 63 O.S. 2-402(B1)01, OFFENSE DATE 10-23-05. THE COURT FINDS THE DEFENDANT GUILTY AND SENTENCES SAID DEFENDANT TO 2 YEARS IN THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS. THIS SENTENCE IS TO RUN CONCURRENTLY WITH CF-03-5326. DEFENDANT ASSESSED A $500 FINE, $250 VICTIM'S COMPENSATION, $150 LAB TO THE TULSA POLICE DEPARTMENT, $100 DRUG ABUSE EDUCATION/TREATMENT FEE, $50 D.A. DRUG FUND, PLUS COSTS. DEFENDANT EXECUTES RULE 8 FORM. DEFENDANT ADVISED OF APPEAL RIGHTS. COMMITMENT FOR PUNISHMENT ISSUED TO JAIL. JUDGMENT AND SENTENCE ISSUED. | | | |
| 11-23-2005 | [ TCARF ] | LEE, MELANIE ALENE | #1 | $ 100.00 |
| | TRAUMA CARE ASSISTANCE REVOLVING FUND | | | |
| 11-23-2005 | [ COSTF ] | LEE, MELANIE ALENE | #1 | $ 98.00 |
| | COURT COSTS ON FELONY | | | |
| 11-23-2005 | [ DACPAF ] | LEE, MELANIE ALENE | #1 | $ 25.00 |
| | DA COUNCIL PROSECUTION ASSESSMENT FOR FELONY | | | |
| 11-23-2005 | [ MELRF ] | LEE, MELANIE ALENE | #1 | $ 10.00 |
| | MEDICAL EXPENSE LIABILITY REVOLVING FUND | | | |
| 11-23-2005 | [ OCISR ] | LEE, MELANIE ALENE | #1 | $ 10.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 11-23-2005 | [ CLEET ] | LEE, MELANIE ALENE | #1 | $ 9.00 |
| | C.L.E.E.T. PENALTY ASSESSMENT | | | |
| 11-23-2005 | [ PFE7 ] | LEE, MELANIE ALENE | #1 | $ 6.00 |
| | LAW LIBRARY FEE | | | |
| 11-23-2005 | [ FOREN ] | LEE, MELANIE ALENE | #1 | $ 5.00 |
| | FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | | | |
| 11-23-2005 | [ AFIS ] | LEE, MELANIE ALENE | #1 | $ 5.00 |
| | C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS | | | |
| 11-23-2005 | [ SSF ] | LEE, MELANIE ALENE | #1 | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS | | | |
| 11-23-2005 | [ FINE ] | LEE, MELANIE ALENE | #1 | $ 500.00 |
| | FINES PAYABLE TO COUNTY | | | |

| Date | Code | Party | Count | Amount |
|---|---|---|---|---|
| 11-23-2005 | [ LABP ] | LEE, MELANIE ALENE | #1 | $ 150.00 |
| | LAB ANALYSIS FEE- - PAY TO POLICE DEPARTMENT | | | |
| 11-23-2005 | [ DRUG ] | LEE, MELANIE ALENE | #1 | $ 100.00 |
| | DRUG ABUSE EDUCATION/TREATMENT FEE (MENTAL HEALTH) | | | |
| 11-23-2005 | [ VCA ] | LEE, MELANIE ALENE | #1 | $ 250.00 |
| | VICTIMS COMPENSATION ASSESSMENT (AC12) | | | |
| 11-23-2005 | [ CCADMIN ] | LEE, MELANIE ALENE | #1 | $ 40.40 |
| | COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | | | |
| 11-28-2005 | [ WAIPH ] | LEE, MELANIE ALENE | | |
| | WAIVER OF PRELIMINARY HEARING | | | |
| 11-29-2005 | [ J&S ] | LEE, MELANIE ALENE | #1 | |
| | JUDGMENT AND SENTENCE | | | |
| 12-01-2005 | [ FFAP ] | LEE, MELANIE ALENE | | |
| | FINDINGS OF FACT - ACCEPTANCE OF PLEA | | | |
| 12-01-2005 | [ ABST ] | LEE, MELANIE ALENE | #1 | |
| | ABSTRACT SENT TO D.P.S. | | | |
| 12-02-2005 | [ RETCP ] | LEE, MELANIE ALENE | | |
| | RETURN COMMITMENT FOR PUNISHMENT | | | |
| 12-02-2005 | [ RULE8 ] | LEE, MELANIE ALENE | | |
| | ORDER OF THE COURT - RULE 8 HEARING | | | |
| 12-16-2005 | [ RETJS$ ] | LEE, MELANIE ALENE | #1 | $ 50.00 |
| | RETURN JUDGMENT & SENTENCE | | | |
| 12-16-2005 | [ OCISR ] | LEE, MELANIE ALENE | #1 | $ 10.00 |
| | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | | |
| 05-25-2006 | [ ACCOUNT ] | LEE, MELANIE ALENE | | |
| | RECEIPT # 2006-1089225 ON 05/25/2006.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS:<br>CF-2005-4750: $3.20 ON TRANSFER TO AC01 CLERK FEES FOR LEE, MELANIE ALENE.<br>MI-2006-93: $-3.20 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA DEPARTMENT OF CORRECTIONS. | | | |
| 09-19-2006 | [ PPA ] | LEE, MELANIE ALENE | | |
| | AMENDED PAYMENT PLAN AGREEMENT (AUTH. 09-11-06) 6 PAYMENTS OF $75.00 BEGINNING 10-11-06 & ENDING 03-11-07 & RETURN FOR REVIEW ON $2,635.70.***SKS***<br><br>SEE ALSO CF-03-5326 CF-05-4750 CF-98-5554 | | | |
| 09-29-2006 | [ ACCOUNT ] | LEE, MELANIE ALENE | | |
| | RECEIPT # 2006-1152969 ON 09/29/2006.<br>PAYOR: TOTAL AMOUNT PAID: $ 0.00.<br>LINE ITEMS:<br>CF-2005-4750: $77.16 ON TRANSFER TO AC01 CLERK FEES FOR LEE, MELANIE ALENE.<br>MI-2006-142: $-77.16 ON TRANSFER FROM AC99 HOLDING FOR DEPARTMENT OF CORRECTIONS. | | | |

| 10-19-2006 [ ACCOUNT ] | LEE, MELANIE ALENE | |
|---|---|---|
| RECEIPT # 2006-1162454 ON 10/19/2006.<br>PAYOR: LEE, MELANIE BY MAIL TOTAL AMOUNT PAID: $ 68.00.<br>LINE ITEMS:<br>CF-2005-4750: $17.64 ON AC01 CLERK FEES FOR LEE, MELANIE ALENE.<br>CF-2005-4750: $9.00 ON AC11 CLEET PENALTY ASSESSMENT FOR LEE, MELANIE ALENE.<br>CF-2005-4750: $5.00 ON AC21 CLEET ASSESSMENT FOR A.F.I.S. FOR LEE, MELANIE ALENE.<br>CF-2005-4750: $36.36 ON AC31 COURT CLERK REVOLVING FUND FOR LEE, MELANIE ALENE. | | |
| 12-05-2006 [ APPA ] | LEE, MELANIE ALENE | |
| COST ADMINISTRATION PAYMENT PLAN AGREEMENT-AUTH-DATE 12-5-06- THE FIRST PAYMENT OF $75 IS DUE ON 1-5-07 THEN 5 PAYMENTS DUE BY THE 5 DAY OF EACH MONTH WITH THE FINAL PAYMENT DUE 6-5-07. RETURN FOR REVIEW 6-5-07. **ALM**<br>--SEE ALSO TR-06-18401, CF-05-4750, CF-03-5326 | | |
| 12-05-2006 [ ACCOUNT ] | LEE, MELANIE ALENE | |
| RECEIPT # 2006-1183791 ON 12/05/2006.<br>PAYOR: LEE, MELANIE ALENE - JPB TOTAL AMOUNT PAID: $ 25.00.<br>LINE ITEMS:<br>CF-2005-4750: $9.96 ON AC14 FINES FOR LEE, MELANIE ALENE.<br>CF-2005-4750: $5.00 ON AC22 SHERIFF'S SERVICE & INCARCERATION FEE FOR LEE, MELANIE ALENE.<br>CF-2005-4750: $6.00 ON AC23 LAW LIBRARY FEE FOR LEE, MELANIE ALENE.<br>CF-2005-4750: $4.04 ON AC31 COURT CLERK REVOLVING FUND FOR LEE, MELANIE ALENE. | | |
| 09-27-2007 [ CTFREE ] | LEE, MELANIE ALENE | |
| JUDGE OTEY: BENCH WARRANT ISSUED FOR FAILURE TO PAY $1280.04 | | |
| 10-05-2007 [ 👁 BWIFP ] | LEE, MELANIE ALENE | $ 50.00 |
| BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,280.04<br><br>COUNT 1 - UNLAWFUL POSSESSION OF CONTROLLED DRUG SCHEDULE II *FELONY*<br><br>WARRANT RECALLED 4/6/2011, WARRANT ISSUED ON 10/5/2007 | | |
| 10-05-2007 [ CBWF1 ] | LEE, MELANIE ALENE | $ 5.00 |
| CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A} | | |
| 10-05-2007 [ OCISR ] | LEE, MELANIE ALENE | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 10-17-2007 [ CTRS ] | | |
| CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 11-19-2007 [ SFC ] | LEE, MELANIE ALENE | $ 256.01 |
| CASE SENT FOR COLLECTION. BATCH ID: 20071120-49 - COLLECTION ID: 2857 | | |
| 11-19-2007 [ SFCSF ] | LEE, MELANIE ALENE | $ -5.00 |
| REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%) | | |
| 11-19-2007 [ SFCCC ] | LEE, MELANIE ALENE | $ 5.00 |
| ADDITION OF 10% FOR WARRANT COLLECTION | | |
| 10-13-2008 [ CTRS ] | | |
| CLAIM FOR INTERCEPT OF TAX REFUND | | |

| Date | Code | Party | Amount |
|---|---|---|---|
| 10-09-2009 | [ CTRS ] | | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-10-2009 | [ CTRS ] | | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-05-2010 | [ CTRS ] | | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 02-11-2011 | [ LETDF ] | LEE, MELANIE ALENE | |
| | LETTER FROM DEFENDANT - COPY TO DISTRICT ATTORNEY & JUDGE MUSSEMAN  Document Available at Court Clerk's Office | | |
| 04-06-2011 | [ WRCI ] | LEE, MELANIE ALENE | |
| | WARRANT RECALL CANCELLATION ISSUED | | |
| 04-06-2011 | [ CNOTE ] | LEE, MELANIE ALENE | |
| | DEFENDANT IN CUSTODY OF DOC AND GIVEN 2 WEEKSAFTER RELEASED TO MAKE NEW PPA. ABERDEEN TO STAY BECAUSE WARRANT WAS ISSUED BEFORE DEFENDANT WAS IN DOC. | | |
| 04-06-2011 | [ BWR ] | LEE, MELANIE ALENE | |
| | BENCH WARRANT RECALLED, WARRANT ISSUED ON 10/5/2007 | | |
| 04-08-2011 | [ RETBW ] | LEE, MELANIE ALENE | |
| | WARRANT RETURNED 4/8/2011, WARRANT ISSUED ON 10/5/2007  Document Available at Court Clerk's Office | | |
| 04-11-2011 | [ WRCR ] | LEE, MELANIE ALENE | |
| | WARRANT RECALL CANCELLATION RETURNED  Document Available at Court Clerk's Office | | |
| 10-12-2011 | [ CTRS ] | LEE, MELANIE ALENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 10-17-2012 | [ CTRS ] | LEE, MELANIE ALENE | |
| | CLAIM FOR INTERCEPT OF TAX REFUND | | |
| 03-13-2013 | [ WINC ] | LEE, MELANIE ALENE | $ 10.00 |
| | NOTICE OF CLAIM OKLAHOMA TAX COMMISSION WARRANT INTERCEPT  Document Available (#1020981343) TIFF   PDF | | |
| 03-13-2013 | [ WICF ] | LEE, MELANIE ALENE | $ 7.98 |
| | WARRANT INTERCEPT 3% COLLECTION FEE | | |
| 03-14-2013 | [ ACCOUNT ] | LEE, MELANIE ALENE | |
| | RECEIPT # 2013-2558113 ON 03/14/2013. TRANSFERRED FROM OTC EFT #22013.  PAYOR: TOTAL AMOUNT PAID: $0.00.  LINE ITEMS:  CF-2005-4750: $260.68 ON TRANSFER TO AC96 OTC INTERCEPTS FOR LEE, MELANIE ALENE.  MRC-2013-34: $-260.68 ON TRANSFER FROM AC99 HOLDING FOR OKLAHOMA TAX COMMISION. | | |

| | | | |
|---|---|---|---|
| 05-08-2013  [ ACCOUNT ] | | LEE, MELANIE ALENE | |

RECEIPT # 2013-2596290 ON 05/08/2013. TRANSFERRED FROM OTC#22013 FOR FINES AND COSTS.
PAYOR: TOTAL AMOUNT PAID: $0.00.
LINE ITEMS:
CF-2005-4750: $17.98 ON TRANSFER TO AC01 CLERK FEES FOR LEE, MELANIE ALENE.
CF-2005-4750: $144.28 ON TRANSFER TO AC14 FINES FOR LEE, MELANIE ALENE.
CF-2005-4750: $10.00 ON TRANSFER TO AC31 COURT CLERK REVOLVING FUND FOR LEE, MELANIE ALENE.
CF-2005-4750: $45.00 ON TRANSFER TO AC79 OCIS REVOLVING FUND FOR LEE, MELANIE ALENE.
CF-2005-4750: $43.42 ON TRANSFER TO AC87 WARRANTS COLLECTIONS FOR LEE, MELANIE ALENE.
CF-2005-4750: $-260.68 ON TRANSFER FROM AC96 OTC INTERCEPTS FOR LEE, MELANIE ALENE.

---

**05-08-2013  [ SFCU ]**   LEE, MELANIE ALENE

UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20130508-3580 - COLLECTION ID: 2857

---

**10-25-2013  [ CTRS ]**   LEE, MELANIE ALENE

CLAIM FOR INTERCEPT OF TAX REFUND

---

**09-12-2014  [ CTFREE ]**   LEE, MELANIE ALENE

HIDDLE, WILLIAM: DEFENDANT PRESENT, NOT IN CUSTODY, PRO SE. DEFENDANT'S PAYMENTS LOWERED TO $50.00 A MONTH.

---

**10-02-2015  [ CTRS ]**   LEE, MELANIE ALENE

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-17-2016  [ CTFREE ]**   LEE, MELANIE ALENE

YOULL, DAVID: BENCH WARRANT ISSUED FOR FAILURE TO PAY A CASH PAYMENT OF $1,373.35
**DID NOT PAY ABERDEEN, 2ND BENCH WARRANT ISSUED, DO NOT RELEASE**

---

**10-18-2016  [ CTRS ]**   LEE, MELANIE ALENE

CLAIM FOR INTERCEPT OF TAX REFUND

---

**10-28-2016  [ 👁 BWIFP ]**   LEE, MELANIE ALENE   $ 50.00

BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,373.35

COUNT 1 - UNLAWFUL POSSESSION OF CONTROLLED DRUG SCHEDULE II *FELONY*

---

**10-28-2016  [ CBWF1 ]**   LEE, MELANIE ALENE   $ 5.00

CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A}

---

**10-28-2016  [ OCISR ]**   LEE, MELANIE ALENE   $ 25.00

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND

---

**10-28-2016  [ SFCM ]**   LEE, MELANIE ALENE   $ 24.00

SENT FOR COLLECTIONS MANUALLY

---

**10-28-2016  [ SFCSF ]**   LEE, MELANIE ALENE   $ -5.00

REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%)

---

**10-28-2016  [ SFCCC ]**   LEE, MELANIE ALENE   $ 5.00

ADDITION OF 10% FOR WARRANT COLLECTION

---

**10-28-2016  [ SFCU ]**   LEE, MELANIE ALENE

UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20161029-7069 - COLLECTION ID: 2857

| 12-02-2016 [ CTFREE ] | LEE, MELANIE ALENE | |
|---|---|---|
| COURT COST HEARING SET FOR 12/08/16. EXECUTION BOND ON CASE(S): CF-05-4750/CF-03-5326. PRIOR TO THE COURT COST HEARING THE DEFENDANT MAY AT ANY TIME PAY A TOTAL CASH PAYMENT OF ($500.00), BE RELEASED AND ORDERED TO REPORT IMMEDIATELY TO COST ADMINISTRATION FOR INFORMATION PERTAINING TO ABERDEEN ENTERPRIZES II OR CALL ABERDEEN ENTERPRIZES II TO SET UP PAYMENT ARRANGEMENTS ON THE REMAINING BALANCE. **2ND ABERDEEN** | | |
| 12-06-2016 [ RETCO ] | LEE, MELANIE ALENE | |
| RETURN COMMITMENT  Document Available (#1035430642)  TIFF    PDF | | |
| 12-08-2016 [ CTFREE ] | LEE, MELANIE ALENE | |
| DEFENDANT IN CUSTODY REPRESENTED BY PRO-SE. DEFENDANT IS BEING RELEASED ON COURT COSTS AND FINES. DEFENDANT'S CASES HAVE BEEN TURNED OVER TO ABERDEEN ENTERPRISES II AND DEFENDANT IS TO CONTACT ABERDEEN ENTERPRISES II WITHIN TWO WEEKS AFTER RELEASE. IF DEFENDANT FAILS TO CONTACT ABERDEEN A BENCH WARRANT WILL BE ISSUED FOR THEIR ARREST. RELEASE ISSUED.  <br><br>LETTER THAT WAS HAND DELIVERED TO DEFENDANT AT THE JAIL FOR FAILURE TO PAY COSTS AND FINES WAS RETURNED WITH DEFENDANT'S SIGNATURE.  Document Available (#1035442861)  TIFF    PDF | | |
| 12-09-2016 [ RETRL ] | LEE, MELANIE ALENE | |
| RETURN RELEASE  Document Available (#1035428096)  TIFF    PDF | | |
| 12-23-2016 [ ↺ RETBW ] | LEE, MELANIE ALENE | |
| WARRANT RETURNED 12/23/2016, WARRANT ISSUED ON 10/28/2016  Document Available at Court Clerk's Office | | |
| 09-19-2017 [ CTFREE ] | LEE, MELANIE ALENE | |
| JUDGE MOODY: BENCH WARRANT ORDERED FOR FAILURE TO PAY A CASH PAYMENT OF $1477.35  *** SECOND BENCH WARRANT, DID NOT PAY ABERDEEN. *** | | |
| 09-25-2017 [ 👁 BWIFP ] | LEE, MELANIE ALENE | $ 50.00 |
| BENCH WARRANT ISSUED FAILED TO PAY, JUDGE: COST ADMIN. JUDGE (GENERAL) - BOND AMOUNT: $1,477.35  <br><br>COUNT 1 - UNLAWFUL POSSESSION OF CONTROLLED DRUG SCHEDULE II *FELONY* | | |
| 09-25-2017 [ CBWF1 ] | LEE, MELANIE ALENE | $ 5.00 |
| CLERK'S BENCH WARRANT FEE {TITLE 22 O.S.966A} | | |
| 09-25-2017 [ OCISR ] | LEE, MELANIE ALENE | $ 25.00 |
| OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 09-26-2017 [ SFCM ] | LEE, MELANIE ALENE | $ 24.00 |
| SENT FOR COLLECTIONS MANUALLY | | |
| 09-26-2017 [ SFCSF ] | LEE, MELANIE ALENE | $ -5.00 |
| REDUCTION IN BENCH WARRANT FEE TO SHERIFF (10%) | | |
| 09-26-2017 [ SFCCC ] | LEE, MELANIE ALENE | $ 5.00 |
| ADDITION OF 10% FOR WARRANT COLLECTION | | |

| | | | |
|---|---|---|---|
| 09-26-2017 [ SFCU ] | | LEE, MELANIE ALENE | |
| UPDATE OF CASE INFORMATION, SENT TO COLLECTION AGENCY. BATCH ID: 20170927-8777 - COLLECTION ID: 2857 | | | |
| 10-10-2017 [ CTRS ] | | LEE, MELANIE ALENE | |
| CLAIM FOR INTERCEPT OF TAX REFUND | | | |
| 10-13-2017 [ CTFREE ] | | LEE, MELANIE ALENE | |
| JUDGE MOODY: BENCH WARRANT ORDERED FOR FAILURE TO PAY, CASH PAYMENT OF $1581.35 *** SECOND BENCH WARRANT, DID NOT PAY ABERDEEN. *** | | | |
| 03-28-2018 [ SFCX ] | | LEE, MELANIE ALENE | $ -260.59 |
| ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | | |
| 10-09-2019 [ CTRS ] | | LEE, MELANIE ALENE | |
| CLAIM FOR INTERCEPT OF TAX REFUND | | | |
| 10-05-2020 [ CTRS ] | | LEE, MELANIE ALENE | |
| CLAIM FOR INTERCEPT OF TAX REFUND | | | |
| 04-15-2024 [ SFCX ] | | LEE, MELANIE ALENE | $ 372.23 |
| ADJUSTING ENTRY OF ADMINISTRATIVE COST FOR SHERIFF'S WARRANT COLLECTIONS VENDOR | | | |