# EXHIBIT 8

Docusign Envelope ID: 3E002CB6-55E9-4EF6-9608-E15B2B8CED25

## SUPPLEMENTAL DECLARATION OF PLAINTIFF RANDY FRAZIER

I, Randy Frazier, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  My name is Randy Frazier.

2.  I am a 66-year-old resident of Tulsa, Oklahoma.

3.  When I was unable to pay court debt on old criminal and traffic cases in Tulsa County, I had warrants issued for my arrest several years ago.

4.  During that time, Aberdeen (the debt-collection company) called me, my wife, and my daughter threatening my arrest because I could not pay Aberdeen.

5.  As far as I know, those arrest warrants are still active.  I looked at the public court docket and I still see the arrest warrants there, and nobody has told me the warrants have been repealed.

6.  My sole form of income is social security disability payments that I receive as a result of suffering a mini stroke, and I cannot afford to pay to have my arrest warrants removed.

7.  Because of those arrest warrants, me and my wife live in constant fear that anytime I leave my house, I will be arrested and my family will not be able to afford to pay to have me released from jail.

8.  This fear seriously affects the quality of our life. I avoid leaving the house as much as possible, and cannot leave town to visit my family.  As such, I have missed out on important family events and time with my grandchildren.

9.  I became aware that Tulsa County was hosting an arrest warrant expungement event, but was too afraid to go in case I got arrested when I went.

I declare under penalty of perjury that this declaration is true and correct.

Executed on July 29, 2024.

DocuSigned by:

_____
215901DA5D3942D...

Randy Frazier