# United States District Court
## NORTHERN DISTRICT OF OKLAHOMA

CARLY GRAFF, et al.,                          )
                                              )
    Plaintiffs,                          )
                                              )
vs.                                           )    Case No. 17-cv-00606-SHE-JFJ
                                              )
ABERDEEN ENTERPRIZES II, INC., et al.,        )
                                              )
    Defendants.                          )

**EXHIBIT A**

### AFFIDAVIT OF GEORGE BROWN

STATE OF OKLAHOMA  )
                          ) ss.
COUNTY OF TULSA    )

I, George Brown, of lawful age, upon my oath and subject to the penalties of perjury, state:

1.    I serve as the Undersheriff for Tulsa County.  I have personal knowledge of the statements made in this affidavit.

2.    Immediately prior to November 1, 2023, I instructed all Tulsa County Sheriff's Office patrol deputies, through their proper chain of command, that with the passage of House Bill 2259, no defendant may lawfully be taken into custody based on an outstanding failure-to-pay bench warrant but must instead be given a written warning with notice to appear before the Tulsa County Court Clerk within ten (10) days.  This is prescribed by state law, specifically, 22 O.S. § 922(H)(1), and to the best of my knowledge and belief TCSO deputies have been since November 1, 2023, following and shall continue to follow this state law.

FURTHER AFFIANT SAYETH NOT.

_George Bro_ – Undersheriff
GEORGE BROWN

Subscribed and sworn to before me this 10 day of September, 2024.

_Kelly Craddock_
Notary Public

My Commission Expires:
2/11/25

POLLY CRADDOCK
NOTARY
# 21002049
EXP 02/11/25
PUBLIC
STATE OF OKLAHOMA