| Help | Contact Us | | E-FILING | E-PAYMENTS | CAREERS |



The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

State of Oklahoma v. Frazier, Randy Eugene

No. TR-2018-8032
(Traffic)

Filed: 06/29/2018
Closed: 07/19/2018

Judge: Traffic Court Judge (General)

## PARTIES

Frazier, Randy Eugene, Defendant
STATE OF OKLAHOMA, Plaintiff
Tulsa County Sheriff's Department, ARRESTING AGENCY



## ATTORNEYS

None

## EVENTS

Tuesday, July 24, 2018 at 9:00 AM
INITIAL APPEARANCE (TRAFFIC)
　　Party Name: Frazier, Randy Eugene
　　Docket: COURT CLERK (TRAFFIC PLEAS)

## COUNTS

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**
Count as Filed: DL2, DRIVING UNDER SUSPENSION / DUS, in violation of 47 O.S. 6-303(B)
Date of Offense: 06/24/2018

Party Name: Frazier, Randy Eugene

**Disposed: CONVICTION, 07/19/2018. Nolo Contendere Plea**

Count as Disposed: DRIVING UNDER SUSPENSION / DUS(DL2)

Violation of 47 O.S. 6-303(B)

# CITATION INFORMATION

Arresting Agency: Tulsa County Sheriff's Department
Location of Offense: 2400 n harvard ave
North Location:
East Control: 717
County: Tulsa
Citation Number: 136147
License Class: d
License Endorsements:
Employer:
Violation Type: Operation
Vehicle Make: chev
Vehicle Model: 1995
Vehicle Body Style: grn
Vehicle Color: pu
Vehicle Tag: hpe886
Vehicle Tag Year: 2018
Vehicle Tag Issuer: Oklahoma
Commercial Vehicle:No
Hazardous Material: No
Accident: No
  Personal Injury: No
  Property Damage: No
  Fatality: No
Bond Amount: $344.00
Information Date: N/A
Comments: N/A

# DOCKET

| Date | Code | Description | Party | Count | Amount |
|---|---|---|---|---|---|
| 06-29-2018 | [ TR ] | TRAFFIC FILING - DRIVING UNDER SUSPENSION / DUS<br>Document Available at Court Clerk's Office | Frazier, Randy Eugene | 1 | |
| 07-02-2018 | [ TEXT ] | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TRAFFIC COURT JUDGE (GENERAL) TO THIS CASE. | | | |
| 07-19-2018 | [ CONVICTED ] | COURT CLERK (TRAFFIC PLEAS) , JUDGE: CASE DISPOSED. CONVICTION. BY MAIL | Frazier, Randy Eugene | 1 | |
| 07-19-2018 | [ FINE ] | | Frazier, Randy Eugene | 1 | $ 100.00 |

| Date | Code | Party | Qty | Amount |
|---|---|---|---|---|
| | FINES PAYABLE TO COUNTY | | | |
| 07-19-2018 | [ COSTT ]  TRAFFIC COSTS | Frazier, Randy Eugene ☐ | ☐1 | $ 88.00 |
| 07-19-2018 | [ OCISR ]  OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | Frazier, Randy Eugene ☐ | ☐1 | $ 25.00 |
| 07-19-2018 | [ DPSFEE ]  DPS PATROL VEHICLE FUND FEE ASSESSMENT | Frazier, Randy Eugene ☐ | ☐1 | $ 20.00 |
| 07-19-2018 | [ DACPAT ]  DA COUNCIL PROSECUTION ASSESSMENT FOR TRAFFIC | Frazier, Randy Eugene ☐ | ☐1 | $ 20.00 |
| 07-19-2018 | [ TCARF ]  TRAUMA CARE ASSISTANCE REVOLVING FUND | Frazier, Randy Eugene ☐ | ☐1 | $ 10.00 |
| 07-19-2018 | [ FOREN ]  FORENSIC SCIENCE IMPROVEMENT ASSESSMENT | Frazier, Randy Eugene ☐ | ☐1 | $ 10.00 |
| 07-19-2018 | [ SSFCHS ]  SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY | Frazier, Randy Eugene ☐ | ☐1 | $ 10.00 |
| 07-19-2018 | [ CLEET ]  CLEET PENALTY ASSESSMENT | Frazier, Randy Eugene ☐ | ☐1 | $ 10.00 |
| 07-19-2018 | [ AFIS ]  AFIS FEE | Frazier, Randy Eugene ☐ | ☐1 | $ 10.00 |
| 07-19-2018 | [ PFE7 ]  LAW LIBRARY FEE | Frazier, Randy Eugene ☐ | ☐1 | $ 6.00 |
| 07-19-2018 | [ SSF ]  SHERIFF'S SERVICE FEE ON ARRESTS | Frazier, Randy Eugene ☐ | ☐1 | $ 5.00 |
| 07-19-2018 | [ CHAB ]  C.H.A.B. STATUTORY FEE | Frazier, Randy Eugene ☐ | ☐1 | $ 3.00 |
| 07-19-2018 | [ AGVSU ]  ATTORNEY GENERAL VICTIM SERVICES UNIT | Frazier, Randy Eugene ☐ | ☐1 | $ 3.00 |
| 07-19-2018 | [ CCADMIN ]  COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS | Frazier, Randy Eugene ☐ | ☐1 | $ 9.60 |
| 07-19-2018 | [ DCADMIN ]  DISTRICT COURT ADMINISTRATIVE FEE | Frazier, Randy Eugene ☐ | ☐1 | $ 14.40 |
| 07-20-2018 | [ ABST ]  ABSTRACT SENT TO D.P.S. | Frazier, Randy Eugene ☐ | ☐1 | |
| 07-20-2018 | [ ACCOUNT ] | Frazier, Randy Eugene ☐ | | |

RECEIPT # 2018-3799364 ON 07/20/2018.
PAYOR: FRAZIER, RANDY EUGENE - BY MAIL TOTAL AMOUNT PAID: $ 294.00.
LINE ITEMS:
TR-2018-8032: $88.00 ON AC01 CLERK FEES FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $10.00 ON AC11 CLEET PENALTY ASSESSMENT FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $100.00 ON AC14 FINES FOR FRAZIER, RANDY EUGENE.

TR-2018-8032: $10.00 ON AC21 AFIS FUND FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $5.00 ON AC22 SHERIFF'S SERVICE & INCARCERATION FEE FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $9.60 ON AC31 COURT CLERK REVOLVING FUND FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $14.40 ON AC67 DISTRICT COURT REVOLVING FUND FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $3.00 ON AC69 CHILD ABUSE MULTIDISCIPLINARY FEE FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $20.00 ON AC71 DPS PATROL VEHICLE REVOLVING FUND FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $3.00 ON AC75 FORENSIC SCIENCE IMPROVEMENT ASSESSMENTS FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $25.00 ON AC79 OCIS REVOLVING FUND FOR FRAZIER, RANDY EUGENE.

**08-20-2018   [ ACCOUNT ]**                                                                              Frazier, Randy Eugene

RECEIPT # 2018-3813247 ON 08/20/2018.
PAYOR: FRAZIER, RANDY EUGENE - BY MAIL TOTAL AMOUNT PAID: $ 50.00.
LINE ITEMS:
TR-2018-8032: $3.00 ON AC07 ATTORNEY GENERAL VICTIM SERVICES UNIT FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $7.00 ON AC75 FORENSIC SCIENCE IMPROVEMENT ASSESSMENTS FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $20.00 ON AC77 DA COUNCIL PROSECUTION ASSESSMENT FEE FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $10.00 ON AC78 OKLAHOMA DEPARTMENT OF HEALTH/TRAUMA CARE FUND FOR FRAZIER, RANDY EUGENE.
TR-2018-8032: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY FOR FRAZIER, RANDY EUGENE.

## OSCN
EMAIL: webmaster@oscn.net
Oklahoma Judicial Center
2100 N Lincoln Blvd.
Oklahoma City, OK 73105

## COURTS
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals
District Courts

## DECISIONS
New Decisions
Supreme Court of Oklahoma
Court of Criminal Appeals
Court of Civil Appeals

## PROGRAMS
The Sovereignty Symposium
Alternative Dispute Resolution
Early Settlement Mediation
Children's Court Improvement Program (CIP)
Judicial Nominating Commission
Certified Courtroom Interpreters
Certified Shorthand Reporters
Accessibility ADA

CONTACT US | CAREERS | ACCESSIBILITY ADA

https://www.oscn.net/dockets/GetCaseInformation.aspx?db=tulsa&number=TR-2018-8032[9/13/2024 8:41:26 AM]