IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:17-cv-606-SEH-JFJ |
| ) | |
| ABERDEEN ENTERPRIZES II, ) | |
| INC., et al., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY LEONARD LAURENCEAU**

Undersigned counsel hereby requests to withdraw as counsel for Plaintiffs in this matter. Undersigned counsel will be leaving the law firm Civil Rights Corps and is unable to continue as counsel for Plaintiffs. Plaintiffs will continue to be represented by the other attorneys who have entered appearances in this matter, including several from Civil Rights Corps. Accordingly, no party will be prejudiced as a result of the withdrawal of counsel.

Respectfully submitted this 8th day of December, 2025.

/s/ Leonard J. Laurenceau

Leonard J. Laurenceau (D.C. Bar No. 90007729, admitted *Pro Hac Vice*)
CIVIL RIGHTS CORPS
1601 Connecticut Ave. NW, Suite 800
Washington, D.C. 20009
leo@civilrightscorps.org
Phone: (202) 844-4975

*Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CARLY GRAFF, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-606-SEH-JFJ |
| | ) |
| ABERDEEN ENTERPRIZES II, INC., et al., | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO WITHDRAW ATTORNEY LEONARD LAURENCEAU**

It is hereby ORDERED that Plaintiffs' Motion to Withdraw Attorney Leonard Laurenceau is GRANTED. Attorney Leonard Laurenceau is withdrawn as counsel in this matter.

_____

Hon. Sara E. Hill

United States District Court Judge