**IN THE UNITED STATES DISTRICT COURT**
**FOR NORTHERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| CARLY GRAFF, et al.<br><br>Plaintiffs,<br><br>v.<br><br>ABERDEEN ENTERPRIZES II, INC., et al.<br><br>Defendants. | ) | Case No. 4:17-CV-606-SEH-JFJ |

**DEFENDANTS' JOINT UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO FILE ANSWERS**

Pursuant to Fed. R. Civ. P. 6(b) and LCvR7.2(g), all Defendants respectfully move for an extension of time to file Answers to Plaintiffs' Second Amended Class Action Complaint [Dkt. No. 212]. Defendants request that this Court permit them to answer Plaintiffs' Second Amended Class Action Complaint on or before October 28, 2026. In support of this Motion, Defendants state as follows:

1.) Plaintiffs filed their Second Amended Class Action Complaint on September 21, 2018. Dkt. No. 212.

2.) Numerous Defendants moved to dismiss the claims against them in Plaintiffs' Second Amended Class Action Complaint. Dkt. Nos. 399, 402-412.

3.) On September 30, 2026, this Court issued its Order on all pending Motions to Dismiss. Dkt. No. 491. The Court's Order denied or denied in part the remaining Defendants' Motions to Dismiss. *Id*.

4.) Defendants' Answers to Plaintiffs' Second Amended Class Action Complaint are presently due on October 14, 2026.

5.) Given the length and breadth of Plaintiffs' Second Amended Class Action Complaint, and that several undersigned counsel represent multiple Defendants in this matter, Defendants' respective counsel require further time to discuss Plaintiffs' allegations with Defendants and prepare Answers on behalf of each of Defendants.

6.) Defendants accordingly request that this Court extend the deadline by which they must file Answers in this matter to October 28, 2026.

7.) Defendants have not previously moved to extend their Answer deadline in this matter.

8.) Counsel for Defendants has conferred with counsel for Plaintiffs, and Defendants are authorized to represent that Plaintiffs **do not object** to this Motion.

The relief requested by this Motion will not impact any other deadlines in the case, as there is presently no Scheduling Order in this matter.

**WHEREFORE**, all remaining Defendants in this matter respectfully request that the Court permit Defendants to file Answers on or before October 28, 2026. A proposed Order is contemporaneously submitted herewith.

Respectfully submitted,

Attorneys for Defendants:

s/ W. Caleb Jones
Joel L. Wohlgemuth, OBA #9811
David R. Ross, OBA #19930
Jo Lynn Jeter, OBA #20252
W. Caleb Jones, OBA #33541
Norman Wohlgemuth, LLP
3200 Mid-Continent Tower
401 South Boston
Tulsa, OK 74103
(918) 583-7571
(918) 584-7846 — facsimile
wjones@NWLawOK.com

- AND -

John Tjeerdsma, OBA #33058
Michael Shouse, OBA #33610
Tulsa County District Attorney's Office
Civil Division
218 W. Sixth St., Suite 933
Tulsa, OK 74119
918-596-8795
john.tjeerdsma@tulsacounty.org

*Attorneys for Tulsa County Sheriff Vic Regalado, Tulsa County Court Clerk Don Newberry, Tulsa County Cost Administrator Darlene Bailey, and the Board of County Commissioners of the County of Tulsa*

s/ Hunter M. Siex
Hunter Siex, OBA #33271
Coffey Senger, Hancock & Harmon, PLLC
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918-292-8787
918-292-8788 — Fax
hunter@cshhlaw.com

*Attorneys for Defendant Aberdeen Enterprizes II, Inc., Jim D. Shofner and Rob Shofner*

s/ Matthew B. Free
Thomas A. LeBlanc, OBA #14768
Matthew B. Free, OBA #18055
Best & Sharp
15 E. 5th Street
Suite 2100
Tulsa OK 74103
(918) 582-1234 Telephone
(918) 585-7447 Facsimile
mfree@bestsharp.com

*Attorneys for Defendants, Scott Walton, Sheriff of Rogers County, in his official and individual capacity; Board of County Commissioners of Rogers County, Oklahoma, and Kim Henry, Rogers County Court Clerk, in her official Capacity*

s/ Scott B. Wood
Scott B. Wood, OBA #12536
Wood, Puhl & Wood, PLLC
4037 E. 49th St. S.
Tulsa, OK 74135
918-742-0808
okcoplaw@aol.com

*Attorneys for Kim Henry, in her individual Capacity*

s/ Jeffrey C. Hendrickson
Robert S. Lafferrandre, OBA #11897
Randall J. Wood, OBA #10531
Jeffrey C. Hendrickson, OBA #32798
Pierce Couch Hendrickson
Baysinger & Green, L.L.P.
1109 N. Francis Ave.
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jhendrickson@piercecouch.com

*Attorneys for 51 County Sheriffs*

s/ Rob James
Rob James, OBA #16667
Sarah Siddall, OBA #35672
Spencer Fane LLP
15 E. 5th Street
Suite 4100
Tulsa, OK 74103
Tel: 918.586.8517
rjames@spencerfane.com
ssiddall@spencerfane.com

*Attorneys for Oklahoma Sheriffs' Association*

/s/ Jacy Sullivan
Jacy Sullivan
Jesse Ogle
Office of the Attorney General for the State of Oklahoma, Litigation Department
313 NE 21st St.
Oklahoma City, OK 73105
405-521-3921
stefanie.lawson@oag.ok.gov

*Attorneys for Judge Dawn Moody, Judge Doug Drummond, Judge William J. Musseman, Jr., and Judge Terrell S. Crosson*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of October 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Jill E. Webb
Robert M. Blakemore
Robert D. Friedman
Rodney J. Heggy
Jeffrey C. Hendrickson
Katherine Hubbard
Alexander Karakatsanis
Mary B. McCord
Robert Dale James
Elizabeth Rossi
Hunter Marano Siex
Todd M. Wagner
Daniel E. Smolen
Donald E. Smolen, II
Seth T. Wayne
Aaron Etherington
April Danielle Kelso
Randall J. Wood
Melodie Freeman-Burney
Ellora Thadney Israni
Thomas A. LeBlanc
Robert P. Coffey, Jr.
Robert L. Betts
Scott Wood
Harry Anthony Parrish
Robert Stevens Lafferrandre
Nicholaus Adam Hancock
Matthew B. Free
Shelby Calambokidis
Stefanie E. Lawson
Jesse Ogle
Jordan L. Berkhouse
John Tjeerdsma

/s/ W. Caleb Jones