**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IRA LEE WILKINS, et al.<br>*Plaintiffs*,<br>v.<br>ABERDEEN ENTERPRIZES II, INC., et al.<br>*Defendants*. | Case No. 4:17-CV-606-SEH-JFJ |

**JOINT MOTION FOR REMOTE SCHEDULING CONFERENCE**

The Parties respectfully and jointly move for the scheduling conference on October 30, 2026, in this case to be held remotely by video teleconference, telephone, or any means the Court prefers. On September 30, 2026, this Court issued its Opinion and Order granting in part and denying in part Defendants' motions to dismiss, and set a scheduling conference for October 30, 2026. Doc. 491. This Court also ordered the parties to confer before the conference to discuss scheduling matters. *Id.* at 97. The Parties represent that they met and conferred on October 14, 2026 to discuss scheduling matters, and are prepared to represent their respective positions to the Court. Counsel for the Parties also discussed and agreed that for the purposes of minimizing travel, costs, and attorney time expenditures, the Parties respectfully request that the scheduling conference be held remotely by any means that the Court prefers. Counsel will, of course, attend in person should this Court determine that an in-person hearing is necessary.

Dated: October 23, 2026

*Respectfully Submitted,*

Daniel Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Tel: 918-585-2667

*/s/ Seth Wayne*
Seth Wayne (admitted *pro hac vice*)
D.C. Bar No. 888273445
Shelby Calambokidis (admitted *pro hac vice*)
D.C. Bar No. 1684804
Mary B. McCord (admitted *pro hac vice*)
D.C. Bar No. 427563
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, D.C. 20001
Tel: 202-662-9042
sw1098@georgetown.edu
sc2053@georgetown.edu
mbm7@georgetown.edu

*/s/ Elizabeth Rossi*
Elizabeth Rossi (admitted *pro hac vice*)
Maryland Attorney No. 1412180090
Civil Rights Corps 1601 Connecticut Ave. NW, Suite #800
Washington, DC 20009
Tel: (202) 932-1276
elizabeth@civilrightscorps.org

*Attorneys for Plaintiffs*

/s/ Hunter M. Siex
Hunter M. Siex
Coffey Senger Hancock & Harmon
4725 East 91st Street, Suite 100
Tulsa, OK 74137
918-292-8787
918-292-8788 – Fax

hunter@csshlaw.com

*Attorney for Defendant Aberdeen Enterprizes II, Inc., Jim D. Shofner, and Rob Shofner*

/s/ Scott B. Wood
Scott B. Wood
WOOD, PUHL & WOOD, PLLC
4037 E. 49th Street
Tulsa, Oklahoma 74135
(918) 607-5946
(918) 742-0808
okcoplaw@aol.com

*Attorney for Kim Henry*

*s/ Thomas A. LeBlanc*
Thomas A. LeBlanc, OBA #14768
Matthew B. Free, OBA #18055
Best & Sharp
15 E. 5th Street, Suite 2100
Tulsa OK 74103
(918) 582-1234 Telephone
(918) 585-7447 Facsimile
tleblanc@bestsharp.com
mfree@bestsharp.com

*Attorneys for Defendants, Scott Walton, Sheriff of Rogers County, in his official and individual capacity; Board of County Commissioners of Rogers County, Oklahoma; and Kim Henry, Rogers County Court Clerk (official capacity only)*

/s/ Robert D. James

Robert D. James, OBA #16667
Sarah M. Siddall, OBA #35672
SPENCER FANE, LLP
15 E. 5th Street, Suite 4100
Tulsa, OK 74103
Tel: 918/586-8517
*rjames@spencerfane.com*
*ssiddall@spencerfane.com*

*Counsel for Oklahoma Sheriff's Association*

s/ W. Caleb Jones
Joel L. Wohlgemuth, OBA #9811
David R. Ross, OBA #19930
Jo Lynn Jeter, OBA #20252
W. Caleb Jones, OBA #33541
NORMAN WOHLGEMUTH, LLP
3200 Mid-Continent Tower
401 South Boston
Tulsa, OK 74103
(918) 583-7571
(918) 584-7846 — facsimile
wjones@NWLawOK.com

- AND -

John Tjeerdsma, OBA #33058
Michael Shouse, OBA #33610
Tulsa County District Attorney's Office
Civil Division
218 W. Sixth St., Suite 933
Tulsa, OK 74119
918-596-8795
john.tjeerdsma@tulsacounty.org

*Attorneys for Tulsa County Sheriff Vic Regalado, Tulsa County Court Clerk Don Newberry, Tulsa County Cost Administrator Darlene Bailey, and the Board of County Commissioners of the County of Tulsa*

*/s/Jacy Sullivan*
Jacy Sullivan, OBA #33858
Jesse Ogle, OBA #34275
Assistant Attorney General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
T: (405) 521-3921 | F: (405) 521-4518
jacy.sullivan@oag.ok.gov
jesse.ogle@oag.ok.gov

*Attorney for State Judicial Defendants*

s/ Jeffrey C. Hendrickson
Jeffrey C. Hendrickson, OBA #32798
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
jhendrickson@piercecouch.com

*Attorney for County Sheriff Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of a Notice of Electronic Filing to all ECF registered counsel of record.

*/s/ Seth Wayne*