**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

(1) IRA LEE WILKINS, et al.

Plaintiffs,

v.

(1) ABERDEEN ENTERPRIZES II, INC., AN OKLAHOMA CORPORATION

et al.

Case No. 4:17-CV-606-SEH-JFJ

## MOTION FOR ADMISSION PRO HAC VICE

COMES NOW attorney, Daniel E. Smolen, of the firm Smolen & Roytman, moves the Court, pursuant to U.S. District Court, N.D. Okla. LCvR 83.3(b), to admit Salil Dudani, Israa Alzamli, and Jeffrey Stein to practice before this Court solely for the purpose of appearing as counsel for Plaintiff in the above-styled case, and in support of this motion, states as follows:

1. Attorney Daniel Smolen represents Plaintiff Ira Wilkins and a proposed class of similarly situated individuals.

2. Attorneys Salil Dudani, Israa Alzamli, and Jeffrey Stein desire to be admitted to the bar of this Court, Pro Hac Vice, and to enter their appearances on behalf of Plaintiff Ira Lee Wilkins for this specific matter only.

3. Salil Dudani is a member in good standing of the bar of the State of California and the District of Columbia and is admitted to practice before the U.S. Court of Appeals for Tenth Circuit.

4. Israa Alzamli is a member in good standing of the bar of the State of Illinois and is admitted to practice before the U.S. District Court for the District of Columbia, the U.S. Court of Appeals for the Eighth Circuit, and the U.S. Court of Appeals for the Tenth Circuit.

5. Jeffrey Stein is a member in good standing of the bars of the State of Texas and the District of Columbia and is admitted to practice before the U.S. District Court for the Southern District of Texas, the U.S Court of Appeals for the Fifth Circuit, the U.S. Court of Appeals for the Sixth Circuit, and the United States Supreme Court.

6. Attached hereto as **Exhibit A**, **Exhibit B**, and **Exhibit C** are the Requests for Admission Pro Hac Vice completed by attorneys Salil Dudani, Israa Alzamli, and Jeffrey Stein in accordance with N.D. LCvR 83.2(g).

7. Attached hereto as **Exhibit D** is a proposed Order granting this Motion for Admission Pro Hac Vice.

WHEREFORE, Plaintiff and its attorney Daniel Smolen respectfully request that this Court grant this Motion for Admission Pro Hac Vice of attorneys Salil Dudani, Israa Alzamli, Stein.

*/s/ Daniel E. Smolen*
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Tel: 918-585-2667

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Daniel E Smolen, Donald E. Smolen, Robert M. Blakemore, Seth T. Wayne, Mary B. McCord, Elizabeth Rossi, Alexander Karakatsanis, Shelby Calambokidis, Robert P. Coffey, Jr., Nicholaus Adam Hancock, Hunter Marano Siex, Jeffrey C. Hendrickson, Robert Lamar Betts, Robert S. Lafferandre, Randall J. Wood, April D. Kelso, Rodney J. Heggy, Aaron Etherington, Carri A. Remillard, Robert Dale James, Sarah M. Siddall, Spencer Fane, LLP, Jesse S. Ogle, Jacy Sullivan, Joel L. Wohlgemuth, Jo Lynn Jeter, Mike Shouse, John F. Tjeersdsma, W. Caleb Jones, David R. Ross, Scott Wood

I hereby certify that on ____________________ (Date), I served the same document by

☐ U.S. Postal Service ☐ In Person Delivery

☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Signature *Is/ Daniel E. Smolen*