# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OKLAHOMA

Wilkins, et. al

Plaintiff(s)

vs.

Case Number: 4:17-cv-606-CVE

Aberdeen Enterprizes II, Inc., et. al

Defendant(s)

## REQUEST FOR ADMISSION PRO HAC VICE

(to be attached to Motion for Admission Pro Hac Vice)

I hereby request admission to the Bar of this Court PRO HAC VICE in support of which I represent that the answers to the following questions are complete, true, and correct:

1. Full Name: Jeffrey Stein
2. State bar membership number: Texas Bar Number 24124197
3. Business address, telephone and fax numbers: 1601 Connecticut Ave. NW, Suite 800, Washington, DC, 20009. Phone: (202) 844-4975. Fax: (202) 410-8938
4. List all state and federal courts or bar associations in which you are a member "in good standing" to practice law: District of Columbia, State of Texas, Southern District of Texas, Fifth Circuit Court of Appeals, Sixth Circuit Court of Appeals, and the United States Supreme Court
5. Have you been denied admission, disbarred, suspended from practice, reprimanded, denied "in good standing" status, or otherwise disciplined by any court, bar association, grievance committee or administrative body? ☐ Yes ☑ No
6. Have any proceedings which could lead to any such disciplinary action been instituted against you in any such bodies? ☐ Yes ☑ No

   (Please attach a statement explaining any "Yes" answers to questions 5 or 6.)
7. Are you familiar with the Federal Rules of Evidence, the Federal Rules of Civil or Criminal Procedure (as applicable to this case) and the local rules of this court? ☑ Yes ☐ No

Jeffrey Stein
Signature

Jeffrey Stein — TX Bar No. 24124197
Printed Name — Bar Number

Civil Rights Corps
Firm Name

1601 Connecticut Ave. NW, Suite 800
Address

Washington — DC — 20009
City — State — ZIP

(202) 932-1276 — (202) 410-8938
Phone — Fax

jeff@civilrightscorps.org
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026 (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Daniel E Smolen, Donald E. Smolen, Robert M. Blakemore, Seth T. Wayne, Mary B. McCord, Elizabeth Rossi, Alexander Karakatsanis, Shelby Calambokidis, Robert P. Coffey, Jr., Nicholaus Adam Hancock, Hunter Marano Siex, Jeffrey C. Hendrickson, Robert Lamar Betts, Robert S. Lafferandre, Randall J. Wood, April D. Kelso, Rodney J. Heggy, Aaron Etherington, Carri A. Remillard, Robert Dale James, Sarah M. Siddall, Spencer Fane, LLP, Jesse S. Ogle, Jacy Sullivan, Joel L. Wohlgemuth, Jo Lynn Jeter, Mike Shouse, John F. Tjeersdsma, W. Caleb Jones, David R. Ross, Scott Wood

I hereby certify that on ____________________ (Date), I served the same document by

☐ U.S. Postal Service ☐ In Person Delivery
☐ Courier Service ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

Signature [signature]