**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| Ira Lee Wilkins, et al,<br>Plaintiff,<br>vs.<br>Aberdeen Enterprizes II, Inc., et al,<br>Defendant. | Case No.: 17-cv-00606-SEH-JFJ<br>Proceeding: Scheduling Conference<br>Date: 10/30/2026<br>Time: 9:34 a.m. – 9:44 a.m.<br>**MINUTE SHEET** |

Sara E. Hill, U.S. District Judge    L. Lewis, Deputy Clerk    Not Present, Reporter

| | |
|---|---|
| Counsel for Plaintiffs: | Seth Wayne, Shelby Calambokidis , Israa Alzamli, Dan Lenerz, Salil Dudani, Jeffrey Stein |
| Counsel for Defendant, Aberdeen Enterprizes II, Inc., and Shofner Defendants: | Hunter Marano Siex |
| Counsel for Defendant, Oklahoma Sheriffs' Association: | Sarah Siddall |
| Counsel for Bret Bowling, Chris Elliott, and Todd Gibson: | Jeffrey Calvin Hendrickson |
| Counsel for Defendants, Scott Walton and Board of County Commissioners of the County of Rogers: | Thomas Adrian LeBlanc, Matthew Benjamin Free |
| Counsel for Defendants, Vic Regalado, Don Newberry, Darlene Bailey, and Board of County Commissioners of the County of Tulsa,: | Joel L Wohlgemuth, W. Caleb Jones |
| Counsel for State Judicial Defendants: | Jacy Chafin Sullivan, Jesse Ogle |
| Counsel for Defendant, Kim Henry: | Scott Wood |

Minutes: Discussion held with the parties via teams videoconference regarding the Defendants' Joint Motion to Stay, possible early settlement conference, and status of the matter. By agreement of the parties, the Court ordered the Plaintiff to file their Response to Defendants' Joint Motion to Stay [ECF No. 527] within 10 days. The Defendants reply due within 10 days thereafter.